**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Fayette Memorial Hospital Association, Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Fayette Regional Health System** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **35-0900741** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1941 Virginia Ave.** <br> **Connersville, IN 47331** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fayette** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.fayetteregional.org  (NAICS Code 622110)** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  **Fayette Memorial Hospital Association, Inc.** _____  Case number (*if known*) _____
Name

---

**7. Describe debtor's business**

A. *Check one:*

- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☑ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___8062___

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☑ No
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor   **Fayette Memorial Hospital Association, Inc.**                    Case number (*if known*) _____
         _____
         Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Fayette Memorial Hospital Association, Inc.**                                    Case number (*if known*) _____
        Name

| | |
|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 10, 2018**
              MM / DD / YYYY

**X** **/s/ Randall White**                                          **Randall White**
Signature of authorized representative of debtor                     Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Wendy D. Brewer**                          Date   **October 10, 2018**
Signature of attorney for debtor                              MM / DD / YYYY

**Wendy D. Brewer 22669-49**
Printed name

**Fultz Maddox Dickens, PLC**
Firm name

**333 N. Alabama Street**
**Suite 350**
**Indianapolis, IN 46204**
Number, Street, City, State & ZIP Code

Contact phone   **317-215-6220**      Email address   **wbrewer@fmdlegal.com**

**22669-49 IN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Fayette Memorial Hospital Association, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 10, 2018**        X **/s/ Randall White**
                                          Signature of individual signing on behalf of debtor

                                          **Randall White**
                                          Printed name

                                          **Chief Executive Officer**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Fayette Memorial Hospital Association, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF INDIANA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Terrex Construction, LLC 3200 Madison Rd. Suite 2B Cincinnati, OH 45209** | | **Construction Services - new detox facility.** | | | | **$1,254,237.05** |
| **SIHO Insurance Services 417 Washington Street Columbus, IN 47201** | | **Employee Health Insurance (Self-Insured Claims Obligations)** | | | | **$774,798.01** |
| **Family & Social Services Administration PO Box 621007 Indianapolis, IN 46262** | | **FSSA Claim Repayment** | | | | **$713,366.81** |
| **Resource Anesthesiology Associates of IN 450 Mamaroneck Ave Suite 201 Harrison, NY 10528** | | **Services Provided** | | | | **$439,953.00** |
| **Cardinal Health - 340B PO Box 70539 Chicago, IL 60673** | | **Medical Supplies - 340B** | | | | **$285,597.32** |
| **Varian Medical Systems, Inc. 3100 Hansen Way Palo Alto, CA 94304** | | **Subscription** | | | | **$283,600.00** |
| **Weatherby Locums, Inc. 15300 Weston Pkwy, Ste 105 Cary, NC 27513** | | **Third Party Staffing Services** | | | | **$283,467.27** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Fayette Memorial Hospital Association, Inc.**                     Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Trifecta Networks 4027 Tampa Rd., #3900 Oldsmar, FL 34677** | 866-771-9785 | **Medical Supplies** | | | | $211,222.44 |
| **CPSI 6600 Wall Street Mobile, AL 36695** | 251-639-8100 | **IT Support** | | | | $204,298.50 |
| **ORS, Inc. 13578 E. 131st Street, Ste 220 Fishers, IN 46037** | 317-770-0055 | **Services Provided** | | | | $198,322.48 |
| **American Health Network Attn Linda Sundin 10689 N. Pennsylvania St. Ste 200 Indianapolis, IN 46280** | Linda Sundin | **Third Party Staffing Services** | | | | $168,000.00 |
| **Medline Industries, Inc. Dept Ch. 14400 Palatine, IL 60055** | Shane Reed sreed@medline.com | **Medical Supplies** | | | | $154,078.43 |
| **Nextgen Healthcare Quality Systems, Inc. PO Box 809390 Chicago, IL 60680** | | **IT Support** | | | | $153,742.98 |
| **Nevro Corporation 4040 Campbell Ave #210 Menlo Park, CA 94025** | | **Medical Supplies** | | | | $138,354.00 |
| **Horizon Health 1965 Lakepointe Dr., Ste 100 Lewisville, TX 75057** | 800-727-2407 | **Third Party Staffing Services** | | | | $125,667.61 |
| **US Foods 9399 West Higgins Rd. Rosemont, IL 60018** | | **Food Service Supplies** | | | | $122,336.37 |
| **Osman Clinic & Assoc. 3307 W. 96th Street Indianapolis, IN 46268** | | **Third Party Staffing Services** | | | | $122,100.65 |
| **Cynet Healthstaff, Inc. 43480 Yukon Drive Suite 202 Ashburn, VA 20147** | | **Third Party Staffing Services** | | | | $118,642.60 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Fayette Memorial Hospital Association, Inc.**

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Manta Resources, Inc.** **15229 Herriman Blvd.** **Noblesville, IN 46060** | | **Recruitment services.** | | | | **$117,250.00** |
| **Philips Healthcare** **PO Box 100355** **Atlanta, GA 30384** | | **Equipment Support** | | | | **$115,462.55** |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 3

**Fill in this information to identify the case:**

Debtor name    **Fayette Memorial Hospital Association, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Amerisourcebergen Drug Corp.** | | |
|---|---|---|---|

Creditor's Name

**1300 Morris Drive
Chesterbrook, PA 19087**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2014
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC-1 - 201400005887712
All of Debtor's personal property (as described in UCC-1)**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

| 2.2 | **Associated Bank, N.A.** | | |
|---|---|---|---|

Creditor's Name

**525 W. Monrow Street, Ste. 2400
Chicago, IL 60661**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2017
Last 4 digits of account number
9000**
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**UCC-1 - 201700003079948
VitalBeam Package described in Lease No. 12679000 dated 4/6/17**

**Describe the lien**
**Lease or PMSI**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Unknown    Unknown

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor **Fayette Memorial Hospital Association, Inc.**                    Case number (if know) _____
        Name

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Bank of New York Mellon Trust Company** | | $0.00 | Unknown |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**UCC-1 - 201300007683353**
**All of Debtor's right, title, and interest in the "Gross Revenues" as defined in the Master Trust Indenture dated 11/1/92, and all money or securities held by Trustee per the Master Indenture.**

**300 N. Meridian Street, Ste. 910**
**Indianapolis, IN 46204**
Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2013**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Bank of New York Mellon Trust Company** | | $0.00 | Unknown |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**UCC-1 - 201600004326983**
**Personal property associated with the real estate and improvements at 1941 Virginia Ave, Connersville, IN 47331 (more particularly described in the UCC-1)**

**300 N. Meridian Street, Ste. 910**
**Indianapolis, IN 46204**
Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Bank of New York Mellon Trust Company NA** | | $14,381,000.00 | Unknown |

**Describe debtor's property that is subject to a lien**

---

Debtor **Fayette Memorial Hospital Association, Inc.**                Case number (if know) _____

Name

| Creditor's Name | |
| --- | --- |
| **300 N. Meridian Street, Ste 910 Indianapolis, IN 46204** | **Real property and improvements commonly known as 1941 Virginia Avenue, Connersville, IN 47331** |

Creditor's mailing address

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**2013**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Canon Financial Services, Inc.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

Creditor's Name

**UCC-1 - 201800001668931**
**All of debtor's right, title and interest in the ssigned leases and equipment purchaed by creditor from time to time pursuant to a master agreement.**

**158 Gaither Drive**
**Mount Laurel, NJ 08054**

Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**2018**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **CIT Finance LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

Creditor's Name

**UCC-1 - 201100002601891**
**All Baxter IV Pump System equipment referenced in equpiment Schedule No. 02 to Master Lease Agreement No. 031711-GN dated 3/17/11**

**1 CIT Drive**
**Livingston, NJ 07039**

Creditor's mailing address

**Describe the lien**
**Lease or PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Fayette Memorial Hospital Association, Inc.**                              Case number (if known) _____
        Name

---

**3/7/11**
**Last 4 digits of account number**
**5858**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Comerica Bank** | | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Attn. Sarah R. Miller**
**411 W. Lafayette Street, MC 3205**
**Detroit, MI 48226**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2013**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
UCC-1 - 201300011247930
**Custodial Securities Account No. x696 maintained at Comerica Bank, replacements, products and proceeds of same (described in UCC-1)**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Conestoga Equipment Finance Corp.** | | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**1033 S. Hanover St.**
**Pottstown, PA 19465**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**8847**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
UCC-1 - 201600004761239
**Pentax EPK-i HD Video Processor; Pentax EG-2990i HD Video Gastroscope; Pentax EC-3890Li HD Video Colonoscope; Pentax EC-3490Li HD Video Colonoscope; Sony UP-51MD Color Video Printer; Olympus OEV-261H 26" Monitor**

**Describe the lien**
**Lease or PMSI**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  4 of 11

Debtor    **Fayette Memorial Hospital Association, Inc.**                    Case number (if know) _____
          <span style="font-size:smaller">Name</span>

---

| 2.1 0 | **Dell Financial Services L.L.C.** | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dell Financial Services L.L.C.**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**UCC-1 - 201400005417650**
**Computer equipment peripherals, and other equipment described in Master Lease Agreement (Designated as Lessor/Lessee filing)**

**Mail Stop-PS2DF-23**
**One Dell Way**
**Round Rock, TX 78682**
Creditor's mailing address

**Describe the lien**
**Lease or PMSI**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2014**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 1 | **First Financial Eqiupment Finance LLC** | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**First Financial Eqiupment Finance LLC**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**UCC-1 - 201300006104835**
**All equipment, goods, software and other intangibles leased pursuant to Equip Schedule 001 to Master Lease Agreement No. 0000206 dated 6/1/2013**

**255 E. 5th Street**
**Cincinnati, OH 45202**
Creditor's mailing address

**Describe the lien**
**Lease or PMSI**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**6/1/2013**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 2 | **First Midwest Bank** | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**First Midwest Bank**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**UCC-1 - 201700002655513**
**UCC-3 (Amendment) 201700007122355**
**Mammography and radiology equipment described in Lease No. 12669000 dated 3/24/17**

**One Pierce Place, Suite 1500**
**Itasca, IL 60143**
Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Fayette Memorial Hospital Association, Inc.**
_____
Name

Case number (if know) _____

| | |
|---|---|
| | **Lease or PMSI** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **9000** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **Philips Medical Capital** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

| | | |
|---|---|---|
| Creditor's Name | **UCC-1 - 200900003730337** | |
| | **Eqiupment leased or financed under Contract PH010694** | |
| **1111 Old Eagle School Rd. Wayne, PA 19087** | | |
| Creditor's mailing address | **Describe the lien** | |
| | **Lease or PMSI** | |
| | **Is the creditor an insider or related party?** | |
| | ■ No | |
| Creditor's email address, if known | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| **2009** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **0694** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | |
| | Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

---

| 2.1 4 | **Philips Medical Capital** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

| | | |
|---|---|---|
| Creditor's Name | **UCC-1 - 200900003735665** | |
| | **All eqiupment leased or financed under Contract PH011005** | |
| **1111 Old Eagle School Rd. Wayne, PA 19087** | | |
| Creditor's mailing address | **Describe the lien** | |
| | **Lease or PMSI** | |
| | **Is the creditor an insider or related party?** | |
| | ■ No | |
| Creditor's email address, if known | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| **2009** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **1005** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | |
| | Check all that apply | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Fayette Memorial Hospital Association, Inc.**                    Case number (if know) _____
   Name

■ No
☐ Yes. Specify each creditor,
   including this creditor and its
   relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Philips Medical Capital** | | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**1111 Old Eagle School Rd.
Wayne, PA 19087**
Creditor's mailing address

**UCC-1 - 201100000385878
One (1) Philips Diamond Select Brilliance 16
Ct System, per Quote No. 1-RCFH58**

Describe the lien
**Lease or PMSI**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**2011**
Last 4 digits of account number
**7009**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

---

| 2.1 6 | **Philips Medical Capital** | | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**1111 Old Eagle School Rd.
Wayne, PA 19087**
Creditor's mailing address

**UCC-1 - 201200006472246
One (1) Philips IU22 XMatrix Ultrasound, and
One (1) Philips IE33 Vision 2012 Ultrasound**

Describe the lien
**Lease or PMSI**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**2012**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

---

| 2.1 7 | **Philips Medical Capital** | | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**1111 Old Eagle School Rd.
Wayne, PA 19087**

**UCC-1 - 201200006472357
UCC-3 (Amendmenrt) 201200006586030
UCC-3 (Amendment) 201200010111716
One (1) Philips Ingenia 1.35T Omega MRI
System and patient monitoring equipment**

---

Official Form 206D             Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 7 of 11

Debtor   **Fayette Memorial Hospital Association, Inc.**                    Case number (if know) _____
_____
Name

Creditor's mailing address                        Describe the lien
_____     **Lease or PMSI**
                                                  _____
                                                  Is the creditor an insider or related party?

                                                  ■ No
Creditor's email address, if known                 ☐ Yes
_____     Is anyone else liable on this claim?

Date debt was incurred                            ■ No
**2012**                                           ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an                     As of the petition filing date, the claim is:
interest in the same property?                     Check all that apply
■ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                       ☐ Unliquidated
including this creditor and its relative            ☐ Disputed
priority.

---

| 2.1 8 | **Philips Medical Capital** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd.**                      UCC-1 - 201300010680344
**Wayne, PA 19087**                                One (1) used Philps Brilliance 64 Channel CT
                                                  System
Creditor's mailing address                        _____

                                                  Describe the lien
                                                  **Lease or PMSI**
                                                  _____
                                                  Is the creditor an insider or related party?

                                                  ■ No
Creditor's email address, if known                 ☐ Yes
_____     Is anyone else liable on this claim?

Date debt was incurred                            ■ No
**2013**                                           ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an                     As of the petition filing date, the claim is:
interest in the same property?                     Check all that apply
■ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                       ☐ Unliquidated
including this creditor and its relative            ☐ Disputed
priority.

---

| 2.1 9 | **Susquehanna Commercial Finance, Inc.** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**2 Country View Road**                            UCC-1 - 201200002355111
**Suite 300**                                      Equipment described in Master Equipment
**Malvern, PA 19355**                              Lease Agreement No. 20070870, Schedule No.
                                                  2 (Vendor NEC Corporation of America)
Creditor's mailing address                        _____

                                                  Describe the lien
                                                  **Lease or PMSI**
                                                  _____
                                                  Is the creditor an insider or related party?

                                                  ■ No
Creditor's email address, if known                 ☐ Yes
_____     Is anyone else liable on this claim?

Date debt was incurred                            ■ No
**2012**                                           ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number
**8898**
Do multiple creditors have an                     As of the petition filing date, the claim is:
interest in the same property?                     Check all that apply

Debtor  **Fayette Memorial Hospital Association, Inc.**                                Case number (if know) _____
                Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **TCF Equipment Finance, Inc.** | | **Unknown** | **Unknown** |

Creditor's Name

**11100 Wayzata Blvd., Suite 801
Hopkins, MN 55305**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2011**
**Last 4 digits of account number
7882**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**UCC-1 - 00009387021
Equipment described in Master Equipment Lease Agreement No. 20070870, Schedule No. 1 (Vendor Siemens Medical Solutions USA, Inc.)**

Describe the lien
**Lease or PMSI**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **TCF Equipment Finance, Inc.** | | **Unknown** | **Unknown** |

Creditor's Name

**11100 Wayzata Blvd., Suite 801
Hopkins, MN 55305**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2016**
**Last 4 digits of account number
4840**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**UCC-1 201600008873570
Equipment described in Master Equipment Lease Agreement No. 20070870 Schedule No 1 (Vendor Siemens Medical Solutions USA, Inc.)**

Describe the lien
**Lease or PMSI**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **TFG-Indiana, L.P.** | | **Unknown** | **Unknown** |

Describe debtor's property that is subject to a lien

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Fayette Memorial Hospital Association, Inc.**

Name

Case number (*if know*)

---

**6995 Union Park Center, Ste. 400**
**Cottonwood Heights, UT 84047**

Creditor's Name

UCC-1 - 201700007680596
**Equipment, machinery, goods, and other property leased pursuant to Lease Schedule FMHA-001 to Master Lease Agreement No. 2049982 (filed as Lessor)**

Creditor's mailing address

**Describe the lien**
**Lease or PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **U.S. Bancorp Equipment Finance, Inc.** | | **Unknown** | **Unknown** |

Creditor's Name

**Describe debtor's property that is subject to a lien**
UCC-1 - 200800009375993
**One (1) XSO Laser System with Navigation & proceeds of same.**

**PO Box 230789**
**Portland, OR 97201**

Creditor's mailing address

**Describe the lien**
**Lease or PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**2008**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0003**

**Do multiple creditors have an interest in the same property?**
■ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **US Foods, Inc.** | | **Unknown** | **Unknown** |

Creditor's Name

**Describe debtor's property that is subject to a lien**
UCC-1 - 201300005692543
**UCC-3 (Amendment) 201500002653428**
**Goods, Inventory, Equipment, and Fixtures sold by creditor from time to time.**

**9399 West Higgins Rd.**
**Rosemont, IL 60018**

Creditor's mailing address

**Describe the lien**
**PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

---

Debtor   **Fayette Memorial Hospital Association, Inc.**                     Case number (*if know*) _____
_____
Name

**2013**
**Last 4 digits of account number**
**9481**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | |
| 5 | |

**Van Ausdall & Farrar, Inc.**
_____
Creditor's Name

**1111 Old Eagle School**
**Wayne, PA 19087**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**2014**
**Last 4 digits of account number**
**8163**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC-1 - 201400000593397**
**Equipment leased or financed under Contract**
**No. 25268163**

**Describe the lien**
**Lease or PMSI**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

|  | **Unknown** | **Unknown** |

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$14,381,000.00** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **Bank of New York Mellon Trust Company**<br>**300 N. Meridian Street**<br>**Suite 910**<br>**Indianapolis, IN 46204** | Line  **2.5** | |

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Fayette Memorial Hospital Association, Inc.**                   Case No. _____
                                             Debtor(s)        Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:   **October 10, 2018**                         **/s/ Randall White**
                                             **Randall White**/**Chief Executive Officer**
                                             Signer/Title

3M HEALTH INFORMATION SERVICES
DEPT 0881
PO BOX 120881
DALLAS, TX 75312


4MYBENEFITS, INC.
4665 CORNELL RD.
STE. 331
CINCINNATI, OH 45241


A&A LOCK SHOP
234 SOUTH EASTERN AVENUE
CONNERSVILLE, IN 47331


ABBOTT LABORATORIES, INC.
PO BOX 92679
CHICAGO, IL 60675


ABBOTT LABS
22400 NETWORK PLACE
CHICAGO, IL 60673


ABC GRAPHIC CONCEPTS, LLC
635 N. CENTRAL AVE.
CONNERSVILLE, IN 47331


ACCESS THERAPIES, INC.
PO BOX 823461
PHILADELPHIA, PA 19182-3461

ACOG
PO BOX 117223
ATLANTA, GA 30368


ACTIVE MEDICAL, INC.
2200-B HUMMINGBIRD LANE
HARRISBURG, PA 17112


ADP, LLC
PO BOX 842875
BOSTON, MA 02284


ADVANCED DATA SYSTEMS CORP.
15 PROSPECT STREET
PARAMUS, NJ 07652


AHS STAFFING, LLC
PO BOX 671714
DALLAS, TX 75267


AIDAREX PHAMACEUTICALS
595 N. SMITH AVENUE
CORONA, CA 92880


ALERE NORTH AMERICA, INC.
PO BOX 846153
BOSTON, MA 02284

```
ALLCARE MEDICAL SERVICES
PO BOX 494
SMITHTOWN, NY 11787




ALLIED WORLD SURPLUS LINES INSURANCE CO.
1690 NEW BRITAIN AVE.
STE. 101
FARMINGTON, CT 06032




ALPHA IMAGING, LLC
PO BOX 776448
CHICAGO, IL 60677




AMAZON CAPITAL SERVICES
PO BOX 035184
SEATTLE, WA 98124




AMERICAN ACADEMY OF FAMILY PHYSICIANS
11400 TOMAHAWK CREEK PKWY.
LEAWOOD, KS 66211




AMERICAN COLLEGE OF PHYSICIANS
P.O. BOX 13565
PHILADELPHIA, PA 19101




AMERICAN HEALTH NETWORK
ATTN LINDA SUNDIN
10689 N. PENNSYLVANIA ST. STE 200
INDIANAPOLIS, IN 46280
```

AMERICAN PROFICIENCY INSTITUTE
DEPARTMENT 9526
PO BOX 30516
LANSING, MI 48909-8016


AMERICAN SCREENING CORP.
1651 EAST 70TH STREET
PMB 404
SHREVEPORT, LA 71105


AMERICAN TRAVELER SATFFING PROFESSIONALS
PO BOX 932021
ATLANTA, GA 31193


AMERICAN UNITED LIFE INSURANCE
A ONE AMERICA FINANCIAL PA
PO BOX 6123
INDIANAPOLIS, IN 46206


AMERISOURCEBERGEN DRUG CORP.
1300 MORRIS DRIVE
CHESTERBROOK, PA 19087


AMN HEALTHCARE, INC.
2735 COLLECTION CENTER DR.
CHICAGO, IL 60693


ANGIODYNAMICS
PO BOX 1549
ALBANY, NY 12201-1549

APPLIED MEDICAL
PO BOX 3511
CAROL STREAM, IL 60132-3511

ARCTIC ICE CO.
PO BOX 2516
RICHMOND, IN 47375

ARMSTRONG MEDICAL
575 KNIGHTSBRIDGE PKWY
PO BOX 700
LINCOLNSHIRE, IL 60069

ARROW INTERNATIONAL, INC.
PO BOX 60519
CHARLOTTE, NC 28260

ARTEC ENVIRONMENTAL MONITORING, INC.
8047 CASTLETON RD.
INDIANAPOLIS, IN 46250

ASCENSION HEALTH
PO BOX 45998
SAINT LOUIS, MO 63145

ASCO POWER SERVICES, INC.
PO BOX 73473
CHICAGO, IL 60673

ASSOCIATED BANK, N.A.
525 W. MONROW STREET, STE. 2400
CHICAGO, IL 60661


ASSURED NURSING
7922 E. EDGWOOD AVE.
INDIANAPOLIS, IN 46239


AT&T
PO BOX 5080
CAROL STREAM, IL 60197


AT&T BUSINESS
PO BOX 105068
ATLANTA, GA 30348


ATHENAHEALTH, INC.
PO BOX 415615
BOSTON, MA 02241


ATLANTIC BIOLOGICALS
ABC LOCKBOX
PO BOX 533014
ATLANTA, GA 30353


AUREUS RADIOLOGY, LLC
PO BOX 3037
OMAHA, NE 68103

AUTO OWNERS INSURANCE COMPANY
PO BOX 740312
CINCINNATI, OH 45274

AUTOZONE
PO BOX 116067
ATLANTA, GA 30368

AVESIS
ATTN ACCOUNTS RECEIVABLE
PO BOX 52718
PHOENIX, AZ 85072

AXIS PROVIDERS, INC.
11935 MASON MONTGOMERY
SUITE 100
CINCINNATI, OH 45249

AYA HEALTHCARE, INC.
DEPT 3519
PO BOX 123519
DALLAS, TX 75312

BANK OF NEW YORK MELLON
CORPORATE TRUSTE DEPARTMENT
PO BOX 392013
PITTSBURGH, PA 15251

BANK OF NEW YORK MELLON TRUST COMPANY
300 N. MERIDIAN STREET, STE. 910
INDIANAPOLIS, IN 46204

BANK OF NEW YORK MELLON TRUST COMPANY NA
300 N. MERIDIAN STREET, STE 910
INDIANAPOLIS, IN 46204


BARD ACCESS SYSTEMS, INC.
PO BOX 75767
CHARLOTTE, NC 28275


BAXTER HEALTHCARE CORP.
PO BOX 70564
CHICAGO, IL 60673


BECKMAN COULTER, INC.
DEPT CH 10164
PALATINE, IL 60055


BEEKLEY MEDICAL
ONE PRESTIGE LANE
BRISTOL, CT 06010


BENNY'S SEWER & DRAIN, INC.
1023 EASTERN AVE.
CONNERSVILLE, IN 47331


BILL DUNBAR & ASSOCIATES
2601 FORTUNE CIRCLE EAST
SUITE 301A
INDIANAPOLIS, IN 46241

BIO-MED BSC, LLC
PO BOX 39259
INDIANAPOLIS, IN 46239


BIO-RAD LABORATORIES, INC.
PO BOX 849740
LOS ANGELES, CA 90084


BIODEX MEDICAL SYSTEMS, INC.
PO BO X36348
NEWARK, NJ 07188-6348


BIOMERIEUX, INC.
PO BOX 500308
SAINT LOUIS, MO 63150


BIOTEQUE AMERICA, INC.
PO BOX 1518
FREMONT, CA 94538


BLUE & CO., LLC
2712 SOLUTION CENTER
CHICAGO, IL 60677


BOSTON SCIENTIFIC CORPORATION
PO BOX 951653
DALLAS, TX 75395

BRIGGS HEALTHCARE
4900 UNIVERSITY AVE.
SUITE 200
WEST DES MOINES, IA 50266


BROOKVILLE TIRE MART
653 MAIN STREET
BROOKVILLE, IN 47012


BRUNSMAN GRAPHIC DESIGN GROUP
3207 IOWA AVE
CONNERSVILLE, IN 47331


BSC SUPPLY LLC
200 FIFTH AVE, SUITE 3020
WALTHAM, MA 02451


BURGESS MECHANICAL
12220 S. EASTERN AVE
INDIANAPOLIS, IN 46259


CADMET, INC.
PO BOX 24
MALVERN, PA 19355


CAIN SIGNS
6363 E. ST. RD. 44
GLENWOOD, IN 46133

CANCER CAREPOINT, INC.
17 EXECUTIVE PARK DRIVE
SUITE 520
ATLANTA, GA 30329


CANON FINANCIAL SERVICES
14904 COLLECTIONS CENTER DR.
CHICAGO, IL 60693


CANON FINANCIAL SERVICES, INC.
158 GAITHER DRIVE
MOUNT LAUREL, NJ 08054


CAPITAL ONE COMMERCIAL
PO BOX 5219
CAROL STREAM, IL 60197


CARAVAN HEALTH
PO BOX 219285
SUITE 310
KANSAS CITY, MO 64121


CARDINAL HEALTH - 340B
PO BOX 70539
CHICAGO, IL 60673


CARDINAL HEALTH MEDICAL
PO BOX 70539
CHICAGO, IL 60673

CARDMEMBER SERVICES
P.O. BOX 790408
SAINT LOUIS, MO 63179


CAREFUSION SOLUTIONS, INC.
PYXIS PRODUCTS
25082 NETWORK PLACE
CHICAGO, IL 60673


CARESTAFF PARTNERS
PO BOX 601959
CHARLOTTE, NC 28260


CARIANT HEALTHPARTNERS
11623 ARBOR STREET
OMAHA, NE 68144


CARSTENS
PO BOX 99110
CHICAGO, IL 60693


CATALYST TECHNOLOGY GROUP, INC.
DEPT 781441
PO BOX 78000
DETROIT, MI 48278


CATAPULT HEALTHCARE STAFFING
1820 PRESTON PARK, STE. 1600
PLANO, TX 75093

CDW, LLC
75 REMITTANCE DRIVE
SUITE 1515
CHICAGO, IL 60675


CEI
2200 GRAND AVENUE
CONNERSVILLE, IN 47331


CEJKA SEARCH, INC.
PO BOX 404682
ATLANTA, GA 30384


CENTURION MEDICAL PRODUCTS
PO BOX 842816
BOSTON, MA 02284


CENTURY LINK
PO BOX 52187
PHOENIX, AZ 85072


CENTURYLINK
ATTN. BANKRUPTCY NOTICES
100 CENTURYLINK DRIVE
MONROE, LA 71203


CGS SERVICES INC. - NA
PO BOX 74008047
CHICAGO, IL 60674

CHAMBER OF COMMERCE
504 N. CENTRAL AVENUE
CONNERSVILLE, IN 47331


CHANGE HEALTHCARE
22423 NETWORK PLACE
CHICAGO, IL 60673


CHOMEL & SONS, INC.
217 E. 6TH STREET
CONNERSVILLE, IN 47331


CIMA ENERGY
100 WAUGH DRIVE
SUITE 500
HOUSTON, TX 77007


CIT FINANCE LLC
1 CIT DRIVE
LIVINGSTON, NJ 07039


CLAIMAID
8141 ZIONSVILLE RD.
INDIANAPOLIS, IN 46278


CLARKS EASTSIDE MARKET
1449 EAST 5TH STREET
CONNERSVILLE, IN 47331

CLEAN HARBORS ENV. SERVICE
PO BOX 3442
BOSTON, MA 02241


CLIA LABORATORY PROGRAM
PO BOX 530882
ATLANTA, GA 30353


CLINE LAW GROUP
50 S. MERIDIAN STREET
SUITE 302
INDIANAPOLIS, IN 46204


CNA SURETY
PO BOX 957312
CINCINNATI, OH 45274


COLONIAL LIFE
PREMIUM PROCESSING
PO BOX 903
COLUMBIA, SC 29202


COMCAST CABLE
PO BOX 7500
SOUTHEASTERN, PA 19398


COMERICA BANK
ATTN. SARAH R. MILLER
411 W. LAFAYETTE STREET, MC 3205
DETROIT, MI 48226

COMPASS HEALTH
PO BOX 71591
CHICAGO, IL 60694


CONESTOGA EQUIPMENT FINANCE CORP.
1033 S. HANOVER ST.
POTTSTOWN, PA 19465


CONMED CORP.
CHURCH STREET STATION
PO BOX 6814
NEW YORK, NY 10249


CONMED LINVATEC
PO BOX 301231
DALLAS, TX 75303


CONNERSVILLE NEWS EXAMINER
CO PAXTON MEDIA GROUP
PO BOX 1960
PADUCAH, KY 42002


CONNERSVILLE PARKS & RECREATION
2900 N. PARK ROAD
CONNERSVILLE, IN 47331


CONNERSVILLE PRIMARY CARE PHYISICANS
6536 SUNNY DRIVE
MASON, OH 45040

CONNERSVILLE ROTARY CLUB
P.O. BOX 915
CONNERSVILLE, IN 47331


CONNERSVILLE UTILITIES
PO BOX 325
CONNERSVILLE, IN 47331


CONVERGEONE SYSTEMS INTEGRATION
PO BOX 207480
DALLAS, TX 75320


COOK MEDICAL, INC.
22988 NETWORK PLACE
CHICAGO, IL 60673


COOPER SURGICAL, INC.
PO BOX 712280
CINCINNATI, OH 45271


COTRONIX
7387 COUNTY HWY 20
CALEDONIA, MN 55921


COVIDIEN
DEPARTMENT 00 10318
PALATINE, IL 60055

CPSI
6600 WALL STREET
MOBILE, AL 36695


CSI LABORATORIES
2580 WESTSIDE PKWY
SUITE 400
ALPHARETTA, GA 30004


CURASCRIPT SD
D/B/A CURASCRIPT SPECIALTY
PO BOX 978510
DALLAS, TX 75397


CUSTOM ULTRASONIC, INC.
144 RAILROAD DRIVE
WARMINSTER, PA 18974


CYNDI NESBITT
166 S. VILLA DRIVE
CONNERSVILLE, IN 47331


CYNET HEALTHSTAFF, INC.
43480 YUKON DRIVE
SUITE 202
ASHBURN, VA 20147


DALMATIAN FIRE, INC.
5670 W. 73RD STREET
INDIANAPOLIS, IN 46278

DAVID GRAFF
GRAFF SILVERSTEIN, LLP
60 HAWTHORNE WAY
HARTSDALE, NY 10530


DELL FINANCIAL SERVICES L.L.C.
MAIL STOP-PS2DF-23
ONE DELL WAY
ROUND ROCK, TX 78682


DELTA DENTAL
16172 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


DELTA LOCUM TENENS
PO BOX 202940
DALLAS, TX 75320


DELTA PHYSICIAN PLACEMENT, LLC
PO BOX 202940
DALLAS, TX 75320


DEX MEDIA
PO BOX 619009
DALLAS, TX 75261


DIRECTSOURCE MEDIA
11519 KINGSTON PIKE
KNOXVILLE, TN 37934

DON'S AUTO SALES
126 W. 2ND STREET
CONNERSVILLE, IN 47331


DR. ZAWADSKI
505 S. INVERNESS LANE
YORKTOWN, IN 47396


DUKE ENERGY
ATTN. BANKRUPTCY NOTICES
526 S. CHURCH STREET
CHARLOTTE, NC 28202


DUNCAN SUPPLY CO. INC.
PO BOX 441280
INDIANAPOLIS, IN 46244


E L LEWIS, INC.
PO BOX 427
CARROLLTON, OH 44615


E W BROCKMAN CO., INC.
901 W. 18TH STREET
CONNERSVILLE, IN 47331


E&J TRAILER SALES & SERVICE
610 WAYNE PARK DRIVE
CINCINNATI, OH 45215

EARLYWINE PEST CONTROL, INC.
2234 BOSTON PIKE
RICHMOND, IN 47374


EASTERN ALLIANCE INSURANCE COMPANY
DEDUCTIBLE PYAMENTS LOCKBOX
PO BOX 8168
LANCASTER, PA 17604


EASTERN ALLIANCE INSURANCE GROUP
PO BOX 206
EAST PETERSBURG, PA 17520


EBSCO INFORMATION SERVICES
PO BOX 830625
BIRMINGHAM, AL 35283


ELECTRONIC STRATEGIES, INC.
6855 HILLSDALE COURT
INDIANAPOLIS, IN 46250


ELSEVIER, INC. - ARGI
PO BOX 9546
NEW YORK, NY 10087


ENERGY SYSTEM MAINTENANCE, LLC
2801 FORTUNE CIRCLE EAST
SUITES E&F
INDIANAPOLIS, IN 46241

ENTELLUS MEDICAL, INC.
3600 HOLLY LANE NORTH
SUITE 40
MINNEAPOLIS, MN 55447


EVOQUA WATER TECHNOLOGIES, LLC
28563 NETWORK PLACE
CHICAGO, IL 60673-1285


FAGRON
3818 MOMENTUM PLACE
CHICAGO, IL 60689


FAMILY & SOCIAL SERVICES ADMINISTRATION
PO BOX 621007
INDIANAPOLIS, IN 46262


FASTENAL COMPANY CC
P.O. BOX 1286
WINONA, MN 55987


FAYETTE COUNTY FIRST AID UNIT
PO BOX 727
ELKHART, IN 46515


FEDERAL EXPRESS CORP
PO BOX 94515
PALATINE, IL 60094

FIRST FINANCIAL CORP. LEASING
DEPT #2067
PO BOX 87618
CHICAGO, IL 60680


FIRST FINANCIAL EQIUPMENT FINANCE LLC
255 E. 5TH STREET
CINCINNATI, OH 45202


FIRST MIDWEST BANK
ONE PIERCE PLACE, SUITE 1500
ITASCA, IL 60143


FISHER SCIENTIFIC
13551 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


FORBES MEDICAL TRANSCRIPTION
1941 VIRGINIA AVENUE
CONNERSVILLE, IN 47331


FP&C CONSULTANTS KC, LLC
1330 BURLINGTON STREET
SUITE 200
KANSAS CITY, MO 64116


FRHS AUXILIARY
1941 VIRGINIA AVENUE
CONNERSVILLE, IN 47331

FRHS FOUNDATION
1941 VIRGINIA AVENUE
CONNERSVILLE, IN 47331


FRONTIER
PO BOX 740407
CINCINNATI, OH 45274


FUJIFILM MEDICAL SYSTEMS U.S.A.
PO BOX 347689
PITTSBURGH, PA 15251


GABOR TOLNAY MD PC
319 PINETREE LANE
RICHMOND, IN 47374


GE HEALTHCARE
PO BOX 640200
PITTSBURGH, PA 15264


GENSET SERVICE, LLC
13749 TOWNSHIPLINE RD.
VEVAY, IN 47043


GETINGE USA SALES, LLC
PO BOX 775436
CHICAGO, IL 60677

GILMAN DO IT BEST HOME CENTER
1162 TEKULVE RD.
BATESVILLE, IN 47006

GLOBAL EQUIPMENT COMPANY
29833 NETWORK PLACE
CHICAGO, IL 60673

GOUGHS AUTO CARE & TIRE CENTER
600 WESTERN AVENUE
CONNERSVILLE, IN 47331

GRAINGER
DEPT 804490704
PALATINE, IL 60038

GREER LABORATORIES, INC.
PO BOX 603081
CHARLOTTE, NC 28260

GRIFFIN HEALTHCARE SERVICES, LLC
1316 SW SANDALWOOD COVER
PORT SAINT LUCIE, FL 34986

HAEMONETICS CORPORATION
24849 NETWORK PLACE
CHICAGO, IL 60673

HALL RENDER KILLIAN HEATH & LYMAN
500 N. MERIDIAN STREET
SUITE 400
INDIANAPOLIS, IN 46204-1293


HALL'S APPLIANCE
622 CENTRAL AVENUE
CONNERSVILLE, IN 47331


HAVEL
P.O. BOX 1287
FORT WAYNE, IN 46801


HD SUPPLY
P.O. BOX 509058
SAN DIEGO, CA 92150


HD SUPPLY FACILITIES MAINTENANCE
ATTN. MELISSA PERRY
P.O. BOX 509058
SAN DIEGO, CA 92150


HEALTH CARE LOGISTICS, INC.
PO BOX 400
CIRCLEVILLE, OH 43113


HEALTH CAROUSEL LLC
PO BOX 714216
CINCINNATI, OH 45271

HEALTHMARK INDUSTRIES CO., INC.
DEPT 7058
PO BOX 30516
LANSING, MI 48909-8016


HFAP
142 EAST ONTARIO STREET
CHICAGO, IL 60611


HILL-ROM
PO BOX 643592
PITTSBURGH, PA 15264


HINCKLEY SPRINGS WATER CO.
PO BOX 660579
DALLAS, TX 75266


HML, INC.
912 W. MCGALLIARD RD.
MUNCIE, IN 47303


HOLOGIC, I NC.
24506 NETWORK PLACE
CHICAGO, IL 60673-1245


HORIZON HEALTH
1965 LAKEPOINTE DR., STE 100
LEWISVILLE, TX 75057

HP PRODUCTS, INC.
PO BOX 68310
INDIANAPOLIS, IN 46268


HYDRONIC & STEAM EQUPIMENT, INC.
P.O. BOX 1937
DEPT. 139
INDIANAPOLIS, IN 46206


IARCA
5519 E. 82ND STREET
SUITE A
INDIANAPOLIS, IN 46250


IGA PLUS CONNERSVILLE
1508 VIRGINIA AVE.
CONNERSVILLE, IN 47331


IMMUCOR, INC.
PO BOX 102118
ATLANTA, GA 30368


INDIANA BLOOD CENTER
3848 SOLUTIONS CENTER
CHICAGO, IL 60677


INDIANA DEPT OF HOMELAND SECURITY
FISCAL DEPARTMENT
302 W. WASHINGTON STREET
INDIANAPOLIS, IN 46204

```
INDIANA HEALTH INFORMATION EXCHANGE
846 N. SENATE AVE
SUITE 300
INDIANAPOLIS, IN 46202




INDIANA HOSPITAL ASSOCIATION
500 N. MERIDIAN STREET
STE 250
INDIANAPOLIS, IN 46204




INDIANA MOTOR LODGE OF COLUMBUS
DBA SPRAGUE OUTDOOR
PO BOX 508
COLUMBUS, IN 47202




INDIANA PAGING NETWORK, INC.
6745 W. JOHNSON RD.
LA PORTE, IN 46350




INDIANA POISON CENTER
IU HEALTH METHODIST HOSPITAL
1701 N. SENATE BLVD.
INDIANAPOLIS, IN 46202




INDIANA RURAL HEALTH ASSOCIATION
2901 OHIO BOULEVARD
STE. 240
TERRE HAUTE, IN 47803




INDIANA UNIVERSITY
IU CONFERENCES
PO BOX 6212
INDIANAPOLIS, IN 46206-6212
```

```
INDIANA UNIVERSITY-PURDUE UNIVERSITY
DEPT 78920
PO BOX 78000
DETROIT, MI 48278
```

```
INFECTIOUS DISEASE OF INDIANA
11455 NORTH MERIDIAN STREET
STE. 200
CARMEL, IN 46032
```

```
INJOY
7107 LA VISTA PLACE
LONGMONT, CO 80503
```

```
INTEGRA LIFE SCIENCES
PO BOX 404129
ATLANTA, GA 30384
```

```
ISAAC WILLETT
FAEGRE BAKER DANIELS
600 E. 96TH STREET, STE. 600
INDIANAPOLIS, IN 46240
```

```
ISCREEN VISION, INC.
110 TIMBER CREEK DRIVE
CORDOVA, TN 38018
```

```
JACKSON NURSE PROFESSIONALS
PO BOX 404118
ATLANTA, GA 30384
```

JACKSON PHYSICIAN SEARCH, LLC
2655 NORTHWINDS PARKWAY
ALPHARETTA, GA 30009


JOE WEBSTER, MS, DABR
10832 SILVER CHARM LN.
UNION, KY 41091


JOHNSON CONTROLS, INC.
P.O. BOX 730068
DALLAS, TX 75373


JRT ASSOCIATES
5 NEPPERHAN AVENUE
SUITE B
ELMSFORD, NY 10523


JULES & ASSOCIATES
ACCOUNTS RECEIVABLE
515 S. FIGUEROA STREET
LOS ANGELES, CA 90071


KARL STORZ ENDOSCOPY AMER. INC.
FILE NO. 53514
LOS ANGELES, CA 90074


KCI USA
PO BOX 301557
DALLAS, TX 75303

KEDIRON BIOPHARMA, INC.
PO BOX 21573
NEW YORK, NY 10087


KICKS 96
PO BOX 1647
RICHMOND, IN 47375


KING LAWN SERVICE
1155 S. SALEM RD.
LIBERTY, IN 47353


KIRBY RISK CORPORATION
27561 NETWORK PLACE
CHICAGO, IL 60673


KIWANIS CLUB OF CONNERSVILLE
PO BOX 327
CONNERSVILLE, IN 47331


KLOSTERMAN BAKING COMPANY
PO BOX 712572
CINCINNATI, OH 45271


KOORSEN
2719 N. ARLINGTON AVENUE
INDIANAPOLIS, IN 46218

KRS GLOBAL BIOTECHNOLOGY, INC.
791 PARK OF COMMERCE BLVD.
SUITE 600
BOCA RATON, FL 33487


LAB CORP OF AMERICA
PO BOX 12140
BURLINGTON, NC 27216


LAINHARTS WATERCARE
701 N. EASTERN AVE.
CONNERSVILLE, IN 47331


LANDAUER, INC.
PO BOX 809051
CHICAGO, IL 60680


LANTHEUS MEDICAL IMAGING
PO BOX 101236
ATLANTA, GA 30392


LECO CORPORATION
3000 LAKEVIEW AVENUE
SAINT JOSEPH, MI 49085-2319


LEICA MICROSYSTEMS, INC.
14008 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

LEWIS & KAPPES, PC
ONE AMERICAN SQUARE
STE. 2500
INDIANAPOLIS, IN 46282

LILAGRAPHICS PRINTING & SIGN
PO BOX 13129
ATLANTA, GA 30324

LINDE GAS NORTH AMERICA, LLC
88222 EXPEDITE WAY
CHICAGO, IL 60695

LINGG WELDING COMPANY
711 S. CASTEEL RD.
CONNERSVILLE, IN 47331

LIQUIDAGENTS HEALTHCARE, LLC
PO BOX 206831
DALLAS, TX 75320

LOCUMTENENS.COM
PO BOX 405547
ATLANTA, GA 30384

LOWE'S
P.O. BOX 530954
ATLANTA, GA 30353

MACRO HELIX
2 NATIONAL DATA PLAZA NE
ATLANTA, GA 30329


MAINE STANDARDS
221 US ROUTE 1
CUMBERLAND FORESIDE, ME 04110


MANTA RESOURCES, INC.
15229 HERRIMAN BLVD.
NOBLESVILLE, IN 46060


MAR-MED
PO BOX 6483
GRAND RAPIDS, MI 49516


MARDON EQUIPMENT CORP.
939 W. TROY AVE.
INDIANAPOLIS, IN 46225


MARKETLAB, INC.
DEPT 2506
PO BOX 11407
BIRMINGHAM, AL 35246


MASSMUTUAL RETIREMENT SERVICES
P.O. BOX 219062
KANSAS CITY, MO 64121

MAXIM HEALTHCARE SERVICES
13877 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


MCFARLING FOODS, INC.
PO BOX 1373
RICHMOND, IN 47375


MCG HEALTH LLC
PO BOX 742350
ATLANTA, GA 30374


MCGOWAN ENTERPRISES, INC.
D/B/A ACUTE CARE PHARMACEUTICALS
12225 WORLD TRADE DR., SUITE A
SAN DIEGO, CA 92128


MCI COMM SERVICE
PO BOX 15043
ALBANY, NY 12212


MCKESSON MEDICAL-SURGICAL
PO BOX 634404
CINCINNATI, OH 45263


MCKESSON SPECIALTY
15212 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

MCROBERTS SECURITY TECHNOLOGIES
409 JOYCE KILMER AVE,
SUITE 307
NEW BRUNSWICK, NJ 08901


MED ALLIANCE, INC.
2175 OAKLAND DRIVE
SYCAMORE, IL 60178


MEDCO SUPPLY COMPANY
21773 NETWORK PLACE
CHICAGO, IL 60673-1217


MEDI-DOSE, INC.
PO BOX 238
JAMISON, PA 18929


MEDICAL HOSPITALISTS, LLC
155 E. MARKET STREET
SUITE 700
INDIANAPOLIS, IN 46204


MEDICAL PHYSICS CONSULTANTS, INC.
214 EAST HURON STREET
ANN ARBOR, MI 48104


MEDICAL STAFFING SOLUTIONS, INC.
9700 HIGHWAY 57 NORTH
SUITE A
EVANSVILLE, IN 47725

MEDICENTER ALTERNATE CARE PHARMACY
100 N. FOOTE STREET
CAMBRIDGE CITY, IN 47327


MEDICOMP, INC.
PO BOX 117110
ATLANTA, GA 30368


MEDICUS LOCUM SERVICES, INC.
22 ROULSTON RD.
WINDHAM, NH 03087


MEDLINE INDUSTRIES, INC.
DEPT CH. 14400
PALATINE, IL 60055


MEDSOURCE CONSULTANTS
300 MAIN STREET
6TH FLOOR
STAMFORD, CT 06901


MEDTOX LABORATORIES, INC.
PO BOX 8107
BURLINGTON, NC 27216


MEDTRONIC USA
4642 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

MERCURY MEDICAL
PO BOX 17009
CLEARWATER, FL 33762


MERIDIAN BIOSCENCE CORP.
PO BOX 630224
CINCINNATI, OH 45263


MERIT MEDICAL
PO BOX 204842
DALLAS, TX 75320


MERRITT HAWKINS & ASSOCIATES
PO BOX 281943
ATLANTA, GA 30384-1943


METRONET
PO BOX 630546
CINCINNATI, OH 45263


MH EQUIPMENT COMPANY
#774469
4469 SOLUTIONS CIRCLE
CHICAGO, IL 60677


MICHAEL BROCKMAN
1835 W. COUNTRY CLUB RD.
CONNERSVILLE, IN 47331

MID AMERICA CLINICAL LABS
866704 RELIABLE PARKWAY
CHICAGO, IL 60686


MID AMERICA ELEVATOR
1116 E. MARKET STREET
INDIANAPOLIS, IN 46202


MINERVA SURGICAL, INC.
101 SAGINAL DRIVE
REDWOOD CITY, CA 94063


ML MANAGEMENT/CAIN BROS.
601 CALIFORNIA STREET, STE. 1505
SAN FRANCISCO, CA 94108


MODERN OFFICE METHODS, INC.
4747 LAKE FORSEST DRIVE
CINCINNATI, OH 45242


MOOD MEDIA
PO BOX 71070
CHARLOTTE, NC 28272


MORTARA INSTRUMENTS
7865 N. 86TH STREET
MILWAUKEE, WI 53224

MOTION INDUSTRIES, INC.
P.O. BOX 98412
CHICAGO, IL 60693

NARCOTICS ANONYMOUS WORLD SERVICES
19737 NORDHOFF PLACE
CHATSWORTH, CA 91311

NASHVILLE SURGICAL INSTRUMENTS
2005 KUMAR LANE
SPRINGFIELD, TN 37172

NATIONAL EMPLOYMENT SCREENING
PO BOX 9718
TAVERNIER, FL 33070

NATUS MEDICAL INCORPORATED
PO BOX 3604
CAROL STREAM, IL 60132-3604

NCS PEARSON, INC.
13036 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

NET REVENUE ASSOCIATES
1330 CORPORATE DRIVE
SUITE 100
HUDSON, OH 44236

NETWORK SERVICES COMPANY
29060 NETWORK PLACE
CHICAGO, IL 60673


NEVRO CORPORATION
4040 CAMPBELL AVE #210
MENLO PARK, CA 94025


NEXTGEN HEALTHCARE
QUALITY SYSTEMS, INC.
PO BOX 809390
CHICAGO, IL 60680


NICHOLS REFRIGERATION
2016 N. PARK RD.
CONNERSVILLE, IN 47331


NORIX GROUP, INC.
1800 W. HAWTHORNE LANE
SUITE N
WEST CHICAGO, IL 60185


NORTH MECHANICAL SERVICES, INC.
2627 NORTH EMERSON
INDIANAPOLIS, IN 46218


NORTHWEST RADIOLOGY NETWORK
ATTN. PATTY DEARING
5901 TECHNOLOGY CENTER DRIVE
INDIANAPOLIS, IN 46278

```
NOVARAD
752 E. 1180 SOUTH
SUITE 200
AMERICAN FORK, UT 84003




NOVARAD CORPORATION
752 E. 1180 S.
#200
AMERICAN FORK, UT 84003




NP NOW, LLC
746B SAINT ANDREWS BLVD.
CHARLESTON, SC 29407




NTHRIVE, INC.
PO BOX 733492
DALLAS, TX 75373




OBIX PERINATAL DATA SYSTEM
715 TOLGATE RD., STE. H
ELGIN, IL 60123




OFFICE THREE SIXTY, INC. (FKA ROSA'S)
7301 WOODLAND DRIVE
INDIANAPOLIS, IN 46278




OHIO VALLEY GAS CO.
535 EASTERN AVE.,
PO BOX 445
CONNERSVILLE, IN 47331
```

```
OLYMPUS AMERICA
PO BOX 200194
PITTSBURGH, PA 15251




OPUSING, LLC
PO BOX 26470
SAN FRANCISCO, CA 94126




OPYS HOLDINGS, INC.
155 E. MARKET STREET, STE. 700
INDIANAPOLIS, IN 46204




ORCHARD SOFTWARE CORPORATION
701 CONGRESSIONAL BLVD.
SUITE 360
CARMEL, IN 46032




ORS, INC.
13578 E. 131ST STREET, STE 220
FISHERS, IN 46037




ORTHO-CLINICAL DIAGNOSTICS
PO BOX 3655
CAROL STREAM, IL 60132




OSMAN CLINIC & ASSOC.
3307 W. 96TH STREET
INDIANAPOLIS, IN 46268
```

OVERHEAD DOOR CO. OF INDIANAPOLIS
PO BOX 50648
INDIANAPOLIS, IN 46250

P4:6 COURIER SERVICE
329 N. WALNUT STREET
CAMBRIDGE CITY, IN 47327

PALM HARBOR MEDICAL, INC.
3015 RIDGELINE BLVD.
TARPON SPRINGS, FL 34688

PARTSSOURCE, INC.
PO BOX 645186
CINCINNATI, OH 45264

PDC
PO BOX 71549
CHICAGO, IL 60694

PEPSI BEVERAGES COMPANY
LOCKBOX #759488
CHICAGO, IL 60675

PERFORMANCE HEALTH SUPPLY, INC.
PO BOX 93040
CHICAGO, IL 60673-3040

PHARMEDIUM SERVICES LLC
29104 NETWORK PLACE
CHICAGO, IL 60673


PHILIPS HEALTHCARE
PO BOX 100355
ATLANTA, GA 30384


PHILIPS MEDICAL CAPITAL
1111 OLD EAGLE SCHOOL RD.
WAYNE, PA 19087


PHYSICIANS REVIEW ORGANIZATION
120 WEST SAGINAW STREET
EAST LANSING, MI 48823


PITNEY BOWES GLOBAL FINANCIAL SERVICES
PO BOX 371887
PITTSBURGH, PA 15250


PITNEY BOWES PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250


PLATINUM CODE
8095 215TH STREET WEST
LAKEVILLE, MN 55044

POOLS R FUN
330 WEST 30TH STREET
CONNERSVILLE, IN 47331


PORTER ADVERTISING LLC
PO BOX 1152
RICHMOND, IN 47375


POWELL'S PLUMBING & ELECTRIC, INC.
250 E. 11TH STREET
CONNERSVILLE, IN 47331


PRECISION CONTROLS
PO BOX 1287
FORT WAYNE, IN 46801


PRECISION MEDICAL
300 HELD DRIVE
NORTHAMPTON, PA 18067


PREMIUM ASSIGNMENT CORPORATION
PO BOX 8000
TALLAHASSEE, FL 32314


PRIME TIME HEALTHCARE LLC
RN DIVIDION
PO BOX 3544
OMAHA, NE 68103

PROFESSIONAL RESEARCH CONSULTANTS, INC.
11326 P STREET
OMAHA, NE 68137


PROGRESSIVE MEDICAL, INC.
PO BOX 771410
SAINT LOUIS, MO 63177


QUESET MEDICAL, INC.
PO BOX 1287
BROCKTON, MA 02303


QUOTIENT BIODIAGNOSTICS
LOCKBOX #H785792
PO BOX 785792
PHILADELPHIA, PA 19178


R & D SYSTEMS, INC.
614 MCKINLEY PLACE NE
MINNEAPOLIS, MN 55413


R. MATTHEW REED
617 E. TULIP LANE
CONNERSVILLE, IN 47331


RADIOMETER AMERICA, INC.
13217 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

RANDSTAD HEALTHCARE
13792 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


RECONDO
7900 E. UNION AVENUE
SUITE 400
DENVER, CO 80237


REID HEALTH PHARMACY
1100 REID PARKWAY
RICHMOND, IN 47374


RENOVO SOLUTIONS, LLC
4 EXECUTIVE CIRCLE
SUITE 185
IRVINE, CA 92614


RESMED
PO BOX 534593
ATLANTA, GA 30353-4593


RESOURCE ANESTHESIOLOGY ASSOCIATES OF IN
450 MAMARONECK AVE
SUITE 201
HARRISON, NY 10528


RESPIRONICS
PO BOX 405740
ATLANTA, GA 30384

RFXCEL CORPORATION
12667 ALCOSTA BLVD.
SUITE 375
SAN RAMON, CA 94583


RIEMAN'S FLOWER SHOP
1224 GRAND AVENUE
CONNERSVILLE, IN 47331


RN NETWORK
PO BOX 974088
DALLAS, TX 75397


ROBERT DIETRICK CO.
9051 TECHNOLOGY DRIVE
FISHERS, IN 46038


ROLLS ROYCE
PO BOX 1831
GRAND RAPIDS, MI 49501


RPS IMAGING
1815 WASHINGTON STREET
MICHIGAN CITY, IN 46360


RTM CONSULTANTS, INC.
6640 PARKDALE PLACE
SUITE J
INDIANAPOLIS, IN 46254

RUSH MEMORIAL HOSPITAL
1300 N. MAIN STREET
PO BOX 608
RUSHVILLE, IN 46173


SAGE SERVICES GROUP, LLC
506 DEANNA LANE
CHARLESTON, SC 29492


SANOFI PASTEUR, INC.
12548 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


SCOTTCARE CORPORATION
C/O SCOTT FETZER
PNC BANK PO BOX 73790-N
CLEVELAND, OH 44193


SERIM RESEARCH CORP.
3506 REEDY DRIVE
ELKHART, IN 46514


SHARED MEDICAL SERVICES, INC.
209 LIMESTONE PASS
COTTAGE GROVE, WI 53527


SHERWIN WILLIAMS
2920 N. NATIONAL ROAD
COLUMBUS, IN 47201

SHERWIN WILLIAMS CO.
114 W. 30TH STREET
CONNERSVILLE, IN 47331

SHRED-IT USA
2883 NETWORK PLACE
CHICAGO, IL 60673

SIEMENS MEDICAL SOLUTIONS USA
PO BOX 120001
DEPT 0733
DALLAS, TX 75312

SIHO INSURANCE SERVICES
417 WASHINGTON STREET
COLUMBUS, IN 47201

SISKIN PHYSICIANS, LLC
155 E. MARKET STREET
SUITE 700
INDIANAPOLIS, IN 46204

SMILEMAKERS
PO BOX 2543
SPARTANBURG, SC 29304

SMITHS MEDICAL ASD, INC.
PO BOX 7247-7784
PHILADELPHIA, PA 19170

```
SOLIANT HEALTH
DEPT CH 14430
PALATINE, IL 60055




SOUTH BEND MEDICAL FOUNDATION
PO BOX 2030
MISHAWAKA, IN 46546




SOUTHSIDE HEATING SUPPLY CO.
1441 S. 9TH STREET
P.O. BOX 279
RICHMOND, IN 47375




SPOK, INC.
PO BOX 660324
DALLAS, TX 75266




STANDARD TEXTILE
PO BOX 630302
CINCINNATI, OH 45263




STANLEY CONVERGENT SECURITY SOLUTIONS
DEPT. CH 10651
PALATINE, IL 60055




STEARNS SUPPLY CENTER
P.O. BOX 88
NORTH VERNON, IN 47265
```

STERICYCLE, INC.
PO BOX 6575
CAROL STREAM, IL 60197


STERIS CORPORATION
LOCKBOX 771652
1652 SOLUTIONS CENTER
CHICAGO, IL 60677


STERLING STAFFING GROUP
411 OAK STREET, 3RD FLOOR
CINCINNATI, OH 45219


STRECK, INC.
PO BOX 45625
OMAHA, NE 68145


STRYKER SALES CORP.
PO BOX 70119
CHICAGO, IL 60673


STRYKER SALES CORP. - ENDO
PO BOX 93276
CHICAGO, IL 60673


SUBSCRIBER RENEWALS
PO BOX 1960
PADUCAH, KY 42002

SUNBELT STAFFING
DEPT CH 14430
PALATINE, IL 60055

SUPERFLEET
P.O. BOX 70995
CHARLOTTE, NC 28272

SUPPLEMENTAL HEALTH CARE
PO BOX 677896
DALLAS, TX 75267

SUPPLYWORKS
P.O. BOX 404284
ATLANTA, GA 30384

SURGICAL PRODUCT SOLUTIONS
643 FIRST AVENUE, SUITE 200
PITTSBURGH, PA 15219

SUSQUEHANNA COMMERCIAL FINANCE, INC.
2 COUNTRY VIEW ROAD
SUITE 300
MALVERN, PA 19355

SYSMEX
28241 NETWORK PLACE
CHICAGO, IL 60673

TCF EQUIPMENT FINANCE, INC.
11100 WAYZATA BLVD., SUITE 801
HOPKINS, MN 55305


TECH ELECTRONICS & COMMUNICATION
319 N. 5TH STREET
RICHMOND, IN 47374


TERREX CONSTRUCTION, LLC
3200 MADISON RD.
SUITE 2B
CINCINNATI, OH 45209


TFG-INDIANA, L.P.
6995 UNION PARK CENTER, STE. 400
COTTONWOOD HEIGHTS, UT 84047


THE POINT WHON-AM RADIO
PO BOX 1647
RICHMOND, IN 47375


THERMAL SUPPLY
FIRE STOP SYSTEMS, LLC
7301 GEORGETOWN
INDIANAPOLIS, IN 46268


TRANE U.S., INC.
P.O. BOX 98167
CHICAGO, IL 60693

TRANSLOGIC CORPORATION
11325 MAIN STREET
BROOMFIELD, CO 80020


TRI-ANIM HEALTH SERVICES
25197 NETWORK PLACE
CHICAGO, IL 60673


TRI-DIM FILTER CORP.
P.O. BOX 822001
PHILADELPHIA, PA 19182


TRIAD ISOTOPES, INC.
PO BOX 415921
BOSTON, MA 02241


TRIFECTA NETWORKS
4027 TAMPA RD., #3900
OLDSMAR, FL 34677


TRUE FITNESS TECHNOLOGY
PO BOX 419161
SAINT LOUIS, MO 63141


TRUEU, INC.
C/O SIMONS BITZER & ASSOC.
8350 S. EMERSON AVE., STE. 100
INDIANAPOLIS, IN 46237

TRUSCRIPTS
513 E. SOUTH STREET
WASHINGTON, IN 47501


TRUSTAFF TRAVEL NURSES, LLC
PO BOX 63-8231
CINCINNATI, OH 45263


TYPENEX MEDICAL
303 E. WACKER STREET, SUITE 1030
CHICAGO, IL 60601


U.S. BANCORP EQUIPMENT FINANCE, INC.
PO BOX 230789
PORTLAND, OR 97201


U.S. NUCLEAR REGULATORY COMMISSION
OFFICE OF THE CHIEF FINANCIAL OFFICER
PO BOX 979051
SAINT LOUIS, MO 63197


UNITED REFRIGERATION, INC.
P.O. BOX 677036
DALLAS, TX 75267


UNITED WOMENS HEALTH SERVICES
1700 WEST PARK DRIVE
SUITE 410
WESTBOROUGH, MA 01581

UNIVERSAL LINEN SERVICES, LLC
1807 COMMERCE ROAD
LOUISVILLE, KY 40208


UNIVERSITY OF TEXAS
M.D. ANDERSON CANCER CENTER
PO BOX 4390
HOUSTON, TX 77210


UPS
LOCKBOX 577
CAROL STREAM, IL 60132


UPTODATE
230 THIRD AVENUE
WALTHAM, MA 02451


US FOODS
9399 WEST HIGGINS RD.
ROSEMONT, IL 60018


US FOODS, INC.
9399 WEST HIGGINS RD.
ROSEMONT, IL 60018


VAN AUSDALL & FARRAR INC.
DE LAGE LANDEN
PO BOX 41602
PHILADELPHIA, PA 19101

VAN AUSDALL & FARRAR, INC.
1111 OLD EAGLE SCHOOL
WAYNE, PA 19087


VARIAN MEDICAL SYSTEMS, INC.
3100 HANSEN WAY
PALO ALTO, CA 94304


VARIAN MEDICAL SYSTEMS, INC.
70140 NETWORK PLACE
CHICAGO, IL 60673


VASCULAR ACCESS CONSULTING
1422 FINNEGAN CT.
INDIANAPOLIS, IN 46217


VERIZON BUSINESS
PO BOX 15043
ALBANY, NY 12212


VERIZON WIRELESS
BANKRUPTCY ADMINISTRATION
500 TECHNOLOGY DRIVE, SUITE 550
SAINT CHARLES, MO 63304


VNN
PO BOX 2323
GRAND RAPIDS, MI 49501

WAGE WORKS, INC.
P.O. BOX 45772
SAN FRANCISCO, CA 94145


WAL-MART/SYNCHRONY BANK
P.O. BOX 530934
ATLANTA, GA 30353


WAUSAU FINANCIAL SYSTEMS
3765 MOMENTUM PLACE
CHICAGO, IL 60689


WEAS ENGINEERING, INC.
P.O. BOX 550
WESTFIELD, IN 46074


WEATHERBY LOCUMS, INC.
15300 WESTON PKWY, STE 105
CARY, NC 27513


WEINGARDT & ASSOCIATES, INC.
9265 CASTLEGATE DRIVE
INDIANAPOLIS, IN 46256


WEIZEL SECURITY
P.O. BX 276
BLAINE, WA 98231

```
WELCH ALLYN
PO BOX 73040
CHICAGO, IL 60673




WELLS FARGO WHOLESALE
PO BOX 60308
SWAP A BONDS
CHARLOTTE, NC 28260




WELLS LUMBER CO.
116 E. 9TH STREET
CONNERSVILLE, IN 47331




WERFEN USA, LLC
PO BOX 347934
PITTSBURGH, PA 15251-4934




WHITETAIL ACRES TREE FARM
8001 OLD BLUE CREEK RD.
BROOKVILLE, IN 47012




WHITEWATER BROADCASTING
WFMG-FM
PO BOX 1646
RICHMOND, IN 47375




WHITEWATER PUBLICATIONS, INC.
PO BOX 38
BROOKVILLE, IN 47012
```

WHOLESALE CARPETS, INC.
117 N. CENTRAL AVE.
CONNERSVILLE, IN 47331


WILDMAN CORPORATE APPAREL
800 S. BUFFALO STREET
WARSAW, IN 46580


WILLIAM NESBITT
166 S. VILLA DRIVE
CONNERSVILLE, IN 47331


WINDSTREAM COMMUNICATIONS
PO BOX 9001013
LOUISVILLE, KY 40290


WLPK 106.9FM WIFE 94.3FM
PO BOX 619
CONNERSVILLE, IN 47331


WOLKTERS KLUWER LEGAL & REGULATORY US
PO BOX 71882
CHICAGO, IL 60694


WOODEN & MCLAUGHLIN, LLP
ONE INDIANA SQUARE
STE. 2500
INDIANAPOLIS, IN 46282

```
WORLD POINT ECC
DEPT #10414
PO BX 87618
CHICAGO, IL 60680



ZOLL MEDICAL CORPORATION
PO BOX 27028
NEW YORK, NY 10087
```

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Fayette Memorial Hospital Association, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Fayette Memorial Hospital Association, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 10, 2018**

Date

**/s/ Wendy D. Brewer**

**Wendy D. Brewer 22669-49**

Signature of Attorney or Litigant

Counsel for    **Fayette Memorial Hospital Association, Inc.**

**Fultz Maddox Dickens, PLC**
**333 N. Alabama Street**
**Suite 350**
**Indianapolis, IN 46204**
**317-215-6220 Fax:317-252-0275**
**wbrewer@fmdlegal.com**