Fayette Regional Health System
Cash Flow Budget
For Period 10/10/18 through 11/30/18

|  | Oct-18 | Nov-18 |  |
|---|---:|---:|---|
| **Beginning Operating Cash Balance 10/10/18** | 129,909.94 | 293,908.11 |  |
| Cash Receipts (Patient) 10/10/18-10/31/18 | 2,350,000.00 | 3,300,000.00 |  |
| Cash Receipts (340B) 10/10/18-10/31/18 | 90,000.00 | 110,000.00 |  |
| Cash Receipts (Grant/Gift) 10/10/18-10/31/18 | 502,732.00 | 3,500.00 |  |
| Total Cash Receipts 10/10/18-10/31/18 | 2,942,732.00 | 3,413,500.00 |  |
| **Operating Expenses 10/10/18-10/31/18** |  |  |  |
| Payroll, Taxes, Child Support, Retirement | 1,860,000.00 | 1,660,824.22 | Oct Payroll represents cash funding on 10/17 and 10/31 |
| Group Insurance - SIHO (Premiums) | 105,000.00 | 150,000.00 | (Self funded health ins) |
| Employee Benefits | 40,000.00 | 40,000.00 | (Dental, Vision, Life) |
| Contract Labor Non-physician | 75,000.00 | 75,000.00 |  |
| Systems Support | 40,000.00 | 40,000.00 |  |
| Athena EMR System | 0.00 | 95,000.00 |  |
| Purchased Services | 93,733.83 | 145,000.00 |  |
| Professional Fees - Physician Only | 161,800.00 | 235,000.00 |  |
| Supplies (chargeable, drug, IV) | 190,000.00 | 290,000.00 |  |
| Office Supplies | 1,500.00 | 7,000.00 |  |
| Minor Equipment Expense | 0.00 | 2,500.00 |  |
| Postage/Freight | 1,200.00 | 1,200.00 |  |
| Repairs/Mainenance | 0.00 | 8,500.00 |  |
| Rental charge | 4,500.00 | 4,500.00 |  |
| Interest (Comerica Bond) | 0.00 | 0.00 |  |
| Med Equipment Support Expense | 1,000.00 | 1,500.00 |  |
| Sponsorship/Marketing | 0.00 | 10,000.00 |  |
| Insurance - General Liability | 55,000.00 | 55,000.00 | Finance arrangement for all business insurance policies |
| Utilities Electric | 0.00 | 72,250.00 |  |
| Utilities Water | 0.00 | 10,150.00 |  |
| Utilities Gas | 0.00 | 10,000.00 |  |
| Utilities Phone/Internet | 0.00 | 14,350.00 |  |
| Legal Fees | 0.00 | 15,000.00 |  |
| Auditing/Accounting Fees | 0.00 | 40,000.00 |  |
| Chapter 11 Counsel | 0.00 | 25,000.00 |  |
| Robert Half Agency (Interim CFO) | 0.00 | 28,000.00 | Paying 4 weeks prepaid 10/09 |
| Security deposit - Utilities | 150,000.00 | 0.00 |  |
| Possible Critical Vendor Payments | 0.00 | 125,000.00 | (If requested and approved by Court) |
| HIP 2.0 FSSA Fees | 0.00 | 0.00 |  |
| Total Operating Expenses | 2,778,733.83 | 3,160,774.22 |  |
| **Net Cash Flow** | 163,998.17 | 252,725.78 |  |
| **Ending Cash Balance 10/31/18** | 293,908.11 | 546,633.89 |  |

Both include pre-petion self funded health claims