**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| FAYETTE MEMORIAL HOSPITAL ASSOCIATION, INC. | ) ) | CASE NO. 18-07762-JJG-11 |
| Debtor. | ) | |

**APPEARANCE**

Terry E. Hall and the firm of Faegre Baker Daniels LLP, pursuant to Rule B-9010-1(a)(1) of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana, hereby enter their appearance as counsel for Comerica Bank in the above-referenced bankruptcy proceeding.

Comerica Bank requests that all notices, pleadings and documents be served on its counsel, addressed to:

> Terry E. Hall (#22041-49)
> Faegre Baker Daniels LLP
> 300 North Meridian Street, Suite 2700
> Indianapolis, IN 46204
> Telephone: (317) 237-1230
> Facsimile:  (317) 237-1000
> terry.hall@faegrebd.com

> Respectfully submitted,
>
> FAEGRE BAKER DANIELS LLP
>
>
> /s/ Terry E. Hall
>
> *Counsel for Comerica Bank.*

Terry E. Hall (#22041-49)
Faegre Baker Daniels LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-1230
Facsimile:  (317) 237-1000
Terry.hall@faegrebd.com

US.120360666.01

2

## CERTIFICATE OF SERVICE

     I hereby certify that on October 12, 2018, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.


     /s/ Terry E. Hall