SO ORDERED: October 15, 2018.



_____
Jeffrey J. Graham
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-07762-JJG-11 |
| FAYETTE MEMORIAL HOSPITAL ) | |
| ASSOCIATION, INC. d/b/a FAYETTE ) | |
| REGIONAL HEALTH SYSTEMS, ) | |
|     Debtor. ) | |
| ) | |

**INTERIM ORDER (I) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (II) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (IIII) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT**

Upon the motion ("**Motion**") of the Debtor for an order, pursuant to Bankruptcy Code §§ 105 and 366: (i) prohibiting utilities from altering, refusing, or discontinuing service; (ii) deeming utilities adequately assured of future performance; and (iii) establishing procedures for determining adequate assurance of payment; and the Court having considered said Motion, having considered the matters discussed at the first day hearing, and being otherwise duly advised in the premises hereby FINDS that: 1) good and sufficient cause exists for granting the Motion; 2) the relief requested in the

1

Motion is appropriate in the context of this case and in the best interests of the Debtor and its estate, creditors, and all other parties-in-interest; 3) the Adequate Assurance Procedures[1] comply with 11 U.S.C. § 366; 4) notice of the Motion was adequate and proper under the circumstances of this case; and 5) no other or further notice need be given. As such, the Court hereby ORDERS, ADJUDGES AND DECREES THAT:

1. The Motion is granted on an Interim basis as set for the herein;

2. The Debtor is hereby authorized and directed to establish a segregated Utility Deposit Account in which the Debtor will deposit $131,060, representing 1 month of the estimated aggregate Utility Company obligations of the Debtor. Alternatively, upon written request to the Debtor by a Utility Company, the Debtor shall pay to the Utility Company, the amount set forth on the attached Exhibit A with respect to such Utility Company, to be held by the Utility Company as a deposit.

3. The deposit(s) describe in the preceding paragraph shall be deemed to satisfy the adequate assurance requirements of 11 U.S.C. § 366(b) (the "**Proposed Adequate Assurance**").

4. The Utility Companies are prohibited from altering, refusing or discontinuing services on account of any unpaid pre-petition charges and a Utility Company shall be deemed to have adequate assurance of payment unless and until: (1) the Debtor, in its discretion, agrees to provide additional adequate assurance; or (2) following a hearing requested and conducted pursuant to 11 U.S.C. § 366(c)(3), this Court enters an order requiring that additional assurance of payment be provided.

5. The Debtor is permitted to file amendments to the Utility Service List attached to the Motion as **Exhibit A** to add newly identified Utility Companies and this Utilities Order shall apply

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

to any Utilities Companies added to the Utility Service List.

6. Nothing in the Motion or this Utility Order shall be deemed or constitute the post-petition assumption or adoption of any agreement pursuant to 11 U.S.C. § 365.

7. The Debtor is authorized and empowered to take any and all action necessary to implement the terms of the Motion and this Order.

8. The terms and conditions of this Utilities Order shall be immediately enforceable and effective upon its entry.

9. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

**Final Hearing on this Motion shall take place at 10:00 AM. on the 30th day of October, 2018**, before Judge Jeffrey J. Graham, United States Bankruptcy Court, Birch Bayh Federal Building and U.S. Courthouse, 46 E. Ohio Street, Room 311, Indianapolis, IN 46204. Any creditor or other interested party having any objection to this Interim Order shall file a written objection with the Clerk, United States Bankruptcy Court, 46 E. Ohio Street, Room 116, Indianapolis, Indiana 46204, and serve it upon the Office of the United States Trustee, 101 W. Ohio Street, Indianapolis, IN 46204 (e-mail: ron.moore@usdoj.gov); and counsel for the Debtor, Wendy D. Brewer, Fultz Maddox Dickens PLC, 333 N. Alabama Street, Ste. 350, Indianapolis, IN 46204 (e-mail: wbrewer@fmdlegal.com) and Laura M. Brymer, Fultz Maddox Dickens PLC, 101 S. Fifth Street, 27th Floor, Louisville, KY 40202 (email: lbrymer@fmdlegal.com), not later than three (3) business days prior to the Final Hearing.

# # #

| Provider | Address | Nature | Deposit | Current | Estimated Monthly Bill |
|---|---|---|---|---|---|
| Duke Energy | PO Box 1326, Charlotte, NC 28201-1326 | Electric | 0 | No | $71,000 |
| Frontier | PO Box 740407, Cincinnati, OH 45274-0407 | Phone/Internet | 0 | No | $9,500 |
| Verizon Business | PO Box 15043, Albany, NY 12212-5043 | Phone/Internet | 0 | No | $2,300 |
| Windstream | PO Box 9001013, Louisville, KY 40290-1013 | Phone/Internet | 0 | No | $5,000 |
| CIMA Energy | PO Box 677013, Dallas, TX 75267-7013 | Gas | 0 | Yes | $8,700 |
| Metronet | PO Box 630456, Cincinnati, OH 45263-0546 | Phone/Internet | 0 | Yes | $15,500 |
| MCI Comm Service | PO Box 15043, Albany, NY 12212-5043 | Phone/Internet | 0 | No | $300 |
| AT&T Business | PO Box 105068, Atlanta, GA 30348-5068 | Phone/Internet | 0 | No | $85 |
| AT&T | PO Box 5080, Carol Stream, IL 60197-5080 | Phone/Internet | 0 | No | $60 |
| Verizon Wireless | PO Box 25505, Lehigh Valley, PA 18002-5505 | Phone/Internet | 0 | Yes | $215 |
| Ohio Valley Gas Company | PO Box 445, Connersville, IN 47331 | Gas | 0 | No | $7,500 |
| Connersville Utilities | PO Box 325, Connersville, IN 47331 | Water | 0 | No | $9,500 |
| Century Link | PO Box 52187, Phoenix, AZ 85072-2187 | Phone/Internet | 0 | No | $200 |
| Spok, Inc. | PO Box 660324, Dallas, TX 75266-0324 | Phone/Internet | 0 | No | $1,200 |

In re: Fayette Memorial Hospital Association, Inc.        EXHIBIT A        Utility Companies Service List