SO ORDERED: October 15, 2018.



_____
Jeffrey J. Graham
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-07762-JJG-11 |
| FAYETTE MEMORIAL HOSPITAL ) | |
| ASSOCIATION, INC. d/b/a FAYETTE ) | |
| REGIONAL HEALTH SYSTEMS, ) | |
|     Debtor. ) | |
| ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE IMPLEMENTATION OF PROCEDURES TO MAINTAIN AND PROTECT CONFIDENTIAL PATIENT INFORMATION**

This case came before the Court upon the *Motion for Entry of an Order Authorizing the Implementation of Procedures to Maintain and Protect Confidential Patient Information* (the "**Motion**") filed by Fayette Memorial Hospital Association, Inc. d/b/a Fayette Regional Health Systems ("**Fayette Regional**" or the "**Debtor**").

The Court, having considered the Motion, having considered the matters raised at the hearing on the First Day Motions, and now being duly advised in the premises, hereby finds that adequate and

proper notice of the relief requested in the Motion has been given in accordance with S.D. Ind. L.R. B-9013-3 and the Motion should be granted as follows:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT the Debtor is authorized to implement the Patient Confidentiality Procedures described in the Motion and set forth below:

1. The Debtor, with the assistance of its professionals, is authorized to prepare and maintain (i) a separate creditor matrix of the Patients (the "**Patient Matrix**"), and (ii) separate schedules of claims that may be asserted by and against the Patients (the "**Patient Schedule**");

2. The Debtor shall not be required to file the Patient Matrix and the Patient Schedule but instead be permitted to file a redacted version of the Patient Schedule that redacts the names and addresses of the Patients and assigns a unique identification number to each of the Patients, *provided however*, that the Patient Matrix and the Patient Schedule may be reviewed by (i) this Court, (ii) the Office of the United States Trustee, (iii) any applicable state regulatory agency (through the respective state attorney general) (iv) any applicable Federal regulatory agency, and (v) any other party in interest that obtains, after notice and a hearing, an order directing the Debtor to disclose the Patient Matrix and Patient Schedules to such party;

3. If and when the Debtor serves any document upon any person listed on the Patient Matrix, the Debtor is authorized to indicate in the certificate of service that the parties served include individuals listed on the Patient Matrix;

4. To the extent any Patient discloses his or her own "protected health information" ("PHI") (as such term is defined in HIPAA) in any pleading, proof of claim, notice, or other publicly available document, the Debtor and its professionals shall be permitted, and to the extent required by the Bankruptcy Code, the Bankruptcy Rules, or any other applicable law, rule, or court order, directed to include such PHI in any subsequent pleading, notice, document, list, or other public disclosure made in connection with these Chapter 11 Cases.

# # #