# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FAYETTE MEMORIAL HOSPITAL ASSOCIATION, INC. | ) |
| | ) Case No. 18-07762-JJG-11 |
| | ) |
| | ) Hon. Jeffrey J. Graham |
| Debtor. | ) |
| | ) |
| | ) |

## APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

Alan K. Mills, Esq., of Barnes & Thornburg LLP, hereby appears in the above-captioned case as counsel for The Bank of New York Mellon Trust Company, N.A., as bond trustee, and requests that any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this case, be served upon him at the following address, and that he be added to any service list or mailing matrix on file with the Clerk of the Bankruptcy Court:

> Alan K. Mills (10116-49)
> Barnes & Thornburg, LLP
> 11 South Meridian Street
> Indianapolis, Indiana 46204
> Telephone: (317) 231-7239
> Facsimile: (317) 231-7433
> Alan.Mills@btlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand filed in this matter, whether transmitted or conveyed by ECF filing, mailing, hand delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010.

Neither this Appearance nor any subsequent pleading, proof of claim, or other writing or conduct shall constitute a waiver by the party for which this Appearance has been made of any (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters. All such rights hereby are reserved and preserved by The Bank of New York Mellon Trust Company, N.A., as bond trustee, without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

Dated: October 16, 2018

*/s/ Alan K. Mills*
Alan K. Mills, Esq. (10116-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 231-7239
Facsimile: (317) 231-7433
E-mail: Alan.Mills@btlaw.com

*Attorney for Creditor The Bank of New York Mellon Trust Company, N.A., as Bond Trustee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of October, 2018, he caused a copy of the foregoing to be filed electronically via the Court's ECF system. Notice of this filing will be sent to all parties registered to receive filings in this case by operation of the Court's ECF system. Parties may access this filing through the Court's ECF system. Additionally, any parties that have appeared and will not be served electronically via the Court's ECF system have been served a copy of the foregoing via U.S. Mail, postage prepaid.

                                                */s/ Alan K. Mills*
                                                Alan K. Mills