UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-07762-JJG-11 |
| FAYETTE MEMORIAL HOSPITAL ) | |
| ASSOCIATION, INC. d/b/a FAYETTE ) | |
| REGIONAL HEALTH SYSTEMS, ) | |
|     Debtor. ) | |
| ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

Fayette Memorial Hospital Association, Inc. d/b/a Fayette Regional Health Systems ("**Fayette Regional**" or the "**Debtor**"), the Debtor and Debtor-In-Possession, by the undersigned proposed counsel and pursuant to Section 521 of Title 11 of the United States Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure, for entry of an order extending the time to file its Schedules and Statement of Financial Affairs through and including October 31, 2018:

**JURISDICTION AND VENUE**

1.    On October 10, 2018 (the "**Petition Date**"), the Debtor filed a voluntary petition in this Court for reorganization relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtor is operating its business and managing its property as debtor-in-possession under Sections 1107(a) and 1108 of the Bankruptcy Code.

2.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3.     The Debtor will shortly be filing its application to hire Fultz Maddox Dickens, PLC, as counsel for the Debtor.

### RELIEF REQUESTED

4.     Pursuant to Bankruptcy Code section 521, Bankruptcy Rule 1007, and Local Rule S.D. Ind. B-1007-1, a debtor is required, within fourteen (14) days from the date of filing, to file with the court certain lists, schedules and statements, as well as items identified in a Deficiency Notice dated October 11, 2018 at DN 13 (collectively referred to as, the "**Schedules and SOFA**").  By this Motion, the Debtor seeks an order extending the time for filing its Schedules and SOFA for an additional seven (7) days through and including October 31, 2018.

### BASIS FOR RELIEF REQUESTED

5.     The Debtor's Schedules and SOFA are currently due in this matter on Wednesday October 24, 2018.

6.     This Case was filed on an emergency basis and the undersigned counsel is still working with the Debtor to gather necessary information for the Initial Debtor Interview and information to complete the Schedules and Statement of Financial Affairs.

7.     The Debtor requires additional time to compile the information needed in order to file the Schedules and SOFA.

8.     The requested extension will not delay the First Meeting of Creditors, which is currently scheduled for November 5, 2018, at 1:00PM.

9.     The Office of the United States Trustee was consulted prior to the filing of this Motion and does not object to requested extension.

WHEREFORE, the Debtor respectfully requests that the Court enter an order extending the deadline for the Debtor to file its Schedules and SOFA for seven (7) days through October 31, 2018, 2018.

Respectfully submitted this 22nd day of October, 2018,

/s/ *Wendy D. Brewer*
Wendy D. Brewer (#22669-49)
FULTZ MADDOX DICKENS PLC
333 N. Alabama Street, Ste. 350
Indianapolis, IN 46204
Telephone: (317) 215-6220
wbrewer@fmdlegal.com

and

Laura M. Brymer
FULTZ MADDOX DICKENS, PLC
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202
(502) 588-2000 – Telephone
(502) 588-2020 – Facsimile
lbrymer@fmdlegal.com

*Proposed Attorneys for the Debtor*