**Fill in this information to identify the case:**

Debtor name    **Fayette Memorial Hospital Association, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    **18-07762**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 1, 2018**

X **/s/ Samantha Bell-Jent**
Signature of individual signing on behalf of debtor

**Samantha Bell-Jent**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Fayette Memorial Hospital Association, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)   **18-07762**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $    **14,688,400.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................    $    **28,875,912.88**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................    $    **43,564,312.88**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **15,830,296.95**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$    **10,295,988.37**

4.   Total liabilities ........................................................................................................
    Lines 2 + 3a + 3b    $    **26,126,285.32**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Fayette Memorial Hospital Association, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) **18-07762**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Comerica Operating Account** | **Checking** | **0570** | **$50,000.00** |
| 3.2. | **Comerica Disbursement Account (Payables Account)** | **Checking** | **0539** | **$0.00** |
| 3.3. | **Comerica Sinking Fund Account** | **Deposit Account** | **1466** | **$204,500.00** |
| 3.4. | **Comerica Custodial Securities Account** | **Custodial Securities Account** | **0696** | **$198,000.00** |
| 3.5. | **Comerica Insurance Claims Account (Inactive)** | **Insurance Claims Account** | **0513** | **$0.00** |
| 3.6. | **Comerica FSA Account (Inactive)** | **FSA Account** | **0521** | **$0.00** |
| 3.7. | **First FInancial Bank** | **Lockbox Account (old)** | **7873** | **$0.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Fayette Memorial Hospital Association, Inc.**                    Case number *(If known)* **18-07762**
_____
Name

| | | | | |
|---|---|---|---|---|
| 3.8. | **First FInancial Bank - Checking (Grant Funds)** | **Checking** | **6146** | **$0.00** |
| 3.9. | **Health Care Professionals Federal Credit Union** | **Credit Union Savings** | **7410** | **$0.00** |
| 3.10. | **U.S. Bank** | **Lockbox Account** | **5957** | **$0.00** |
| 3.11. | **U.S. Bank - Operating** | **Checking - Operating Account** | **6599** | **$80,000.00** |
| 3.12. | **U.S. Bank - Accounts Payable** | **Checking - Accounts Payable** | **6581** | **$0.00** |
| 3.13. | **First FInancial Bank - Checking Account in the Name of Fayette Regional Health System Pain Management, LLC (not owned by the Debtor), but Debtor is a signatory** | **Checking** | **3027** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                        **$532,500.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Debtor pays annual insurance premiums, but finances those premiums.   For most policies, insurance premiums are paid through 3/2/2019.** | **$0.00** |
| 8.2. | **Prepaid Dues (as of 9/30/18)** | **$31,670.73** |
| 8.3. | **Prepaid maintenance and service agreements (as of 9/30/18)** | **$239,467.38** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Fayette Memorial Hospital Association, Inc.**                Case number *(If known)*  **18-07762**
       Name

| | | |
|---|---|---|
| 8.4. | **Prepaid Other (as of 9/30/18)** | $145,265.86 |

| | | |
|---|---|---|
| 9. | **Total of Part 2.** | $416,403.97 |
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11b. Over 90 days old: | 18,734,410.00 - | 10,491,269.60 =.... | $8,243,140.40 |
| | | face amount | doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 12. | **Total of Part 3.** | $8,243,140.40 |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**   Investments

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity:                                          % of ownership | | |
| 15.1. | Membership interests in Fayette Regional Health System Pain Management, LLC    51%  % | N/A | Unknown |

| | | |
|---|---|---|
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | |
| | Describe: | |

| | | |
|---|---|---|
| 17. | **Total of Part 4.** | $0.00 |
| | Add lines 14 through 16.  Copy the total to line 83. | |

**Part 5:**   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. | **Raw materials** | | | |

Debtor  **Fayette Memorial Hospital Association, Inc.**                Case number *(If known)* **18-07762**
      Name

| | | | | |
|---|---|---|---|---|
| 20. | **Work in progress** | | | |
| 21. | **Finished goods, including goods held for resale** | | | |
| 22. | **Other inventory or supplies** <br>**Food service inventory** <br>**and supplies sold by** <br>**U.S. Food Service to the** <br>**Debtor** <br>**estimated at $6,240 on** <br>**hand as of the Petition** <br>**Date** | **$0.00** | Recent cost | **$6,420.00** |
| | **Pharmaceutical and** <br>**medical supplies sold to** <br>**the Debtor by** <br>**Amerisource Bergen** <br>**prior to the Petition** <br>**Date.** | **Unknown** | | **$14,834.29** |
| | **General - $36,699.07** <br>**(plus US Foods $6,240)** <br>**Reagents - $82,116.64** <br>**Surgery - $335,459.55** <br>**Pharmacy - $291,187.45** <br>**(plus ABDC $14,834.29)** | **Unknown** | **N/A** | **$702,523.64** |

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | **$723,777.93** |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.  **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value            Valuation method      **Recent**       Current Value
                   **0**                          **Purchase**                      **210241.37**

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of <br>debtor's interest <br>(Where available) | Valuation method used <br>for current value | Current value of <br>debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Fayette Memorial Hospital Association, Inc.**                Case number *(If known)* **18-07762**
          _____
          Name

| | | | |
|---|---|---|---|
| 39. | **Office furniture**<br>**Included in #50 Below** | $0.00 | $0.00 |

| | | |
|---|---|---|
| 40. | **Office fixtures** | |

| | | | |
|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Included in #50 below.** | $0.00 | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | |
|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **2009 Chrysler Town & Country Tour Ed (40,000mi)**<br>**VIN: 2A8H4541X9R536412** | Unknown | N/A | $6,000.00 |
| 47.2. **2004 Chevy Silverado K2500HD (84,000miles)**<br>**VIN 1GCHK24UX4E248559** | $0.00 | N/A | $14,000.00 |
| 47.3. **2010 Chevy HHR LS (192,370miles)**<br>**VIN:  3GNBAADB5AS563568** | Unknown | N/A | $4,000.00 |
| 47.4. **2007 Chevy Malibu Maxx LT (130,000 miles)**<br>**VIN:  1G1ZT67N77F217709** | Unknown | N/A | $4,000.00 |
| 47.5. **2003 Ford Focus SE/SE SPT/ZTW (57,889 miles)**<br>**VIN:  1FAFP36373W331657** | Unknown | N/A | $1,500.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Fayette Memorial Hospital Association, Inc.**                    Case number *(If known)*  **18-07762**
_____
Name

| | | | |
|---|---|---|---|
| 47.6. | **2001 Ford E350 (84,900 miles)**<br>**VIN: 1FBNE31L21HB11870** | Unknown | N/A | $3,500.00 |
| 47.7. | **2001 Ford Econoline E350 Super Duty**<br>**(100,500 miles)**<br>**VIN: 1FTSS34L11HA82901** | Unknown | N/A | $8,900.00 |
| 47.8. | **2001 Ford E350 (100,733miles)**<br>**VIN: 1FBNE31L71HA96220** | Unknown | N/A | $3,500.00 |
| 47.9. | **2000 Ford F250 Super Duty**<br>**(80,000miles)**<br>**VIN: 1FTNF21L7YEC44087** | Unknown | N/A | $5,500.00 |
| 47.10· | **1994 Trailer**<br>**VIN: 12UT1000023000** | Unknown | N/A | $500.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**
**machinery and equipment)**
**Debtor's Equipment (per Balance Sheet on**
**8/31/18)**                    $18,569,441.00    N/A                $18,569,441.00

51.    **Total of Part 8.**                                            | $18,620,841.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Fayette Memorial Hospital Association, Inc.**                Case number *(If known)*  **18-07762**
Name

available.

| | | | | |
|---|---|---|---|---|
| 55.1. | **Hospital Campus**<br>**1941 Virginia Ave,**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-24-529-501.000-**<br>**003** | Fee simple | Unknown | Tax records | $10,501,300.00 |
| 55.2. | **Parking Lot**<br>**3542 N. Western**<br>**Ave., Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-12-514-504.000-**<br>**008** | Fee simple | Unknown | Tax records | $95,100.00 |
| 55.3. | **Medical Office**<br>**Building**<br>**3542 - 3548 N.**<br>**Western Ave.,**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-12-514-505.000-**<br>**008** | Fee simple | Unknown | Tax records | $411,200.00 |
| 55.4. | **Shed and Storage**<br>**Building**<br>**614 W. 35th Street,**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-12-514-522.000-**<br>**008** | Fee Simple | Unknown | Tax records | $51,600.00 |
| 55.5. | **Medical Office**<br>**Building**<br>**2004 Indiana Avenue,**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-13-505-514.000-**<br>**008** | Fee Simple | Unknown | Tax records | $106,300.00 |
| 55.6. | **Parking Lot - Fenced**<br>**2005 Virginia Ave.,**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-13-505-515.000-**<br>**008** | Fee Simple | Unknown | Tax records | $149,700.00 |

Debtor    **Fayette Memorial Hospital Association, Inc.**      Case number *(If known)* **18-07762**
<br>Name

| | | | | |
|---|---|---|---|---|
| 55.7. | **Parking Lot and Detached Garage**<br>**212 W. 20th Street,**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-13-506-509.000-**<br>**008** | Fee Simple | Unknown | Tax records | $37,400.00 |
| 55.8. | **Parking Lot**<br>**2008 Virginia Ave.,**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-13-506-510.000-**<br>**008** | Fee Simple | Unknown | Tax records | $24,200.00 |
| 55.9. | **Single Family Home**<br>**212 W. 20th Street,**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-13-506-512.000-**<br>**008** | Fee Simple | Unknown | Tax records | $43,100.00 |
| 55.10. | **Medical Office Building**<br>**2140 Indiana Avenue,**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-13-510-505.000-**<br>**008** | Fee Simple | Unknown | Tax records | $98,600.00 |
| 55.11. | **Fenced Parking Lot**<br>**2147 Virginia Ave.,**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-13-510-522.000-**<br>**008** | Fee Simple | Unknown | Tax records | $22,800.00 |
| 55.12. | **Commercial Office Building**<br>**1936 Virginia Avenue,**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-24-530-502.000-**<br>**003** | Fee Simple | Unknown | Tax records | $62,200.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Fayette Memorial Hospital Association, Inc.** | | Case number *(If known)* | **18-07762** |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.13. | **Commercial Office Building**<br>**1926 Virginia Ave.,**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-24-530-503.000-**<br>**003** | Fee Simple | Unknown | Tax records | $67,300.00 |
| 55.14. | **Single Family Home**<br>**1920 Virginia Ave.,**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-24-530-504.000-**<br>**003** | Fee Simple | Unknown | Tax records | $33,200.00 |
| 55.15. | **Medical Office Building, Parking Lot, and 10 acres undeveloped**<br>**450 Erie Avenue,**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-06-07-100-003.000-**<br>**008** | Fee Simple | Unknown | Tax records | $1,969,300.00 |
| 55.16. | **Single Family Home**<br>**1829 Virginia Ave**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-24-526-519.000-**<br>**003** | Fee Simple | Unknown | Tax records | $79,400.00 |
| 55.17. | **Medical Office Building**<br>**420 W. 24th Street,**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-13-533-520.000-**<br>**008** | Fee Simple | Unknown | Tax records | $105,400.00 |
| 55.18. | **Medical Office Building**<br>**2025 Virginia Avenue,**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-13-505-549.000-**<br>**008** | Fee Simple | Unknown | Tax records | $369,300.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Fayette Memorial Hospital Association, Inc.**                    Case number *(If known)*  **18-07762**
_____
Name

| | | | | |
|---|---|---|---|---|
| 55.19 · | **Single Family Home 2016 Virginia Avenue, Connersville, IN 47331 Parcel No. 21-05-13-506-508.000-008** | Fee Simple | Unknown | Tax records | $62,800.00 |
| 55.20 · | **Fenced Parking Lot 1938 Virginia Ave., Connersville, IN 47331 Parcel No. 21-05-24-530-501.000-003** | Fee Simple | Unknown | Tax records | $113,400.00 |
| 55.21 · | **Storage Building and Lot 3135 Virginia Ave., Connersville, IN 47331 Parcel No. 21-05-12-503-540.000-008** | Fee Simple | Unknown | Tax records | $284,800.00 |

56.  **Total of Part 9.**                                                           **$14,688,400.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets Trademark - Fayette Regional Health Systems - IN File No. 2007-0189** | **Unknown** | | **Unknown** |
| 61.  **Internet domain names and websites www.fayetteregional.org** | **Unknown** | | **Unknown** |
| 62.  **Licenses, franchises, and royalties** | | | |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 10

Debtor    **Fayette Memorial Hospital Association, Inc.**                    Case number *(If known)*  **18-07762**
_____
Name

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**
       **Unknown value - not recently valued.**                    $0.00                    Unknown

| | | |
|---|---|---|
| 66. | **Total of Part 10.** | $0.00 |
| | Add lines 60 through 65. Copy the total to line 89. | |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) **Sign on Bonus for Dr. Barry Davis (balance as of 9/30/18).  Repaid through work for the Debtor at the rate of $694.44/month.** | 42,500.00 - Total face amount | 0.00 = doubtful or uncollectible amount | $42,500.00 |
| | **Sign on Bonus for Dr. Mary Saleh (balance as of 9/30/18).  Repaid through work for the Debtor at the rate of $694.44/month.** | 20,138.92 - Total face amount | 0.00 = doubtful or uncollectible amount | $20,138.92 |
| | **Sign on Bonus for Dr. Wooten (balance as of 9/30/18).   No longer an employee so repayment through working for the Debtor is not possible.** | 23,611.12 - Total face amount | 0.00 = doubtful or uncollectible amount | $23,611.12 |
| | **Sign on Bonus for Dr. Apama Jha (balance as of 9/30/18).  Repaid through work for the Debtor at the rate of $694.44/month.** | 11,111.20 - Total face amount | 0.00 = doubtful or uncollectible amount | $11,111.20 |

Debtor    **Fayette Memorial Hospital Association, Inc.**                    Case number *(If known)*  **18-07762**
Name

| | | | | |
|---|---|---|---|---|
| **Promissory Note from Mary H. E. Patrick, M.D. in the original principal amount of $250,000.  Debtor paid $250,000 in student loan repayments on behalf of Dr. Patrick pursuant to the terms of an employment agreement, and Dr. Patrick executed this note in favor of the Debtor to be repaid through bi-weekly payments of $2,190.15 each, with payments forgiven during the term of employment.  Notice of termination was given prior to the Petition Date with the termination effectie 90 days thereafter.  Value below is amount estimated to be due at the end of the 90day period.** | **227,519.83**<br>Total face amount | - | **0.00**<br>doubtful or uncollectible amount | = |
| | | | | **$227,519.83** |
| **Jump Start Loan to Employee - Jammie J. Adams in the amount of $1,125 - repaid at the rate of $50/pay period through payroll withholdings. Balance on loan as of 10/13/18.** | **75.00**<br>Total face amount | - | **0.00**<br>doubtful or uncollectible amount | = |
| | | | | **$75.00** |
| **Jump Start Loan to Employee - Stephanie L. Drew in the amount of $4,000 - repaid at the rate of $50/pay period through payroll withholdings. Balance on loan as of 10/13/18.** | **3,200.00**<br>Total face amount | - | **0.00**<br>doubtful or uncollectible amount | = |
| | | | | **$3,200.00** |
| **Jump Start Loan to Employee - Charles E. Long in the amount of $610 - repaid at the rate of $50/pay period through payroll withholdings. Balance on loan as of 10/13/18.** | **210.00**<br>Total face amount | - | **0.00**<br>doubtful or uncollectible amount | = |
| | | | | **$210.00** |
| **Jump Start Loan to Employee - Beth A. Snyder in the amount of $1000 - repaid at the rate of $50/pay period through payroll withholdings. Balance on loan as of 10/13/18.** | **750.00**<br>Total face amount | - | **0.00**<br>doubtful or uncollectible amount | = |
| | | | | **$750.00** |
| **Jump Start Loan to Employee - Jammie J. Adams in the amount of $900 - repaid at the rate of $50/pay period through payroll withholdings. Balance on loan as of 10/13/18.** | **350.00**<br>Total face amount | - | **0.00**<br>doubtful or uncollectible amount | = |
| | | | | **$350.00** |
| **Scholarship Assistance to Employee - Haylee Cavins - in the amount of $23,480.41.  Repaid at the rate of $978.35/month over 2 year period beginning August 2017.  Balance as of 9/30/18.** | **9,783.51**<br>Total face amount | - | **0.00**<br>doubtful or uncollectible amount | = |
| | | | | **$9,783.51** |

72.    **Tax refunds and unused net operating losses (NOLs)**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Fayette Memorial Hospital Association, Inc.**                     Case number *(If known)*   **18-07762**
_____
Name

Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| **$339,249.58** |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor   **Fayette Memorial Hospital Association, Inc.**                    Case number *(If known)*  **18-07762**
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$532,500.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$416,403.97** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$8,243,140.40** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$723,777.93** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$18,620,841.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$14,688,400.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$339,249.58** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$28,875,912.88** | + 91b.  **$14,688,400.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$43,564,312.88** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Fayette Memorial Hospital Association, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    **18-07762**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any priority unsecured claims have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1**   Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| **Indiana Department of Revenue**<br>**100 N. Senate Ave., Room N203**<br>**Bankruptcy**<br>**Indianapolis, IN 46204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Possible tax obligations - for notice purposes.** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2**   Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| **Indiana Department of Workforce Devlpmt**<br>**C/O IDWD Legal Support, IN Govt Ctr S.**<br>**10 North Senate Ave., SE 105**<br>**Indianapolis, IN 46204-2277** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      48846      Best Case Bankruptcy

Debtor  **Fayette Memorial Hospital Association, Inc.**  Case number (*if known*)  **18-07762**
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|
| | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Possible tax obligations - for notice purposes.** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |

---

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **3M Health Information Services**<br>**Dept 0881**<br>**PO Box 120881**<br>**Dallas, TX 75312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim:  **IT Support** | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,082.60** |
|---|---|---|---|
| | **4MyBenefits, Inc.**<br>**4665 Cornell Rd.**<br>**Ste. 331**<br>**Cincinnati, OH 45241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim:  **Benefits Services** | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$67.00** |
|---|---|---|---|
| | **A&A Lock Shop**<br>**234 South Eastern Avenue**<br>**Connersville, IN 47331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim:  **Trade Debt - Building Support** | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,656.21** |
|---|---|---|---|
| | **Abbott Laboratories, Inc.**<br>**PO Box 92679**<br>**Chicago, IL 60675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim:  **Medical Supplies** | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,420.00** |
|---|---|---|---|
| | **Abbott Labs**<br>**22400 Network  Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim:  **Medical Supplies** | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number (if known) | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,849.80** |
|---|---|---|---|

**ABC Graphic Concepts, LLC**
**635 N. Central Ave.**
**Connersville, IN 47331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Medical Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,705.00** |
|---|---|---|---|

**Access Therapies, Inc.**
**PO Box 823461**
**Philadelphia, PA 19182-3461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Third Party Staffing Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$310.25** |
|---|---|---|---|

**ACOG**
**PO Box 117223**
**Atlanta, GA 30368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Medical Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,240.00** |
|---|---|---|---|

**Active Medical, Inc.**
**2200-B Hummingbird Lane**
**Harrisburg, PA 17112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Medical Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,137.40** |
|---|---|---|---|

**ADP, LLC**
**PO Box 842875**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Payroll Services Subscription__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,800.00** |
|---|---|---|---|

**Advanced Data Systems Corp.**
**15 prospect Street**
**Paramus, NJ 07652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __IT Support__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,142.50** |
|---|---|---|---|

**AHS Staffing, LLC**
**PO Box 671714**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Third Party Staffing Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number (if known) | 18-07762 |
|--------|--------|--------|--------|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,382.58**

**Aidarex Phamaceuticals**
**595 N. Smith Avenue**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,625.00**

**Alere North America, Inc.**
**PO Box 846153**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,317.97**

**Allcare Medical Services**
**PO Box 494**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Third Party Staffing Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,712.32**

**Allied World Surplus Lines Insurance Co.**
**1690 New Britain Ave.**
**Ste. 101**
**Farmington, CT 06032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,909.00**

**Alpha Imaging, LLC**
**PO Box 776448**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment Support**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,058.32**

**Amazon Capital Services**
**PO Box 035184**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$468.00**

**American Academy of Family Physicians**
**11400 Tomahawk Creek Pkwy.**
**Leawood, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Dues**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Fayette Memorial Hospital Association, Inc.**

Name

Case number *(if known)*  **18-07762**

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $575.00 |
|---|---|---|---|
| | **American College of Physicians**<br>P.O. Box 13565<br>Philadelphia, PA 19101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Dues** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $168,000.00 |
|---|---|---|---|
| | **American Health Network**<br>Attn Linda Sundin<br>10689 N. Pennsylvania St. Ste 200<br>Indianapolis, IN 46280 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Third Party Staffing Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,192.00 |
|---|---|---|---|
| | **American Proficiency Institute**<br>Department 9526<br>PO Box 30516<br>Lansing, MI 48909-8016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Supplies** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|
| | **American Screening Corp.**<br>1651 East 70th street<br>PMB 404<br>Shreveport, LA 71105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Supplies** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,537.50 |
|---|---|---|---|
| | **American Traveler Satffing Professionals**<br>PO Box 932021<br>Atlanta, GA 31193 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Third Party Staffing Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,391.78 |
|---|---|---|---|
| | **American United Life Insurance**<br>A One America Financial PA<br>PO Box 6123<br>Indianapolis, IN 46206 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Insurance** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,143.41 |
|---|---|---|---|
| | **Amerisourcebergen Drug Corp.**<br>1300 Morris Drive<br>Chesterbrook, PA 19087 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Medical Supplies** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **Fayette Memorial Hospital Association, Inc.**                    Case number *(if known)*   **18-07762**
         Name

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **AMN Healthcare, Inc.** | ☐ Contingent |
| | **2735 Collection Center Dr.** | ☐ Unliquidated |
| | **Chicago, IL 60693** | ☐ Disputed |

**$76,437.50**

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Third Party Staffing Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Angiodynamics** | ☐ Contingent |
| | **PO Box 1549** | ☐ Unliquidated |
| | **Albany, NY 12201-1549** | ☐ Disputed |

**$536.93**

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Applied Medical** | ☐ Contingent |
| | **PO Box 3511** | ☐ Unliquidated |
| | **Carol Stream, IL 60132-3511** | ☐ Disputed |

**$540.00**

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Arctic Ice Co.** | ☐ Contingent |
| | **PO Box 2516** | ☐ Unliquidated |
| | **Richmond, IN 47375** | ☐ Disputed |

**$220.00**

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Food Service Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Armstrong Medical** | ☐ Contingent |
| | **575 Knightsbridge Pkwy** | ☐ Unliquidated |
| | **PO Box 700** | ☐ Disputed |
| | **Lincolnshire, IL 60069** | |

**$135.86**

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Arrow International, Inc.** | ☐ Contingent |
| | **PO Box 60519** | ☐ Unliquidated |
| | **Charlotte, NC 28260** | ☐ Disputed |

**$8,195.26**

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Artec Environmental Monitoring, Inc.** | ☐ Contingent |
| | **8047 Castleton Rd.** | ☐ Unliquidated |
| | **Indianapolis, IN 46250** | ☐ Disputed |

**$4,581.00**

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt - Building Support**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Fayette Memorial Hospital Association, Inc.**          Case number *(if known)* **18-07762**

Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Ascension Health**
PO Box 45998
Saint Louis, MO 63145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Purchased Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,693.90 |
|---|---|---|---|

**Asco Power Services, Inc.**
PO Box 73473
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Equipment Support

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,891.58 |
|---|---|---|---|

**Assured Nursing**
7922 E. Edgwood Ave.
Indianapolis, IN 46239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Third Party Staffing Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127.28 |
|---|---|---|---|

**AT&T**
PO Box 5080
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Utility Service

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.52 |
|---|---|---|---|

**AT&T Business**
PO Box 105068
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Utility Service

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,611.16 |
|---|---|---|---|

**Athenahealth, Inc.**
PO Box 415615
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** IT Support

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $167.75 |
|---|---|---|---|

**Atlantic Biologicals**
ABC Lockbox
PO Box 533014
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Medical Supplies

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number (if known) | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,962.25** |
|---|---|---|---|

**Aureus Radiology, LLC**
**PO Box 3037**
**Omaha, NE 68103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Third Party Staffing Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,408.30** |
|---|---|---|---|

**Auto Owners Insurance Company**
**PO Box 740312**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.98** |
|---|---|---|---|

**Autozone**
**PO Box 116067**
**Atlanta, GA 30368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment Support**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,664.37** |
|---|---|---|---|

**Avesis**
**Attn Accounts Receivable**
**PO Box 52718**
**Phoenix, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,005.00** |
|---|---|---|---|

**Axis Providers, Inc.**
**11935 Mason Montgomery**
**Suite 100**
**Cincinnati, OH 45249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Third Party Staffing Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,117.50** |
|---|---|---|---|

**Aya Healthcare, Inc.**
**Dept 3519**
**PO Box 123519**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Third Party Staffing Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,375.00** |
|---|---|---|---|

**Bank of New York Mellon**
**Corporate Truste Department**
**PO Box 392013**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trustee Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fayette Memorial Hospital Association, Inc.**                     Case number *(if known)*    **18-07762**
_____
Name

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,918.06** |
|---|---|---|---|

**Bard Access Systems, Inc.**
PO Box 75767
Charlotte, NC 28275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,915.67** |
|---|---|---|---|

**Baxter Healthcare Corp.**
PO Box 70564
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$264.03** |
|---|---|---|---|

**Beckman Coulter, Inc.**
Dept Ch 10164
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$475.90** |
|---|---|---|---|

**Beekley Medical**
One Prestige Lane
Bristol, CT 06010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$264.64** |
|---|---|---|---|

**Benny's Sewer & Drain, Inc.**
1023 Eastern Ave.
Connersville, IN 47331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor - Building Support**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,184.83** |
|---|---|---|---|

**Bill Dunbar & Associates**
2601 Fortune Circle East
Suite 301A
Indianapolis, IN 46241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,775.00** |
|---|---|---|---|

**Bio-Med BSC, LLC**
PO Box 39259
Indianapolis, IN 46239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Fayette Memorial Hospital Association, Inc.**                    Case number *(if known)*    18-07762
_____
Name

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$24,126.46** |
| | **Bio-Rad Laboratories, Inc.**<br>**PO Box 849740**<br>**Los Angeles, CA 90084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Medical Supplies** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$913.23** |
| | **Biodex Medical Systems, Inc.**<br>**PO Bo x36348**<br>**Newark, NJ 07188-6348** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Medical Supplies** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$1,819.79** |
| | **Biomerieux, Inc.**<br>**PO Box 500308**<br>**Saint Louis, MO 63150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Medical Supplies** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$80.00** |
| | **Bioteque America, Inc.**<br>**PO Box 1518**<br>**Fremont, CA 94538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Medical Supplies** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$64,124.00** |
| | **Blue & Co., LLC**<br>**2712 SOlution Center**<br>**Chicago, IL 60677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Accounting services** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$2,816.12** |
| | **Boston Scientific Corporation**<br>**PO Box 951653**<br>**Dallas, TX 75395** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Medical Supplies** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$151.17** |
| | **Briggs Healthcare**<br>**4900 University Ave.**<br>**Suite 200**<br>**West Des Moines, IA 50266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Supplies** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number *(if known)* | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,117.80** |
|---|---|---|---|

**Brookville Tire Mart**
**653 Main Street**
**Brookville, IN 47012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Equipment Support**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$182.00** |
|---|---|---|---|

**Brunsman Graphic Design Group**
**3207 Iowa Ave**
**Connersville, IN 47331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Office Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,061.00** |
|---|---|---|---|

**BSC Supply LLC**
**200 Fifth Ave, Suite 3020**
**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,138.60** |
|---|---|---|---|

**Burgess Mechanical**
**12220 S. Eastern Ave**
**Indianapolis, IN 46259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor - Building Support**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.75** |
|---|---|---|---|

**Cadmet, Inc.**
**PO Box 24**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,120.00** |
|---|---|---|---|

**Cain Signs**
**6363 E. St. Rd. 44**
**Glenwood, IN 46133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor - Building Support**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,619.03** |
|---|---|---|---|

**Cancer Carepoint, Inc.**
**17 Executive Park Drive**
**Suite 520**
**Atlanta, GA 30329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Fayette Memorial Hospital Association, Inc.**                    Case number (if known)    **18-07762**
_____
Name

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,478.07** |
|---|---|---|---|

**Canon Financial Services**
**14904 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Equipment Rental**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$97.63** |
|---|---|---|---|

**Capital One Commercial**
**PO Box 5219**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0989**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76,247.11** |
|---|---|---|---|

**Caravan Health**
**PO Box 219285**
**Suite 310**
**Kansas City, MO 64121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$285,597.32** |
|---|---|---|---|

**Cardinal Health - 340B**
**PO Box 70539**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Medical Supplies - 340B**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,456.00** |
|---|---|---|---|

**Cardinal Health Medical**
**PO Box 70539**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,839.89** |
|---|---|---|---|

**Cardmember Services**
**P.O. Box 790408**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72,230.00** |
|---|---|---|---|

**Carefusion Solutions, Inc.**
**Pyxis Products**
**25082 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Equipment Rental**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Fayette Memorial Hospital Association, Inc.**          Case number (if known)    **18-07762**
       Name

| | |
|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

---

3.76  **Nonpriority creditor's name and mailing address**

**Carestaff Partners**
**PO Box 601959**
**Charlotte, NC 28260**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Third Party Staffing Services**

Is the claim subject to offset? ■ No  ☐ Yes

$27,599.84

---

3.77  **Nonpriority creditor's name and mailing address**

**Cariant HealthPartners**
**11623 Arbor Street**
**Omaha, NE 68144**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Third Party Staffing Services**

Is the claim subject to offset? ■ No  ☐ Yes

$33,261.37

---

3.78  **Nonpriority creditor's name and mailing address**

**Carstens**
**PO Box 99110**
**Chicago, IL 60693**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

$121.17

---

3.79  **Nonpriority creditor's name and mailing address**

**Catalyst Technology Group, Inc.**
**Dept 781441**
**PO Box 78000**
**Detroit, MI 48278**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT Support**

Is the claim subject to offset? ■ No  ☐ Yes

$11,629.91

---

3.80  **Nonpriority creditor's name and mailing address**

**Catapult Healthcare Staffing**
**1820 Preston Park, Ste. 1600**
**Plano, TX 75093**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Staffing Services**

Is the claim subject to offset? ■ No  ☐ Yes

$8,016.82

---

3.81  **Nonpriority creditor's name and mailing address**

**CDW, LLC**
**Attn Vida Krug**
**200 North Milwaukee Ave.**
**Vernon Hills, IL 60061**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT Support**

Is the claim subject to offset? ■ No  ☐ Yes

$42,518.55

---

3.82  **Nonpriority creditor's name and mailing address**

**CEI**
**2200 Grand Avenue**
**Connersville, IN 47331**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT Support**

Is the claim subject to offset? ■ No  ☐ Yes

$15,981.80

---

Debtor   **Fayette Memorial Hospital Association, Inc.**       Case number *(if known)*    **18-07762**
     Name

| | |
|---|---|
| 3.83   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$4,000.00** |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**3.83** **Nonpriority creditor's name and mailing address**
**Cejka Search, Inc.**
**PO Box 404682**
**Atlanta, GA 30384**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$4,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Recruitment services.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** **Nonpriority creditor's name and mailing address**
**Centurion Medical Products**
**PO Box 842816**
**Boston, MA 02284**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$11,073.82**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** **Nonpriority creditor's name and mailing address**
**Centurylink**
**Attn. Bankruptcy Notices**
**100 Centurylink Drive**
**Monroe, LA 71203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,011.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Utility Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** **Nonpriority creditor's name and mailing address**
**CGS Services Inc. - NA**
**PO Box 74008047**
**Chicago, IL 60674**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$10,272.27**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Vendor - Building Support**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** **Nonpriority creditor's name and mailing address**
**Chamber of Commerce**
**504 N. Central Avenue**
**Connersville, IN 47331**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$90.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Dues**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** **Nonpriority creditor's name and mailing address**
**Change Healthcare**
**22423 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$5,201.56**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Equipment Support**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** **Nonpriority creditor's name and mailing address**
**Chomel & Sons, Inc.**
**217 E. 6th Street**
**Connersville, IN 47331**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$216.72**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Vendor - Building Support**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Fayette Memorial Hospital Association, Inc.**                    Case number *(if known)*    **18-07762**
     Name

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,239.87 |
|---|---|---|---|

**CIMA Energy**
**Attn Collin Chance**
**100 Waugh Drive, Suite 500**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,132.00 |
|---|---|---|---|

**Claimaid**
**8141 Zionsville Rd.**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.00 |
|---|---|---|---|

**Clarks Eastside Market**
**1449 East 5th Street**
**Connersville, IN 47331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods Sold__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,925.27 |
|---|---|---|---|

**Clean Harbors Env. Service**
**PO Box 3442**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,040.00 |
|---|---|---|---|

**CLIA Laboratory Program**
**PO Box 530882**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Dues__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,633.50 |
|---|---|---|---|

**Cline Law Group**
**50 S. Meridian Street**
**Suite 302**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Legal Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**CNA Surety**
**PO Box 957312**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Insurance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Fayette Memorial Hospital Association, Inc.**                    Case number *(if known)*    **18-07762**
_____
Name

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,406.66** |

**Colonial Life**
**Premium Processing**
**PO Box 903**
**Columbia, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.06** |

**Comcast Cable**
**PO Box 7500**
**Southeastern, PA 19398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utility Service**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144.49** |

**Compass Health**
**PO Box 71591**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,109.67** |

**Conmed Corp.**
**Church Street Station**
**PO Box 6814**
**New York, NY 10249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,145.29** |

**Conmed Linvatec**
**PO Box 301231**
**Dallas, TX 75303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,645.63** |

**Connersville News Examiner**
**co Paxton Media Group**
**PO Box 1960**
**Paducah, KY 42002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Marketing/Advertising**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |

**Connersville Parks & Recreation**
**2900 N. Park Road**
**Connersville, IN 47331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  ??**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor **Fayette Memorial Hospital Association, Inc.**
_____
Name

Case number *(if known)*   **18-07762**

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,324.00** |
|---|---|---|---|

**Connersville Primary Care Phyisicans**
6536 Sunny Drive
Mason, OH 45040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Building Rental - Shiv S. Kapoor, M.D.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Connersville Rotary Club**
P.O. Box 915
Connersville, IN 47331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Dues**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,168.92** |
|---|---|---|---|

**Connersville Utilities**
PO Box 325
Connersville, IN 47331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility Service**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,112.00** |
|---|---|---|---|

**Convergeone Systems Integration**
PO Box 207480
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **IT Support**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$310.04** |
|---|---|---|---|

**Cook Medical, Inc.**
22988 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Cooper Surgical, Inc.**
PO Box 712280
Cincinnati, OH 45271

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166.20** |
|---|---|---|---|

**Cotronix**
7387 County Hwy 20
Caledonia, MN 55921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor    **Fayette Memorial Hospital Association, Inc.**                Case number *(if known)*    **18-07762**
_____
Name

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,304.59 |
|---|---|---|---|

**Covidien**
**Department 00 10318**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $204,298.50 |
|---|---|---|---|

**CPSI**
**6600 Wall Street**
**Mobile, AL 36695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **IT Support**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,915.00 |
|---|---|---|---|

**CSI Laboratories**
**2580 Westside Pkwy**
**Suite 400**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,354.00 |
|---|---|---|---|

**Curascript SD**
**d/b/a Curascript Specialty**
**PO Box 978510**
**Dallas, TX 75397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144.09 |
|---|---|---|---|

**Custom Ultrasonic, Inc.**
**144 Railroad Drive**
**Warminster, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,771.50 |
|---|---|---|---|

**Cyndi Nesbitt**
**166 S. Villa Drive**
**Connersville, IN 47331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Purchased services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118,642.60 |
|---|---|---|---|

**Cynet Healthstaff, Inc.**
**43480 Yukon Drive**
**Suite 202**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Third Party Staffing Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number (if known) | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$913.00** |
|---|---|---|---|

**Dalmatian Fire, Inc.**
**5670 W. 73rd Street**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Vendor - Building Support**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,587.07** |
|---|---|---|---|

**Delta Dental**
**16172 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Employee Dental Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,063.47** |
|---|---|---|---|

**Delta Locum Tenens**
**PO Box 202940**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Third Party Staffing Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,500.00** |
|---|---|---|---|

**Delta Physician Placement, LLC**
**PO Box 202940**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Recruitment services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,590.03** |
|---|---|---|---|

**Dex Media**
**PO Box 619009**
**Dallas, TX 75261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,295.00** |
|---|---|---|---|

**Directsource Media**
**11519 Kingston Pike**
**Knoxville, TN 37934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Dues**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8.00** |
|---|---|---|---|

**Don's Auto Sales**
**126 W. 2nd Street**
**Connersville, IN 47331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Equipment Support**

Is the claim subject to offset? ■ No ☐ Yes

Debtor     **Fayette Memorial Hospital Association, Inc.**                    Case number *(if known)*     **18-07762**
　　　　　　 Name

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,700.00** |
|---|---|---|---|

**Dr. Zawadski**
**505 S. Inverness Lane**
**Yorktown, IN 47396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Third Party Staffing Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,680.21** |
|---|---|---|---|

**Duke Energy**
**Attn. Bankruptcy Notices**
**526 S. Church Street**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utility Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,636.08** |
|---|---|---|---|

**Duncan Supply Co. Inc.**
**PO Box 441280**
**Indianapolis, IN 46244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Equipment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**E L Lewis, Inc.**
**PO Box 427**
**Carrollton, OH 44615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Marketing/Advertising**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$123.55** |
|---|---|---|---|

**E W Brockman Co., Inc.**
**901 W. 18th Street**
**Connersville, IN 47331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$525.00** |
|---|---|---|---|

**E&J Trailer Sales & Service**
**610 Wayne Park Drive**
**Cincinnati, OH 45215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Vendor - Building Support**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,180.00** |
|---|---|---|---|

**Earlywine Pest Control, Inc.**
**2234 Boston Pike**
**Richmond, IN 47374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Vendor - Building Support**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number *(if known)* | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,797.71 |
|---|---|---|---|

**Eastern Alliance Insurance Company**
**Deductible Pyaments Lockbox**
**PO Box 8168**
**Lancaster, PA 17604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Insurance__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,327.00 |
|---|---|---|---|

**Eastern Alliance Insurance Group**
**PO Box 206**
**East Petersburg, PA 17520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Insurance__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.63 |
|---|---|---|---|

**Ebsco Information Services**
**PO Box 830625**
**Birmingham, AL 35283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Subscription__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,135.29 |
|---|---|---|---|

**Electronic Strategies, Inc.**
**6855 Hillsdale Court**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Equipment Support__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $408.00 |
|---|---|---|---|

**Elsevier, Inc. - ARGI**
**PO Box 9546**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Subscription__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,240.00 |
|---|---|---|---|

**Energy System Maintenance, LLC**
**2801 Fortune Circle East**
**Suites E&F**
**Indianapolis, IN 46241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Vendor - Building Support__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,948.77 |
|---|---|---|---|

**Entellus Medical, Inc.**
**3600 Holly Lane North**
**Suite 40**
**Minneapolis, MN 55447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Medical Supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number *(if known)* | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$349.96** |
|---|---|---|---|
| | **Evoqua Water Technologies, LLC**<br>**28563 Network Place**<br>**Chicago, IL 60673-1285** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Purchased Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$206.50** |
|---|---|---|---|
| | **Fagron**<br>**3818 Momentum Place**<br>**Chicago, IL 60689** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Medical Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$713,366.81** |
|---|---|---|---|
| | **Family & Social Services Administration**<br>**PO Box 621007**<br>**Indianapolis, IN 46262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **FSSA Claim Repayment** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|---|
| | **Fastenal Company CC**<br>**P.O. Box 1286**<br>**Winona, MN 55987** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Vendor - Building Support** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,108.00** |
|---|---|---|---|
| | **Fayette County First Aid Unit**<br>**PO Box 727**<br>**Elkhart, IN 46515** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119.07** |
|---|---|---|---|
| | **Federal Express Corp**<br>**PO Box 94515**<br>**Palatine, IL 60094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Shipping Expense** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,382.00** |
|---|---|---|---|
| | **First Financial Corp. Leasing**<br>**Dept #2067**<br>**PO Box 87618**<br>**Chicago, IL 60680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Equipment Rental** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Debtor    **Fayette Memorial Hospital Association, Inc.**
          Name                                                    Case number *(if known)*    **18-07762**

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,763.17 |
|---|---|---|---|

**Fisher Scientific**
**13551 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,515.96 |
|---|---|---|---|

**Forbes Medical Transcription**
**1941 Virginia Avenue**
**Connersville, IN 47331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,499.70 |
|---|---|---|---|

**FP&C Consultants KC, LLC**
**1330 Burlington Street**
**Suite 200**
**Kansas City, MO 64116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,010.36 |
|---|---|---|---|

**FRHS Auxiliary**
**1941 Virginia Avenue**
**Connersville, IN 47331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**FRHS Foundation**
**1941 Virginia Avenue**
**Connersville, IN 47331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,274.29 |
|---|---|---|---|

**Frontier**
**PO Box 740407**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,167.00 |
|---|---|---|---|

**Fujifilm Medical Systems U.S.A.**
**PO Box 347689**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment Support**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Fayette Memorial Hospital Association, Inc.**
Name

Case number *(if known)*    **18-07762**

| | |
|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** |

**Gabor Tolnay MD PC**
**319 Pinetree Lane**
**Richmond, IN 47374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$29,811.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** |

**GE Healthcare**
**PO Box 640200**
**Pittsburgh, PA 15264**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,472.62**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** |

**Genset Service, LLC**
**13749 Townshipline Rd.**
**Vevay, IN 47043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor - Building Support**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** |

**Getinge USA Sales, LLC**
**PO Box 775436**
**Chicago, IL 60677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$808.83**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** |

**Gilman Do It Best Home Center**
**1162 Tekulve Rd.**
**Batesville, IN 47006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,106.11**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor - Building Support**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.158 | **Nonpriority creditor's name and mailing address** |

**Global Equipment Company**
**29833 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$380.31**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.159 | **Nonpriority creditor's name and mailing address** |

**Goughs Auto Care & Tire Center**
**600 Western Avenue**
**Connersville, IN 47331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$858.19**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fayette Memorial Hospital Association, Inc.**               Case number (if known)   18-07762
_____
Name

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,214.72 |
|---|---|---|---|

**Grainger**
**Dept 804490704**
**Palatine, IL 60038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor - Building Support**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $638.40 |
|---|---|---|---|

**Greer Laboratories, Inc.**
**PO Box 603081**
**Charlotte, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,952.50 |
|---|---|---|---|

**Griffin Healthcare Services, LLC**
**1316 SW Sandalwood Cover**
**Port Saint Lucie, FL 34986**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Staffing Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,272.00 |
|---|---|---|---|

**Haemonetics Corporation**
**24849 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Equipment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,271.00 |
|---|---|---|---|

**Hall Render Killian Heath & Lyman**
**500 N. Meridian Street**
**Suite 400**
**Indianapolis, IN 46204-1293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Legal Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.70 |
|---|---|---|---|

**Hall's Appliance**
**622 Central Avenue**
**Connersville, IN 47331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor - Building Support**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,496.00 |
|---|---|---|---|

**Havel**
**P.O. Box 1287**
**Fort Wayne, IN 46801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor - Building Support**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fayette Memorial Hospital Association, Inc.**                    Case number (if known)    **18-07762**
         Name

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.56 |
|---|---|---|---|

**HD Supply**
**P.O. Box 509058**
**San Diego, CA 92150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Vendor - Building Support**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.13 |
|---|---|---|---|

**Health Care Logistics, Inc.**
**PO Box 400**
**Circleville, OH 43113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,434.22 |
|---|---|---|---|

**Health Carousel LLC**
**PO Box 714216**
**Cincinnati, OH 45271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Third Party Staffing Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.82 |
|---|---|---|---|

**Healthmark Industries Co., Inc.**
**Dept 7058**
**PO Box 30516**
**Lansing, MI 48909-8016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HFAP**
**142 East Ontario Street**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Dues**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.91 |
|---|---|---|---|

**Hill-Rom**
**PO Box 643592**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.66 |
|---|---|---|---|

**Hinckley Springs Water Co.**
**PO Box 660579**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Food Service Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number *(if known)* | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$375.00** |
|---|---|---|---|

**HML, Inc.**
**912 W. McGalliard Rd.**
**Muncie, IN 47303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,436.15** |
|---|---|---|---|

**Hologic, I nc.**
**24506 Network Place**
**Chicago, IL 60673-1245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,667.61** |
|---|---|---|---|

**Horizon Health**
**1965 Lakepointe Dr., Ste 100**
**Lewisville, TX 75057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Third Party Staffing Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$301.66** |
|---|---|---|---|

**HP Products, Inc.**
**PO Box 68310**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,675.62** |
|---|---|---|---|

**Hydronic & Steam Equpiment, Inc.**
**P.O. Box 1937**
**Dept. 139**
**Indianapolis, IN 46206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Vendor - Building Support**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$625.00** |
|---|---|---|---|

**IARCA**
**5519 E. 82nd Street**
**Suite A**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Dues**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**IGA Plus Connersville**
**1508 Virginia Ave.**
**Connersville, IN 47331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Food Service Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Fayette Memorial Hospital Association, Inc.**                    Case number (if known)    18-07762
Name

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $559.40 |
|---|---|---|---|

**Immucor, Inc.**
PO Box 102118
Atlanta, GA 30368

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Medical Supplies__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,272.00 |
|---|---|---|---|

**Indiana Blood Center**
3848 Solutions Center
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Services Provided__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Indiana Dept of Homeland Security**
Fiscal Department
302 W. Washington Street
Indianapolis, IN 46204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Building Expenses__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $56,190.00 |
|---|---|---|---|

**Indiana Health Information Exchange**
846 N. Senate Ave
Suite 300
Indianapolis, IN 46202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __IT Support__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Indiana Hospital Association**
500 N. Meridian Street
Ste 250
Indianapolis, IN 46204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Dues__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,902.00 |
|---|---|---|---|

**Indiana Motor Lodge of Columbus**
DBA Sprague Outdoor
PO Box 508
Columbus, IN 47202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Marketing/Advertising__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $339.63 |
|---|---|---|---|

**Indiana Paging Network, Inc.**
6745 W. Johnson Rd.
La Porte, IN 46350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Dues__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number (if known) | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,420.00** |
|---|---|---|---|
| | **Indiana Poison Center** | ☐ Contingent | |
| | **IU Health Methodist Hospital** | ☐ Unliquidated | |
| | **1701 N. Senate Blvd.** | ☐ Disputed | |
| | **Indianapolis, IN 46202** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Dues** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|
| | **Indiana Rural Health Association** | ☐ Contingent | |
| | **2901 Ohio Boulevard** | ☐ Unliquidated | |
| | **Ste. 240** | ☐ Disputed | |
| | **Terre Haute, IN 47803** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Dues** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|
| | **Indiana University** | ☐ Contingent | |
| | **IU Conferences** | ☐ Unliquidated | |
| | **PO Box 6212** | ☐ Disputed | |
| | **Indianapolis, IN 46206-6212** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Dues** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,990.00** |
|---|---|---|---|
| | **Indiana University-Purdue University** | ☐ Contingent | |
| | **Dept 78920** | ☐ Unliquidated | |
| | **PO Box 78000** | ☐ Disputed | |
| | **Detroit, MI 48278** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|
| | **Infectious Disease of Indiana** | ☐ Contingent | |
| | **11455 North Meridian Street** | ☐ Unliquidated | |
| | **Ste. 200** | ☐ Disputed | |
| | **Carmel, IN 46032** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Medical Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$465.50** |
|---|---|---|---|
| | **Injoy** | ☐ Contingent | |
| | **7107 La Vista Place** | ☐ Unliquidated | |
| | **Longmont, CO 80503** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Medical Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$263.68** |
|---|---|---|---|
| | **Integra Life Sciences** | ☐ Contingent | |
| | **PO Box 404129** | ☐ Unliquidated | |
| | **Atlanta, GA 30384** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Medical Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Fayette Memorial Hospital Association, Inc.**                     Case number *(if known)*   **18-07762**
         Name

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$252.00** |
|---|---|---|---|

**Iscreen Vision, Inc.**
**110 Timber Creek Drive**
**Cordova, TN 38018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:   **Purchased Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,064.00** |
|---|---|---|---|

**Jackson Nurse Professionals**
**PO Box 404118**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:   **Third Party Staffing Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,730.92** |
|---|---|---|---|

**Jackson Physician Search, LLC**
**2655 Northwinds Parkway**
**Alpharetta, GA 30009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:   **Recruitment services.**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,364.15** |
|---|---|---|---|

**Joe Webster, MS, DABR**
**10832 Silver Charm Ln.**
**Union, KY 41091**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:   **Third Party Staffing Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78,971.47** |
|---|---|---|---|

**Johnson Controls, Inc.**
**P.O. Box 730068**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:   **Trade Vendor - Building Support**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,270.95** |
|---|---|---|---|

**JRT Associates**
**5 Nepperhan Avenue**
**Suite B**
**Elmsford, NY 10523**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:   **Equipment Rental**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,739.80** |
|---|---|---|---|

**Jules & Associates**
**Accounts Receivable**
**515 S. Figueroa Street**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:   **Equipment Rental**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Fayette Memorial Hospital Association, Inc.**

Case number *(if known)*  **18-07762**

Name

| | | |
|---|---|---|
| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $150.47 |
| | **Karl Storz Endoscopy Amer. Inc.**<br>**File No. 53514**<br>**Los Angeles, CA 90074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Medical Supplies** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1,880.18 |
| | **KCI USA**<br>**PO Box 301557**<br>**Dallas, TX 75303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Medical Supplies** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $844.78 |
| | **Kediron Biopharma, Inc.**<br>**PO Box 21573**<br>**New York, NY 10087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Medical Supplies** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $4,307.50 |
| | **Kicks 96**<br>**PO Box 1647**<br>**Richmond, IN 47375** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Marketing/Advertising** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $5,200.00 |
| | **King Lawn Service**<br>**1155 S. Salem Rd.**<br>**Liberty, IN 47353** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Vendor - Building Support** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $12,837.18 |
| | **Kirby Risk Corporation**<br>**27561 Network Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Vendor - Building Support** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $80.00 |
| | **Kiwanis Club of Connersville**<br>**PO Box 327**<br>**Connersville, IN 47331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Dues** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

Debtor    **Fayette Memorial Hospital Association, Inc.**

Case number *(if known)*    **18-07762**

Name

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,968.61 |
|---|---|---|---|

**Klosterman Baking Company**
**PO Box 712572**
**Cincinnati, OH 45271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Food Service Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,471.93 |
|---|---|---|---|

**Koorsen**
**2719 N. Arlington Avenue**
**Indianapolis, IN 46218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor - Building Support**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |
|---|---|---|---|

**KRS Global Biotechnology, Inc.**
**791 Park of Commerce Blvd.**
**Suite 600**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,194.35 |
|---|---|---|---|

**Lab Corp of America**
**PO Box 12140**
**Burlington, NC 27216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.25 |
|---|---|---|---|

**Lainharts Watercare**
**701 N. Eastern Ave.**
**Connersville, IN 47331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor - Building Support**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $842.91 |
|---|---|---|---|

**Landauer, Inc.**
**PO Box 809051**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,562.25 |
|---|---|---|---|

**Lantheus Medical Imaging**
**PO Box 101236**
**Atlanta, GA 30392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor __Fayette Memorial Hospital Association, Inc.__     Case number *(if known)* __18-07762__
Name

| | |
|---|---|
| **3.216**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$84.50** |

**3.216**   **Nonpriority creditor's name and mailing address**

**Leco Corporation**
**3000 Lakeview Avenue**
**Saint Joseph, MI 49085-2319**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$84.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   __Medical Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217**   **Nonpriority creditor's name and mailing address**

**Leica Microsystems, Inc.**
**14008 Collections Center Drive**
**Chicago, IL 60693**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$571.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   __Medical Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218**   **Nonpriority creditor's name and mailing address**

**Lewis & Kappes, PC**
**One American Square**
**Ste. 2500**
**Indianapolis, IN 46282**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,352.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   __Legal Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219**   **Nonpriority creditor's name and mailing address**

**Lilagraphics Printing & Sign**
**PO Box 13129**
**Atlanta, GA 30324**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,142.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   __Office Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220**   **Nonpriority creditor's name and mailing address**

**Linde Gas North America, LLC**
**88222 Expedite Way**
**Chicago, IL 60695**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$6,661.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   __Rental agreement__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221**   **Nonpriority creditor's name and mailing address**

**Lingg Welding Company**
**711 S. Casteel Rd.**
**Connersville, IN 47331**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   __Trade Vendor - Building Support__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222**   **Nonpriority creditor's name and mailing address**

**Liquidagents Healthcare, LLC**
**PO Box 206831**
**Dallas, TX 75320**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$805.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   __Third Party Staffing Services__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number *(if known)* | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,031.75** |
|---|---|---|---|

**Locumtenens.com**
**Attn Adwoa Awotwi**
**2655 Northwinds Parkway**
**Alpharetta, GA 30009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Third Party Staffing Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.64** |
|---|---|---|---|

**Lowe's**
**P.O. Box 530954**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Vendor - Building Support**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114,321.85** |
|---|---|---|---|

**Macro Helix**
**2 National Data Plaza NE**
**Atlanta, GA 30329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,094.00** |
|---|---|---|---|

**Maine Standards**
**221 US Route 1**
**Cumberland Foreside, ME 04110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117,250.00** |
|---|---|---|---|

**Manta Resources, Inc.**
**15229 Herriman Blvd.**
**Noblesville, IN 46060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Recruitment services.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.35** |
|---|---|---|---|

**Mar-Med**
**PO Box 6483**
**Grand Rapids, MI 49516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,272.50** |
|---|---|---|---|

**Mardon Equipment Corp.**
**939 W. Troy Ave.**
**Indianapolis, IN 46225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Vendor - Building Support**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number *(if known)* | **18-07762** |

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$378.44** |
|---|---|---|---|

**Marketlab, Inc.**
**Dept 2506**
**PO Box 11407**
**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,979.17** |
|---|---|---|---|

**MassMutual Retirement Services**
**P.O. Box 219062**
**Kansas City, MO 64121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Benefits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,564.00** |
|---|---|---|---|

**Maxim Healthcare Services**
**13877 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Staffing Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,036.20** |
|---|---|---|---|

**McFarling Foods, Inc.**
**PO Box 1373**
**Richmond, IN 47375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Food Service Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,930.99** |
|---|---|---|---|

**MCG Health LLC**
**PO Box 742350**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.89** |
|---|---|---|---|

**McGowan Enterprises, Inc.**
**d/b/a Acute Care Pharmaceuticals**
**12225 World Trade Dr., Suite A**
**San Diego, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$401.16** |
|---|---|---|---|

**MCI Comm Service**
**PO Box 15043**
**Albany, NY 12212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor __Fayette Memorial Hospital Association, Inc.__      Case number (if known) __18-07762__
Name

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,688.52 |
|---|---|---|---|

**McKesson Medical-Surgical**
**PO Box 634404**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Medical Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,372.59 |
|---|---|---|---|

**McKesson Specialty**
**15212 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Medical Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.80 |
|---|---|---|---|

**McRoberts Security Technologies**
**409 Joyce Kilmer Ave,**
**Suite 307**
**New Brunswick, NJ 08901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.48 |
|---|---|---|---|

**Med Alliance, Inc.**
**2175 Oakland Drive**
**Sycamore, IL 60178**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Medical Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.15 |
|---|---|---|---|

**Medco Supply Company**
**21773 Network Place**
**Chicago, IL 60673-1217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Medical Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.03 |
|---|---|---|---|

**Medi-Dose, Inc.**
**PO Box 238**
**Jamison, PA 18929**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5083**

Basis for the claim: __Medical Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,606.07 |
|---|---|---|---|

**Medical Hospitalists, LLC**
**155 E. Market Street**
**Suite 700**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fayette Memorial Hospital Association, Inc.**                Case number *(if known)*   **18-07762**
_____
Name

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,793.75 |
|---|---|---|---|

**Medical Physics Consultants, Inc.**
**214 East Huron Street**
**Ann Arbor, MI 48104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,405.00 |
|---|---|---|---|

**Medical Staffing Solutions, Inc.**
**9700 Highway 57 North**
**Suite A**
**Evansville, IN 47725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Third Party Staffing Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.82 |
|---|---|---|---|

**Medicenter Alternate Care Pharmacy**
**100 N. Foote Street**
**Cambridge City, IN 47327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,965.00 |
|---|---|---|---|

**Medicomp, Inc.**
**PO Box 117110**
**Atlanta, GA 30368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,155.51 |
|---|---|---|---|

**Medicus Locum Services, Inc.**
**22 Roulston Rd.**
**Windham, NH 03087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Third Party Staffing Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154,078.43 |
|---|---|---|---|

**Medline Industries, Inc.**
**Dept Ch. 14400**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Medsource Consultants**
**300 Main Street**
**6th Floor**
**Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Recruitment services.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Fayette Memorial Hospital Association, Inc.**
     Name

Case number *(if known)*   **18-07762**

| | |
|---|---|
| 3.251 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Medtox Laboratories, Inc.**<br>**PO Box 8107**<br>**Burlington, NC 27216** | As of the petition filing date, the claim is: *Check all that apply.*           **$1,753.90**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** **Services Provided**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.252 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Medtronic USA**<br>**4642 Collection Center Drive**<br>**Chicago, IL 60693** | As of the petition filing date, the claim is: *Check all that apply.*           **$475.80**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** **Medical Supplies**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.253 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Mercury Medical**<br>**PO Box 17009**<br>**Clearwater, FL 33762** | As of the petition filing date, the claim is: *Check all that apply.*           **$126.04**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** **Medical Supplies**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.254 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Meridian Bioscience Corp.**<br>**PO Box 630224**<br>**Cincinnati, OH 45263** | As of the petition filing date, the claim is: *Check all that apply.*           **$1,787.19**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** **Medical Supplies**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.255 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Merit Medical**<br>**PO Box 204842**<br>**Dallas, TX 75320** | As of the petition filing date, the claim is: *Check all that apply.*           **$234.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** **Medical Supplies**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.256 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Merritt Hawkins & Associates**<br>**PO Box 281943**<br>**Atlanta, GA 30384-1943** | As of the petition filing date, the claim is: *Check all that apply.*           **$1,605.92**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** **Recruitment Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.257 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Metronet**<br>**PO Box 630546**<br>**Cincinnati, OH 45263** | As of the petition filing date, the claim is: *Check all that apply.*           **$298.08**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** **Utility Service**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number *(if known)* | **18-07762** |
|---|---|---|---|
| | Name | | |

---

**3.258** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$376.32**

MH Equipment Company
#774469
4469 Solutions Circle
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Vendor - Building Support__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.86**

Michael Brockman
1835 W. Country Club Rd.
Connersville, IN 47331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Building Support__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.55**

Mid America Clinical Labs
866704 Reliable Parkway
Chicago, IL 60686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services Provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,694.71**

Mid America Elevator
1116 E. Market Street
Indianapolis, IN 46202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Vendor - Building Support__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,640.00**

Minerva Surgical, Inc.
101 Saginal Drive
Redwood City, CA 94063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Medical Supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00**

ML Management/Cain Bros.
601 California Street, Ste. 1505
San Francisco, CA 94108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Investment banking services.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,509.72**

Modern Office Methods, Inc.
4747 Lake Foresst Drive
Cincinnati, OH 45242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Equipment Rental__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number (if known) | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.55 |
|---|---|---|---|

**Mood Media**
PO Box 71070
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,151.48 |
|---|---|---|---|

**Mortara Instruments**
7865 N. 86th Street
Milwaukee, WI 53224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Medical Equipment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277.31 |
|---|---|---|---|

**Motion Industries, Inc.**
P.O. Box 98412
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Vendor - Building Support**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262.08 |
|---|---|---|---|

**Narcotics Anonymous World Services**
19737 Nordhoff Place
Chatsworth, CA 91311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**Nashville Surgical Instruments**
2005 Kumar Lane
Springfield, TN 37172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297.45 |
|---|---|---|---|

**National Employment Screening**
PO Box 9718
Tavernier, FL 33070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Recruitment services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.47 |
|---|---|---|---|

**Natus Medical Incorporated**
PO Box 3604
Carol Stream, IL 60132-3604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Fayette Memorial Hospital Association, Inc.**                    Case number (if known)    **18-07762**
Name

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189.74 |
|---|---|---|---|

**NCS Pearson, Inc.**
**13036 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,309.94 |
|---|---|---|---|

**Net Revenue Associates**
**1330 Corporate Drive**
**Suite 100**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,209.74 |
|---|---|---|---|

**Network Services Company**
**29060 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138,354.00 |
|---|---|---|---|

**Nevro Corporation**
**4040 Campbell Ave #210**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153,742.98 |
|---|---|---|---|

**Nextgen Healthcare**
**Quality Systems, Inc.**
**PO Box 809390**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **IT Support**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Nichols Refrigeration**
**2016 N. Park Rd.**
**Connersville, IN 47331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Purchased Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,270.40 |
|---|---|---|---|

**Norix Group, Inc.**
**1800 W. Hawthorne Lane**
**Suite N**
**West Chicago, IL 60185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fayette Memorial Hospital Association, Inc.** | | Case number *(if known)* | **18-07762** |
|---|---|---|---|---|
| | Name | | | |

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,652.63 |
|---|---|---|---|
| | **North Mechanical Services, Inc.**<br>**2627 North Emerson**<br>**Indianapolis, IN 46218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: __Trade Vendor - Building Support__ | |
| | Last 4 digits of account number | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106,503.15 |
|---|---|---|---|
| | **Northwest Radiology Network**<br>**Attn. Patty Dearing**<br>**5901 Technology Center Drive**<br>**Indianapolis, IN 46278** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: __Services Provided__ | |
| | Last 4 digits of account number | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,165.00 |
|---|---|---|---|
| | **Novarad**<br>**752 E. 1180 South**<br>**Suite 200**<br>**American Fork, UT 84003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: __Equipment__ | |
| | Last 4 digits of account number | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,654.04 |
|---|---|---|---|
| | **Novarad Corporation**<br>**752 E. 1180 S.**<br>**#200**<br>**American Fork, UT 84003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: __Subscription__ | |
| | Last 4 digits of account number | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,000.00 |
|---|---|---|---|
| | **NP Now, LLC**<br>**746B Saint Andrews Blvd.**<br>**Charleston, SC 29407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: __Recruitment services.__ | |
| | Last 4 digits of account number | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,979.19 |
|---|---|---|---|
| | **NThrive, Inc.**<br>**PO Box 733492**<br>**Dallas, TX 75373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: __IT Support__ | |
| | Last 4 digits of account number | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,000.00 |
|---|---|---|---|
| | **Obix Perinatal Data System**<br>**715 Tolgate Rd., Ste. H**<br>**Elgin, IL 60123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: __Equipment__ | |
| | Last 4 digits of account number | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Fayette Memorial Hospital Association, Inc. | Case number *(if known)* | 18-07762 |
|---|---|---|---|
| | Name | | |

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102,687.95 |
|---|---|---|---|

**Office Three Sixty, Inc. (fka Rosa's)**
**7301 Woodland Drive**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,895.43 |
|---|---|---|---|

**Ohio Valley Gas Co.**
**535 Eastern Ave.,**
**PO Box 445**
**Connersville, IN 47331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $541.71 |
|---|---|---|---|

**Olympus America**
**PO Box 200194**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,476.00 |
|---|---|---|---|

**Opusing, LLC**
**PO Box 26470**
**San Francisco, CA 94126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Third Party Staffing Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Opys Holdings, Inc.**
**155 E. Market Street, Ste. 700**
**Indianapolis, IN 46204**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Staffing services.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,979.91 |
|---|---|---|---|

**Orchard Software Corporation**
**701 Congressional Blvd.**
**Suite 360**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198,322.48 |
|---|---|---|---|

**ORS, Inc.**
**13578 E. 131st Street, Ste 220**
**Fishers, IN 46037**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Fayette Memorial Hospital Association, Inc.**          Case number *(if known)*   **18-07762**

| | |
|---|---|
| 3.293 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Ortho-Clinical Diagnostics**
**PO Box 3655**
**Carol Stream, IL 60132**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Medical Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

$4,422.56

---

3.294  **Nonpriority creditor's name and mailing address**
**Osman Clinic & Assoc.**
**3307 W. 96th Street**
**Indianapolis, IN 46268**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Third Party Staffing Services**

Is the claim subject to offset? ☒ No ☐ Yes

$232,798.63

---

3.295  **Nonpriority creditor's name and mailing address**
**Overhead Door Co. of Indianapolis**
**PO Box 50648**
**Indianapolis, IN 46250**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Building Support**

Is the claim subject to offset? ☒ No ☐ Yes

$426.47

---

3.296  **Nonpriority creditor's name and mailing address**
**P4:6 Courier Service**
**329 N. Walnut Street**
**Cambridge City, IN 47327**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Courier Services**

Is the claim subject to offset? ☒ No ☐ Yes

$1,500.00

---

3.297  **Nonpriority creditor's name and mailing address**
**Palm Harbor Medical, Inc.**
**3015 Ridgeline Blvd.**
**Tarpon Springs, FL 34688**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Medical Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

$1,518.95

---

3.298  **Nonpriority creditor's name and mailing address**
**PartsSource, Inc.**
**PO Box 645186**
**Cincinnati, OH 45264**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Medical Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

$127.70

---

3.299  **Nonpriority creditor's name and mailing address**
**Patient 1**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Patient Refund**

Is the claim subject to offset? ☒ No ☐ Yes

$278.37

---

Debtor    **Fayette Memorial Hospital Association, Inc.**
Name                                                                          Case number *(if known)*    **18-07762**

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.09** |
|---|---|---|---|
| | **Patient 10** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:**  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.94** |
|---|---|---|---|
| | **Patient 11** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:**  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|
| | **Patient 12** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:**  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|
| | **Patient 13** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:**  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.36** |
|---|---|---|---|
| | **Patient 14** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:**  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$264.00** |
|---|---|---|---|
| | **Patient 15** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:**  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.88** |
|---|---|---|---|
| | **Patient 16** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:**  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Fayette Memorial Hospital Association, Inc.**          Case number *(if known)*    **18-07762**
_____
Name

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$145.50** |
|---|---|---|---|
| | **Patient 17** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,676.49** |
|---|---|---|---|
| | **Patient 18** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|---|
| | **Patient 19** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.70** |
|---|---|---|---|
| | **Patient 2** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35.59** |
|---|---|---|---|
| | **Patient 20** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$137.37** |
|---|---|---|---|
| | **Patient 21** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$137.37** |
|---|---|---|---|
| | **Patient 22** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Fayette Memorial Hospital Association, Inc. | Case number (if known) | 18-07762 |
|---|---|---|---|
| | Name | | |

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|
| | **Patient 23** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** __Patient Refund__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.27** |
|---|---|---|---|
| | **Patient 24** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** __Patient Refund__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.94** |
|---|---|---|---|
| | **Patient 25** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** __Patient Refund__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.86** |
|---|---|---|---|
| | **Patient 26** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** __Patient Refund__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.86** |
|---|---|---|---|
| | **Patient 27** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** __Patient Refund__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$243.89** |
|---|---|---|---|
| | **Patient 28** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** __Patient Refund__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61.00** |
|---|---|---|---|
| | **Patient 29** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** __Patient Refund__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number *(if known)* | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.92** |
|---|---|---|---|

**Patient 3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,321.00** |
|---|---|---|---|

**Patient 30**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00** |
|---|---|---|---|

**Patient 31**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.94** |
|---|---|---|---|

**Patient 32**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74.73** |
|---|---|---|---|

**Patient 33**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.20** |
|---|---|---|---|

**Patient 34**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$371.31** |
|---|---|---|---|

**Patient 35**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor　**Fayette Memorial Hospital Association, Inc.**　　　　Case number *(if known)*　**18-07762**
_____
Name

| | | |
|---|---|---|
| 3.328 | **Nonpriority creditor's name and mailing address** | **$14,000.50** |
| | **Patient 36** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**　**Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.329 | **Nonpriority creditor's name and mailing address** | **$20.01** |
| | **Patient 37** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**　**Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.330 | **Nonpriority creditor's name and mailing address** | **$1,400.00** |
| | **Patient 38** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**　**Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.331 | **Nonpriority creditor's name and mailing address** | **$10.47** |
| | **Patient 39** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**　**Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.332 | **Nonpriority creditor's name and mailing address** | **$25.00** |
| | **Patient 4** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**　**Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.333 | **Nonpriority creditor's name and mailing address** | **$29.00** |
| | **Patient 40** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**　**Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.334 | **Nonpriority creditor's name and mailing address** | **Unknown** |
| | **Patient 40** | |

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**　**Alleged personal injury claim.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Fayette Memorial Hospital Association, Inc.**                Case number *(if known)*    **18-07762**
Name

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.80 |
|---|---|---|---|
| | **Patient 41** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|
| | **Patient 42** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.93 |
|---|---|---|---|
| | **Patient 43** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $408.68 |
|---|---|---|---|
| | **Patient 44** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|
| | **Patient 45** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|---|
| | **Patient 46** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.71 |
|---|---|---|---|
| | **Patient 47** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **Fayette Memorial Hospital Association, Inc.** | | Case number *(if known)* | **18-07762** |
|---|---|---|---|---|
| | Name | | | |

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.50** |
|---|---|---|---|
| | **Patient 48** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim: **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.17** |
|---|---|---|---|
| | **Patient 49** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim: **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|
| | **Patient 5** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim: **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,238.00** |
|---|---|---|---|
| | **Patient 50** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim: **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.31** |
|---|---|---|---|
| | **Patient 51** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim: **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,131.00** |
|---|---|---|---|
| | **Patient 52** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim: **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00** |
|---|---|---|---|
| | **Patient 53** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim: **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number (if known) | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$390.92** |
|---|---|---|---|

**Patient 54**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.94** |
|---|---|---|---|

**Patient 55**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$342.84** |
|---|---|---|---|

**Patient 56**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$138.00** |
|---|---|---|---|

**Patient 57**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$102.91** |
|---|---|---|---|

**Patient 58**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Patient 59**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$551.23** |
|---|---|---|---|

**Patient 6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number (if known) | **18-07762** |
| | Name | | |

| | | | |
|---|---|---|---|
| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.00** |
| | **Patient 60** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:  Patient Refund** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.76** |
| | **Patient 61** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:  Patient Refund** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$180.00** |
| | **Patient 62** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:  Patient Refund** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8.51** |
| | **Patient 63** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:  Patient Refund** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
| | **Patient 64** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:  Patient Refund** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$370.46** |
| | **Patient 65** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:  Patient Refund** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.50** |
| | **Patient 66** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:  Patient Refund** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number *(if known)* | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.86** |
|---|---|---|---|

**Patient 67**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Patient Refund__

Is the claim subject to offset? ■ No ☐ Yes

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.50** |
|---|---|---|---|

**Patient 68**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Patient Refund__

Is the claim subject to offset? ■ No ☐ Yes

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$910.00** |
|---|---|---|---|

**Patient 69**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Patient Refund__

Is the claim subject to offset? ■ No ☐ Yes

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.86** |
|---|---|---|---|

**Patient 7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Patient Refund__

Is the claim subject to offset? ■ No ☐ Yes

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$316.06** |
|---|---|---|---|

**Patient 70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Patient Refund__

Is the claim subject to offset? ■ No ☐ Yes

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.55** |
|---|---|---|---|

**Patient 71**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Patient Refund__

Is the claim subject to offset? ■ No ☐ Yes

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**Patient 72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Patient Refund__

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Fayette Memorial Hospital Association, Inc.**                     Case number *(if known)*   **18-07762**
_____
Name

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94.00** |
|---|---|---|---|
| | **Patient 73** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119.88** |
|---|---|---|---|
| | **Patient 74** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40.02** |
|---|---|---|---|
| | **Patient 75** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$370.39** |
|---|---|---|---|
| | **Patient 76** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$117.52** |
|---|---|---|---|
| | **Patient 77** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.63** |
|---|---|---|---|
| | **Patient 78** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18.21** |
|---|---|---|---|
| | **Patient 79** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Fayette Memorial Hospital Association, Inc.**                     Case number (if known)   **18-07762**
Name

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.10 |
|---|---|---|---|
| | **Patient 8** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|
| | **Patient 80** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.14 |
|---|---|---|---|
| | **Patient 81** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|
| | **Patient 82** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.92 |
|---|---|---|---|
| | **Patient 83** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|
| | **Patient 84** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|
| | **Patient 85** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: **Patient Refund** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Fayette Memorial Hospital Association, Inc.** | | Case number *(if known)* | **18-07762** |
|---|---|---|---|---|
| | Name | | | |

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|
| | **Patient 86** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.00** |
|---|---|---|---|
| | **Patient 87** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|
| | **Patient 88** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134.40** |
|---|---|---|---|
| | **Patient 89** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,692.39** |
|---|---|---|---|
| | **Patient 9** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39.96** |
|---|---|---|---|
| | **Patient 90** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.13** |
|---|---|---|---|
| | **Patient 91** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | Basis for the claim:  **Patient Refund** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number *(if known)* | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**Patient 92**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99.35** |
|---|---|---|---|

**Patient 93**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.70** |
|---|---|---|---|

**Patient 94**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Patient 95**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.63** |
|---|---|---|---|

**Patient 96**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.30** |
|---|---|---|---|

**Patient 97**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.51** |
|---|---|---|---|

**Patient 98**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Patient Refund**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number *(if known)* | **18-07762** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$527.18** |
| | **PDC**<br>**PO Box 71549**<br>**Chicago, IL 60694** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Medical Supplies__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,804.76** |
| | **Pepsi Beverages Company**<br>**Lockbox #759488**<br>**Chicago, IL 60675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Food Service Supplies__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.12** |
| | **Performance Health Supply, Inc.**<br>**PO Box 93040**<br>**Chicago, IL 60673-3040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Medical Supplies__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,040.13** |
| | **Pharmedium Services LLC**<br>**29104 Network Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Medical Supplies__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115,462.55** |
| | **Philips Healthcare**<br>**PO Box 100355**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Equipment Support__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,466.63** |
| | **Philips Medical Capital**<br>**PO Box 92449**<br>**Cleveland, OH 44193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Equipment Rental__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,650.00** |
| | **Physicians Review Organization**<br>**120 West Saginaw Street**<br>**East Lansing, MI 48823** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Services Provided__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Fayette Memorial Hospital Association, Inc.**                    Case number (if known)    18-07762
_____
Name

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,133.85 |
|---|---|---|---|

**Pitney Bowes Global Financial Services**
PO Box 371887
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,099.04 |
|---|---|---|---|

**Pitney Bowes Purchase Power**
PO Box 371874
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.90 |
|---|---|---|---|

**Platinum Code**
8095 215th Street West
Lakeville, MN 55044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.86 |
|---|---|---|---|

**Pools R Fun**
330 West 30th Street
Connersville, IN 47331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor - Building Support**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,403.50 |
|---|---|---|---|

**Porter Advertising LLC**
PO Box 1152
Richmond, IN 47375

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing/Advertising**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,738.25 |
|---|---|---|---|

**Powell's Plumbing & Electric, Inc.**
250 E. 11th Street
Connersville, IN 47331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor - Building Support**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.50 |
|---|---|---|---|

**Precision Controls**
PO Box 1287
Fort Wayne, IN 46801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number *(if known)* | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.37** |
|---|---|---|---|

**Precision Medical**
**300 Held Drive**
**Northampton, PA 18067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,454.07** |
|---|---|---|---|

**Premium Assignment Corporation**
**PO Box 8000**
**Tallahassee, FL 32314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,290.00** |
|---|---|---|---|

**Prime Time Healthcare LLC**
**RN Dividion**
**PO Box 3544**
**Omaha, NE 68103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Third Party Staffing Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,867.56** |
|---|---|---|---|

**Professional Research Consultants, Inc.**
**11326 P Street**
**Omaha, NE 68137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,758.50** |
|---|---|---|---|

**Progressive Medical, Inc.**
**PO Box 771410**
**Saint Louis, MO 63177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$362.83** |
|---|---|---|---|

**Queset Medical, Inc.**
**PO Box 1287**
**Brockton, MA 02303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$360.00** |
|---|---|---|---|

**Quotient Biodiagnostics**
**Lockbox #H785792**
**PO Box 785792**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number (if known) | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,836.00** |
|---|---|---|---|

**R & D Systems, Inc.**
**614 McKinley Place NE**
**Minneapolis, MN 55413**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Medical Supplies__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**R. Matthew Reed**
**617 E. Tulip Lane**
**Connersville, IN 47331**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Services Provided__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,407.00** |
|---|---|---|---|

**Radiometer America, Inc.**
**13217 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Medical Supplies__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,174.50** |
|---|---|---|---|

**Randstad Healthcare**
**13792 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Third Party Staffing Services__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |
|---|---|---|---|

**Recondo**
**7900 E. Union Avenue**
**Suite 400**
**Denver, CO 80237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Services Provided__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,963.42** |
|---|---|---|---|

**Reid Health Pharmacy**
**1100 Reid Parkway**
**Richmond, IN 47374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Medical Supplies__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,751.25** |
|---|---|---|---|

**Renovo Solutions, LLC**
**4 Executive Circle**
**Suite 185**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Services Provided__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number (if known) | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$599.02** |
|---|---|---|---|

**Resmed**
PO Box 534593
Atlanta, GA 30353-4593

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$439,953.00** |
|---|---|---|---|

**Resource Anesthesiology Associates of IN**
450 Mamaroneck Ave
Suite 201
Harrison, NY 10528

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,857.16** |
|---|---|---|---|

**Respironics**
PO Box 405740
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,300.00** |
|---|---|---|---|

**RFXCEL Corporation**
12667 Alcosta Blvd.
Suite 375
San Ramon, CA 94583

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Subscription**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$340.00** |
|---|---|---|---|

**Rieman's Flower Shop**
1224 Grand Avenue
Connersville, IN 47331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods Sold**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,000.00** |
|---|---|---|---|

**RN Network**
PO Box 974088
Dallas, TX 75397

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Third Party Staffing Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,668.60** |
|---|---|---|---|

**Robert Dietrick Co.**
9051 Technology Drive
Fishers, IN 46038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Equipment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Fayette Memorial Hospital Association, Inc. | Case number (if known) | 18-07762 |
|---|---|---|---|
| | Name | | |

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,068.38 |
|---|---|---|---|

**Rolls Royce**
**PO Box 1831**
**Grand Rapids, MI 49501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,500.00 |
|---|---|---|---|

**RPS Imaging**
**1815 Washington Street**
**Michigan City, IN 46360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Equipment Support**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $859.90 |
|---|---|---|---|

**RTM Consultants, Inc.**
**6640 Parkdale Place**
**Suite J**
**Indianapolis, IN 46254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Third Party Staffing Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,998.00 |
|---|---|---|---|

**Rush Memorial Hospital**
**1300 N. Main Street**
**PO Box 608**
**Rushville, IN 46173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sage Services Group, LLC**
**506 Deanna Lane**
**Charleston, SC 29492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,997.50 |
|---|---|---|---|

**Sanofi Pasteur, Inc.**
**12548 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.63 |
|---|---|---|---|

**Scottcare Corporation**
**c/o Scott Fetzer**
**PNC Bank PO Box 73790-N**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Equipment Support**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fayette Memorial Hospital Association, Inc.**                    Case number *(if known)*    **18-07762**
Name

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$361.79** |
|---|---|---|---|

**Serim Research Corp.**
**3506 Reedy Drive**
**Elkhart, IN 46514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,920.00** |
|---|---|---|---|

**Shared Medical Services, Inc.**
**209 Limestone Pass**
**Cottage Grove, WI 53527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$403.51** |
|---|---|---|---|

**Sherwin Williams Co.**
**114 W. 30th Street**
**Connersville, IN 47331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Vendor - Building Support**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$377.75** |
|---|---|---|---|

**Shred-It USA**
**2883 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,268.35** |
|---|---|---|---|

**Siemens Medical Solutions USA**
**PO Box 120001**
**Dept 0733**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Equipment Rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$920.00** |
|---|---|---|---|

**SIHO Insurance Services**
**417 Washington Street**
**Columbus, IN 47201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Employee Health Insurance (Admin Fees)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$774,798.01** |
|---|---|---|---|

**SIHO Insurance Services**
**417 Washington Street**
**Columbus, IN 47201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Employee Health Insurance (Self-Insured Claims Obligations)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number *(if known)* | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Siskin Physicians, LLC**
**155 E. Market Street**
**Suite 700**
**Indianapolis, IN 46204**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$127.89** |
|---|---|---|---|

**Smilemakers**
**PO Box 2543**
**Spartanburg, SC 29304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Medical Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,557.83** |
|---|---|---|---|

**Smiths Medical ASD, Inc.**
**PO Box 7247-7784**
**Philadelphia, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Medical Equipment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,174.23** |
|---|---|---|---|

**Soliant Health**
**Dept Ch 14430**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Third Party Staffing Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,943.40** |
|---|---|---|---|

**South Bend Medical Foundation**
**PO Box 2030**
**Mishawaka, IN 46546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$983.77** |
|---|---|---|---|

**Southside Heating Supply Co.**
**1441 S. 9th Street**
**P.O. Box 279**
**Richmond, IN 47375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Vendor - Building Support**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,264.91** |
|---|---|---|---|

**Spok, Inc.**
**PO Box 660324**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Utility Service**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Fayette Memorial Hospital Association, Inc.**_____    Case number *(if known)* __**18-07762**__
                 Name

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,717.26 |
|---|---|---|---|

**Standard Textile**
PO Box 630302
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,321.75 |
|---|---|---|---|

**Stanley Convergent Security Solutions**
Dept. CH 10651
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade Vendor - Building Support__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,870.55 |
|---|---|---|---|

**Stearns Supply Center**
P.O. Box 88
North Vernon, IN 47265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade Vendor - Building Support__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,001.93 |
|---|---|---|---|

**Stericycle, Inc.**
PO Box 6575
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.25 |
|---|---|---|---|

**Steris Corporation**
Lockbox 771652
1652 Solutions Center
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Medical Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,217.50 |
|---|---|---|---|

**Sterling Staffing Group**
411 Oak Street, 3rd Floor
Cincinnati, OH 45219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Third Party Staffing Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**Streck, Inc.**
PO Box 45625
Omaha, NE 68145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Medical Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fayette Memorial Hospital Association, Inc.**                     Case number *(if known)*   **18-07762**

_____
Name

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,436.88** |
|---|---|---|---|

**Stryker Sales Corp.**
PO Box 70119
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.55** |
|---|---|---|---|

**Stryker Sales Corp. - Endo**
PO Box 93276
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$179.75** |
|---|---|---|---|

**Subscriber Renewals**
PO Box 1960
Paducah, KY 42002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,786.50** |
|---|---|---|---|

**Sunbelt staffing**
Dept Ch 14430
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Third Party Staffing Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$805.58** |
|---|---|---|---|

**Superfleet**
P.O. Box 70995
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,170.00** |
|---|---|---|---|

**Supplemental Health Care**
PO Box 677896
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Third Party Staffing Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$537.46** |
|---|---|---|---|

**Supplyworks**
P.O. Box 404284
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor - Building Support**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number *(if known)* | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,964.87** |
|---|---|---|---|

**Surgical Product Solutions**
**643 First Avenue, Suite 200**
**Pittsburgh, PA 15219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Medical Supplies**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Sysmex**
**28241 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Equipment Support**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$454.93** |
|---|---|---|---|

**Tech Electronics & Communication**
**319 N. 5th Street**
**Richmond, IN 47374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Vendor - Building Support**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,254,237.05** |
|---|---|---|---|

**Terrex Construction, LLC**
**3200 Madison Rd.**
**Suite 2B**
**Cincinnati, OH 45209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Construction Services - new detox facility.**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.00** |
|---|---|---|---|

**The Point WHON-AM Radio**
**PO Box 1647**
**Richmond, IN 47375**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Marketing/Advertising**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,114.00** |
|---|---|---|---|

**Thermal Supply**
**Fire Stop Systems, LLC**
**7301 Georgetown**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Vendor - Building Support**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$439.39** |
|---|---|---|---|

**Trane U.S., Inc.**
**P.O. Box 98167**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Vendor - Building Support**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Fayette Memorial Hospital Association, Inc.**
Name

Case number *(if known)*    **18-07762**

---

| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,494.67** |
|---|---|---|---|

Translogic Corporation
11325 Main Street
Broomfield, CO 80020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Medical Equipment__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.56** |
|---|---|---|---|

Tri-Anim Health Services
25197 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Medical Supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,296.25** |
|---|---|---|---|

Tri-Dim Filter Corp.
P.O. Box 822001
Philadelphia, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Vendor - Building Support__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$908.38** |
|---|---|---|---|

Triad Isotopes, Inc.
PO Box 415921
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Medical Supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$211,222.44** |
|---|---|---|---|

Trifecta Networks
4027 Tampa Rd., #3900
Oldsmar, FL 34677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Supplies and IT equipment.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,160.00** |
|---|---|---|---|

True Fitness Technology
PO Box 419161
Saint Louis, MO 63141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Equipment__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,458.34** |
|---|---|---|---|

TRUEU, Inc.
c/o Simons Bitzer & Assoc.
8350 S. Emerson Ave., Ste. 100
Indianapolis, IN 46237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Subscription__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Fayette Memorial Hospital Association, Inc.**
_____
Name

Case number *(if known)*   **18-07762**

| | |
|---|---|
| **3.482** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| **Truscripts** 513 E. South Street Washington, IN 47501 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: **Benefits** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.483** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $51,113.50 |
| **Trustaff Travel Nurses, LLC** PO Box 63-8231 Cincinnati, OH 45263 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: **Third Party Staffing Services** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.484** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $166.18 |
| **Typenex Medical** 303 E. Wacker Street, Suite 1030 Chicago, IL 60601 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: **Medical Supplies** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.485** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $14,712.25 |
| **U.S. Nuclear Regulatory Commission** Office of the Chief Financial Officer PO Box 979051 Saint Louis, MO 63197 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: **Dues/Licensing** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.486** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $1,578.13 |
| **United Refrigeration, Inc.** P.O. Box 677036 Dallas, TX 75267 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: **Trade Vendor - Building Support** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.487** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $2,449.00 |
| **United Womens Health Services** 1700 West Park Drive Suite 410 Westborough, MA 01581 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: **Services Provided** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.488** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $5,425.56 |
| **Universal Linen Services, LLC** 1807 Commerce Road Louisville, KY 40208 | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: **Services Provided** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number *(if known)* | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
|---|---|---|---|

**University of Texas**
**M.D. Anderson Cancer Center**
**PO Box 4390**
**Houston, TX 77210**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,377.19** |
|---|---|---|---|

**UPS**
**Lockbox 577**
**Carol Stream, IL 60132**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Shipping Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,143.00** |
|---|---|---|---|

**Uptodate**
**230 Third Avenue**
**Waltham, MA 02451**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122,336.37** |
|---|---|---|---|

**US Foods**
**9399 West Higgins Rd.**
**Rosemont, IL 60018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Food Service Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Van Ausdal & Farrar Inc.**
**De Lage Landen**
**PO Box 41602**
**Philadelphia, PA 19101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Equipment Rental**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,089.94** |
|---|---|---|---|

**Van Ausdal & Farrar, Inc.**
**PO Box 713683**
**Cincinnati, OH 45271**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Equipment Rental**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$283,600.00** |
|---|---|---|---|

**Varian Medical Systems, Inc.**
**3100 Hansen Way**
**Palo Alto, CA 94304**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Subscription**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Fayette Memorial Hospital Association, Inc.**                     Case number *(if known)*   **18-07762**
           Name

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,875.00** |
|---|---|---|---|

**Vascular Access Consulting**
**1422 Finnegan Ct.**
**Indianapolis, IN 46217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Services Provided**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Verizon Business**
**PO Box 15043**
**Albany, NY 12212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Utility Service**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Verizon Wireless**
**Bankruptcy Administration**
**500 Technology Drive, Suite 550**
**Saint Charles, MO 63304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Utility Service**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,950.00** |
|---|---|---|---|

**VNN**
**PO Box 2323**
**Grand Rapids, MI 49501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Marketing/Advertising**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,752.00** |
|---|---|---|---|

**Wage Works, Inc.**
**P.O. Box 45772**
**San Francisco, CA 94145**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Benefits**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wal-Mart/Synchrony Bank**
**P.O. Box 530934**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Credit Card**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$162.00** |
|---|---|---|---|

**Wausau Financial Systems**
**3765 Momentum Place**
**Chicago, IL 60689**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Dues**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Fayette Memorial Hospital Association, Inc.**                     Case number *(if known)*     **18-07762**
　　　　Name

| | | |
|---|---|---|
| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,556.27** |

3.503　**Nonpriority creditor's name and mailing address**

**Weas Engineering, Inc.**
**P.O. Box 550**
**Westfield, IN 46074**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　**$8,556.27**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor - Building Support**

Is the claim subject to offset? ■ No ☐ Yes

---

3.504　**Nonpriority creditor's name and mailing address**

**Weatherby Locums, Inc.**
**15300 Weston Pkwy, Ste 105**
**Cary, NC 27513**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　**$283,467.27**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Third Party Staffing Services**

Is the claim subject to offset? ■ No ☐ Yes

---

3.505　**Nonpriority creditor's name and mailing address**

**Weingardt & Associates, Inc.**
**9265 Castlegate Drive**
**Indianapolis, IN 46256**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　**$432.19**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor - Building Support**

Is the claim subject to offset? ■ No ☐ Yes

---

3.506　**Nonpriority creditor's name and mailing address**

**Weizel Security**
**P.O. Bx 276**
**Blaine, WA 98231**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　**$5,244.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor - Building Support**

Is the claim subject to offset? ■ No ☐ Yes

---

3.507　**Nonpriority creditor's name and mailing address**

**Welch Allyn**
**PO Box 73040**
**Chicago, IL 60673**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　**$160.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

3.508　**Nonpriority creditor's name and mailing address**

**Wells Lumber Co.**
**116 E. 9th Street**
**Connersville, IN 47331**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　**$87.22**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor - Building Support**

Is the claim subject to offset? ■ No ☐ Yes

---

3.509　**Nonpriority creditor's name and mailing address**

**Werfen USA, LLC**
**PO Box 347934**
**Pittsburgh, PA 15251-4934**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　**$66.07**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Building Support**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number *(if known)* | **18-07762** |
|---|---|---|---|
| | Name | | |

**3.510**

Nonpriority creditor's name and mailing address
**Whitetail Acres Tree Farm**
**8001 Old Blue Creek Rd.**
**Brookville, IN 47012**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor - Building Support__

Is the claim subject to offset? ■ No ☐ Yes

**$1,028.00**

**3.511**

Nonpriority creditor's name and mailing address
**Whitewater Broadcasting**
**WFMG-FM**
**PO Box 1646**
**Richmond, IN 47375**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing/Advertising__

Is the claim subject to offset? ■ No ☐ Yes

**$3,017.50**

**3.512**

Nonpriority creditor's name and mailing address
**Whitewater Publications, Inc.**
**PO Box 38**
**Brookville, IN 47012**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Marketing/Advertising__

Is the claim subject to offset? ■ No ☐ Yes

**$618.00**

**3.513**

Nonpriority creditor's name and mailing address
**Wholesale Carpets, Inc.**
**117 N. Central Ave.**
**Connersville, IN 47331**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor - Building Support__

Is the claim subject to offset? ■ No ☐ Yes

**$32,168.22**

**3.514**

Nonpriority creditor's name and mailing address
**Wildman Corporate Apparel**
**800 S. Buffalo Street**
**Warsaw, IN 46580**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$381.97**

**3.515**

Nonpriority creditor's name and mailing address
**William Nesbitt**
**166 S. Villa Drive**
**Connersville, IN 47331**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Building Rental__

Is the claim subject to offset? ■ No ☐ Yes

**$4,300.00**

**3.516**

Nonpriority creditor's name and mailing address
**Windstream Communications**
**PO Box 9001013**
**Louisville, KY 40290**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility Service__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Debtor    **Fayette Memorial Hospital Association, Inc.**              Case number *(if known)*    **18-07762**
_____
Name

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,253.50 |
|---|---|---|---|

**WLPK 106.9FM WIFE 94.3FM**
**PO Box 619**
**Connersville, IN 47331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing/Advertising**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $492.20 |
|---|---|---|---|

**Wolkters Kluwer Legal & Regulatory US**
**PO Box 71882**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,627.25 |
|---|---|---|---|

**Wooden & McLaughlin, LLP**
**One Indiana Square**
**Ste. 2500**
**Indianapolis, IN 46282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.91 |
|---|---|---|---|

**World Point ECC**
**Dept #10414**
**PO Bx 87618**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $584.56 |
|---|---|---|---|

**Zoll Medical Corporation**
**PO Box 27028**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Medical Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Century Link**<br>**PO Box 52187**<br>**Phoenix, AZ 85072** | Line  **3.85**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **David Graff**<br>**Graff Silverstein, LLP**<br>**60 Hawthorne Way**<br>**Hartsdale, NY 10530** | Line  **3.243**<br><br>☐ Not listed. Explain ____ | _ |

Debtor  **Fayette Memorial Hospital Association, Inc.**
_____
Name

Case number *(if known)*   **18-07762**
_____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **David Graff**<br>**Graff Silverstein, LLP**<br>**60 Hawthorne Way**<br>**Hartsdale, NY 10530** | Line  **3.447**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **David Graff**<br>**Graff Silverstein, LLP**<br>**60 Hawthorne Way**<br>**Hartsdale, NY 10530** | Line  **3.290**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Duke Energy**<br>**PO Box 1326**<br>**Charlotte, NC 28201** | Line  **3.126**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **HD Supply Facilities Maintenance**<br>**Attn. Melissa Perry**<br>**P.O. Box 509058**<br>**San Diego, CA 92150** | Line  **3.167**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Isaac Willett**<br>**Faegre Baker Daniels**<br>**600 E. 96th Street, Ste. 600**<br>**Indianapolis, IN 46240** | Line  **3.447**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Isaac Willett & Dustin DeNeal**<br>**Faegre Baker Daniels**<br>**600 E. 96th Street, Ste. 600**<br>**Indianapolis, IN 46240** | Line  **3.243**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Isaac Willett & Dustin DeNeal**<br>**Faegre Baker Daniels**<br>**600 E. 96th Street, Ste. 600**<br>**Indianapolis, IN 46240** | Line  **3.290**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **James Rossow**<br>**Rubin & Levin PC**<br>**135 N. Pennsylvania St., Ste. 1400**<br>**Indianapolis, IN 46204** | Line  **3.286**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Jay Verona**<br>**Shumaker Loop & Kendric, LLP**<br>**101 East Kennedy Blvd. Ste 2800**<br>**Tampa, FL 33602** | Line  **3.479**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Jeff Gibson & Ashley Hadler**<br>**Cohen & Malad LLP**<br>**One Indiana Square, Ste. 1400**<br>**Indianapolis, IN 46204** | Line  **3.333**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Jeff Gibson & Ashley Hadler**<br>**Cohen & Malad LLP**<br>**One Indiana Square, Ste. 1400**<br>**Indianapolis, IN 46204** | Line  **3.334**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Jeffrey Hendricks**<br>**Graydon**<br>**312 Walnut St., Ste. 1800**<br>**Cincinnati, OH 45202** | Line  **3.2**<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number *(if known)* | **18-07762** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.15 | **Kay Dee Baird**<br>**Krieg DeVault**<br>**One Indiana Square, Ste. 2800**<br>**Indianapolis, IN 46204-2079** | Line **3.427**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Mary Caskey**<br>**Haynsworth Sinkler Boyd**<br>**1201 Main St., 22nd Floor**<br>**Columbia, SC 29211-1889** | Line **3.126**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Morton Branzburg**<br>**Klehr Harrison Harvey Branzburg LLP**<br>**1835 Market St., Ste 1400**<br>**Philadelphia, PA 19103** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Sherwin Williams**<br>**2920 N. National Road**<br>**Columbus, IN 47201** | Line **3.442**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Varian Medical Systems, Inc.**<br>**70140 Network Place**<br>**Chicago, IL 60673** | Line **3.495**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **10,295,988.37** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **10,295,988.37** |

**Fill in this information to identify the case:**

Debtor name    **Fayette Memorial Hospital Association, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    **18-07762**

☐ Check if this is an
    amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest | **ADP Workforce Now Payroll and Time Services Agreement dated 12/14/17 Termination on 60 days notice.** |
|     State the term remaining | **ADP** |
|     List the contract number of any government contract | **Attn: Tara Tucker One ADP Boulevard Roseland, NJ 07068** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest | **ADS Comprehensive InPatient Mental Health ASP Solution Agreement - dated 12/28/17 ($3,980/mo) - 36 months.** |
|     State the term remaining | **through 12/27/20** |
|     List the contract number of any government contract | **Advanced Data Systems Corp. 15 Prospect Street Paramus, NJ 07652** |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest | **Medical supplies purchase and distribution agreement with Cardinal Health, through Alliant Purchasing, LLC, originally dated 1/1/06. Reviewing for term and expiration.** |
|     State the term remaining | **Alliant Purchasing, LLC** |
|     List the contract number of any government contract | **2650 Eastpoint Parkway Louisville, KY 40223** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       

Debtor 1   **Fayette Memorial Hospital Association, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)   **18-07762**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Oncology Services Agreement dated May 5, 2010 renewing for 1 year terms unless 90days written notice provided prior to end of term.** **Contract for inpatient and outpatient oncology services.** | |
|---|---|---|---|
| | State the term remaining | **through May 5, 2019** | **American Health Network**<br>**Attn Linda Sundin**<br>**10689 N. Pennsylvania St. Ste 200**<br>**Indianapolis, IN 46280** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement, Fayette Regional Health System - North Star Recovery dated 8/10/18. Agreement to provide physicians and other qualified providers to assess and evaluate prospective patients for the North Star Recovery program, and to provide psychiatric and medical services for program patients.** | |
|---|---|---|---|
| | State the term remaining | **through August 10, 2021** | **American Telepsychiatry Associates, LLC**<br>**3307 West 96th Street**<br>**Indianapolis, IN 46268** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement Fayette Regional Health System - Adolescent Detox executed 8/7/18. Agreement to provide physicians and other qualified providers to assess and evaluate prospective patients for the adolexcent detoxification program, and to provide psychiatric and medical services for program patients.** | |
|---|---|---|---|
| | State the term remaining | **1 year renewable terms** | **American Telepsychiatry Associates, LLC**<br>**3307 West 96th Street**<br>**Indianapolis, IN 46268** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Fayette Memorial Hospital Association, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **18-07762**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of VitalBeam Radiotherapy System, et al. - dated 4/6/17 - $25,111/month (and $500,000 down payment) - FMV buyout option.  Assigned from Leasing Associates of Barrington.** | |
|---|---|---|---|
| | State the term remaining | **Through 4/6/2022** | **Associated Bank, N.A.** |
| | List the contract number of any government contract | | **525 W. Monrow Street, Ste. 2400** **Chicago, IL 60661** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **AthenaHealth Master Services Agreement for billing and collection services dated September 29, 2017 One-year renewable terms, unless 90days written notice provided prior to end of term.** | |
|---|---|---|---|
| | State the term remaining | **through 9/29/2019** | **Athenahealth, Inc.** |
| | List the contract number of any government contract | | **PO Box 415615** **Boston, MA 02241** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Copiers and Printers.  Dated 3/14/18 for 60 months. $10,511.66/monthly. FMV purchase option at end of lease.** | |
|---|---|---|---|
| | State the term remaining | **Through 3/13/23** | **Canon Financial Services, Inc.** |
| | List the contract number of any government contract | | **158 Gaither Drive** **Mount Laurel, NJ 08054** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Medical supplies purchase and distribution agreement, through Alliant Purchasing, LLC, originally dated 1/1/06. Reviewing for term and expiration.** | |
|---|---|---|---|
| | State the term remaining | | **Cardinal Healthcare, Inc.** |
| | List the contract number of any government contract | | **1450 Waukegan Rd.** **Waukegan, IL 60085** |

Debtor 1  **Fayette Memorial Hospital Association, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*　**18-07762**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **84 month Rental and Support Agreement dated 2/26/18.** | |
|---|---|---|---|
| | State the term remaining | | **Carefusion Solutions, Inc. Pyxis Products 3750 Torrey View Ct. San Diego, CA 92130** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement dated 6/21/11 for Baxter IV Pump System with FMV purchase option. Monthly rent of $4,684.96 - 60 months, then addendum extending for 2 years as financing (with $101 end of term buyout option).** | |
|---|---|---|---|
| | State the term remaining | **No further term.** | **CIT Dept #2067 PO Box 87618 Chicago, IL 60680** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Eligibility Services Agreement dated 10/7/08, as amended. Patient Medicaid eligilbity processing and screening services. 1 year renewable terms unless 60 days written notice prior to end of term.** | |
|---|---|---|---|
| | State the term remaining | | **Claimaid 8141 Zionsville Rd. Indianapolis, IN 46278** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement - No. 54197-2763.  For computer equipment and software.  Dated effective 6/24/14. Lease schedule missing.** | |
|---|---|---|---|
| | State the term remaining | | **Dell Financial Services L.L.C. One Dell Way Round Rock, TX 78682** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **Fayette Memorial Hospital Association, Inc.**                                        Case number *(if known)*   **18-07762**
      First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| **2.15.** | State what the contract or lease is for and the nature of the debtor's interest | **Physician Professional Services Agreement dated 9/15/14, as amended 9/16/16. Respiratory Services Medical Director Agreement dated 1/29/15. 90-Day Termination Notice sent by Dr. Zawadski dated 9/12/18.** | |
| | State the term remaining | | **Dennis K. Zawadski, M.D.** |
| | List the contract number of any government contract | | **1941 Virginia Ave. Connersville, IN 47331** |
| **2.16.** | State what the contract or lease is for and the nature of the debtor's interest | **Coverage Services Agreement dated October 8, 2018. To provide emergency department physician staffing services. 3 Year term from 11/1/18 with 1 year renewal terms unless notice of termination provided 90 days prior to expiration of term.** | |
| | State the term remaining | **through 11/1/21** | **Emergency Staffing Solutions** |
| | List the contract number of any government contract | | **17304 Preston Road, Suite 1400 Dallas, TX 75252** |
| **2.17.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 212 W. 20th Street, Connersville, IN 47331 to Fayette County EMS - $600/mo.** | |
| | State the term remaining | | **Fayette County EMS** |
| | List the contract number of any government contract | | **212 W. 20th Street Connersville, IN 47331** |
| **2.18.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for office and clinic space at 1941 Virginia Ave originally dated 9/1/15, Amended 1/1/17. Debtor is landlord.** | |
| | State the term remaining | | **Fayette Regional Health System Pain Mgmt** |
| | List the contract number of any government contract | | **1941 Virginia Ave Connersville, IN 47331** |

Debtor 1   **Fayette Memorial Hospital Association, Inc.**                    Case number *(if known)*   **18-07762**
    First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Originally with Leasing Associates of Barrington assigned to First Midwest Bank - Lease of Mammography Equipment - 60 months - $10,579/month.  Dated 3/24/17 - typo corrected by addendum).  FMV buyout option.  Addendum dated 9/17/17 adding Konica Radiology Detectors, et al. - increased payment to $14,020/mo.** | |
|---|---|---|---|
| | State the term remaining | **3/24/2021** | |
| | List the contract number of any government contract | | **First Midwest Bank One Pierce Place, Suite 1500 Itasca, IL 60143** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **IARCCA Membership Software License Agreement dated 2009 - softward license agreement for EON Software.** | |
|---|---|---|---|
| | State the term remaining | | **IARCA 5519 E. 82nd Street Suite A Indianapolis, IN 46250** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Grant Agreement for the construction and operation of a Detoxification Facility.** | |
|---|---|---|---|
| | State the term remaining | | **Indiana State Department of Health 2 N. Meridian Street Indianapolis, IN 46204** |
| | List the contract number of any government contract | **0000000000000000000 21534** | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Physicist Services Agreement.  Independent contractor agreement with Joseph Webster M.S. to provide radiation therapy physics services.  Dated 8/1/18 for a 1 year term, renewable for 1 year terms through 7/31/21.** | |
|---|---|---|---|
| | | | **Joseph Webster M.S. 10832 Silver Charm Lane Union, KY 41091** |

Debtor 1    **Fayette Memorial Hospital Association, Inc.**
    First Name        Middle Name        Last Name

Case number (*if known*)    **18-07762**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Through 7/31/2019** |  |
|---|---|---|---|
|  | List the contract number of any government contract | | |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **On assignment from NEC Corporation. Lease of phone equipment. Dated 3/23/12.** | |
|  | State the term remaining | **Uncertain.** | **Jules & Associates**<br>**Accounts Receivable**<br>**515 S. Figueroa Street**<br>**Los Angeles, CA 90071** |
|  | List the contract number of any government contract | | |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for required fire extinguisher, hood, fire alarm, and sprinkler inspection services. Dated 3/24/16.** | |
|  | State the term remaining | **Through 3/14/19** | **Koorsen Fire & Security**<br>**1450 Northwest 11th Street**<br>**Richmond, IN 47374** |
|  | List the contract number of any government contract | | |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement dated 3/8/08 for software, clinical content, and services provided by McKesson to Debtor.** | |
|  | State the term remaining | | **McKesson Health Solutions, LLC**<br>**One Post Street, 34th Floor**<br>**San Francisco, CA 94104** |
|  | List the contract number of any government contract | | |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Physician Services Hospitalist dated 10/1/17. To provide hospital medicine services at the Hospital. Through 9/30/19, with 2 year renewal terms unless notice provided 120 days prior to expiration of term.** | |
|  | State the term remaining | **through 9/30/19** | **Medical Hospitalists, LLC**<br>**155 E. Market Street**<br>**Suite 700**<br>**Indianapolis, IN 46204** |
|  | List the contract number of any government contract | | |

Debtor 1   **Fayette Memorial Hospital Association, Inc.**

First Name       Middle Name       Last Name

Case number (*if known*)   **18-07762**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Medline Industries, Inc./Fayette Regional Health System Corporate Program Agreement dated 2/19/18.** | |
|---|---|---|---|
| | State the term remaining | **through 6/30/22** | **Medline Industries, Inc.** |
| | List the contract number of any government contract | | **Dept Ch. 14400** **Palatine, IL 60055** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Fixed Price Statement of Work for upgrade of NEC Based PBX Voice Network** | |
|---|---|---|---|
| | State the term remaining | | **NEC Corporation of America** |
| | List the contract number of any government contract | | **6535 North State Hwy 161** **Irving, TX 75039-2402** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Physician Services dated 4/1/17. To provide phyisician services for patients in need of certain radiological services and procedures. 2 Year term, with renewable 1 year terms, with 180 day termination notice provision.** | |
|---|---|---|---|
| | State the term remaining | **through 4/1/19** | **Northwest Radiology Network** |
| | List the contract number of any government contract | | **Attn. Patty Dearing** **5901 Technology Center Drive** **Indianapolis, IN 46278** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Orchard Software Corporation Laboratory Information System Purchase Agreement for Fayette REgional Health System dated 10/27/17. Termination on mutual agreement or upon 30 days notice for cause.** | |
|---|---|---|---|
| | State the term remaining | | **Orchard Software Corporation** |
| | List the contract number of any government contract | | **701 Congressional Blvd.** **Suite 360** **Carmel, IN 46032** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor 1  **Fayette Memorial Hospital Association, Inc.**
_____

First Name          Middle Name          Last Name

Case number *(if known)*   **18-07762**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest | **Phillips RightFit Service Agreement - for MRI Service.  Dated 9/15/17 for 48 months. $8,366/month.** |
| State the term remaining | |
| List the contract number of any government contract | **Philips Healthcare**<br>**22100 Bothell Everett Highway**<br>**Bothell, WA 98041-3003** |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Agreement to provide anesthesiology services.  Notice of termination provided prior to Petition Date.** |
| State the term remaining | **Resource Anesthesiology Associates of IN**<br>**450 Mamaroneck Ave**<br>**Suite 201**<br>**Harrison, NY 10528** |
| List the contract number of any government contract | |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest | **General Conditions of Assignment for the services of an Interim CFO.  Datred 10/1/18.** |
| State the term remaining | **Robert Half Management Resources**<br>**135 N. Pennsylvania, Suite 1700**<br>**Indianapolis, IN 46204-4405** |
| List the contract number of any government contract | |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of 1936 Virginia Ave., Connersville, IN 47331 to Sheryl Myers Bookkeeping. $450/mo.** |
| State the term remaining | **Sheryl Myers Bookkeeping**<br>**1936 Virginia Ave.**<br>**Connersville, IN 47331** |
| List the contract number of any government contract | |
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest | **Gold Contract Service Agreement for Slemens Symbia S.  Dated 1/20/18.  60 months. $39,044 annually, but billed monthly. Through 1/19/2023** |
| State the term remaining | **Siemens Medical Solutions USA**<br>**PO Box 120001**<br>**Dept 0733**<br>**Dallas, TX 75312** |
| List the contract number of any government contract | |

Debtor 1  **Fayette Memorial Hospital Association, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **18-07762**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Facility Agreement with Southeastern Indiana Health Operations/Organization, Inc., and SIHO Network, Inc., as Amended.  Self-insured medical claims processing services.** | |
|---|---|---|---|
| | State the term remaining | | **SIHO Insurance Services 417 Washington Street Columbus, IN 47201** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Timeshare Lease Agreement 1st Floor Cardiology Space to St. Vincent. $2,559.42/month (dated 5/30/15 for renewable 1 years terms) Telemedicine Services Agreement - to provide telemedicine consultations by specialist physicians for Debtor's patients (Dated 6/15/15 for renewable 1 year terms) Support Staff Lease Agreement - lease of support staff services from Debtor (dated 5/30/15 for renewable 1 year terms) Agreement for Medical Director Services - to provide cardiologists as medical directors for Debtor (dated 9/5/11 for 2 years with renewable 1 year terms) Exclusive Agreement for Cardiology Services (dated 9/5/11 for 2 years with renewable 1 year terms)** | |
|---|---|---|---|
| | State the term remaining | **Various (multiple agreements)** | **St. Vincent Medical Group 10330 N. Meridian Street, Ste. 400 Indianapolis, IN 46280** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Fayette Memorial Hospital Association, Inc.** | | Case number (*if known*) | **18-07762** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Use of Equipment Agreement - undated, lacks description of equipment or fee obligations.** | |
|---|---|---|---|
| | State the term remaining | | **US Foods, Inc.** |
| | List the contract number of any government contract | | **9399 West Higgins Rd. Rosemont, IL 60018** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Ricoh Copiers and Service Agreement.  Dated 11/15/13.  1 year renewable terms on service agreement. 4 year term on rental agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Van Ausdall & Farrar, Inc.** |
| | List the contract number of any government contract | | **6430 E. 75th Street Indianapolis, IN 46250** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Vitalbeam Radiotherapy Essentials agreement - 5 year term - dated 1/9/17** | |
|---|---|---|---|
| | State the term remaining | **Through 1/9/22** | **Varian Medical Systems, Inc.** |
| | List the contract number of any government contract | | **3100 Hansen Way Palo Alto, CA 94304** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Fayette Memorial Hospital Association, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF INDIANA__

Case number (if known) __**18-07762**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **Fayette Memorial Hospital Association, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    **18-07762**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:** From **10/01/2017** to **9/30/2018** | ■ Operating a business<br>☐ Other _____ | $46,830,319.00 |
   | **For year before that:** From **10/01/2016** to **9/30/2017** | ■ Operating a business<br>☐ Other _____ | $48,104,538.00 |
   | **For the fiscal year:** From **10/01/2015** to **9/30/2016** | ■ Operating a business<br>☐ Other _____ | $49,832,269.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

Debtor    **Fayette Memorial Hospital Association, Inc.**                     Case number *(if known)*  **18-07762**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Schedule to be filed as attachment.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Schedule to be filed as attachment.** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| ORS, Inc.<br>PO Box 7009<br>Fishers, IN 46037 | Setoff against patient revenues in credit card accounts.<br>Last 4 digits of account number: _____ | Various, most recent on 10/3/18 | Unknown |

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Bentley v. Fayette Regional Health System, et al.**<br>49D03-1305-CT-020828 | **Tort Claim** | **Marion County Superior Court**<br>**Indianapolis, IN 46204** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Fayette Memorial Hospital Association, Inc.**                                          Case number *(if known)*   **18-07762**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2.   **Lawrence v. Fayette Regional Health System, et al. (Pending before Indiana Department of Insurance)** | **Tort Claim** | **Indiana Department of Insurance Indianapolis, IN 46204** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.   **Selke v. Fayette Regional Health System, et al. (Pending before Indiana Department of Insurance)** | **Tort Claim** | **Indiana Department of Insurance Indianapolis, IN 46204** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.   **Eckerle v. Debtor Fayette Regional Health System, et al. (Pending before the Indiana Department of Insurance)** | **Tort Claim** | **Indiana Department of Insurance Indianapolis, IN 46204** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5.   **Watts v. Fayette Regional Health System, et al. (Pending before the Indiana Department of Insurance)** | **Tort Claim** | **Indiana Department of Insurance Indianapolis, IN 46204** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6.   **Ruch v. Fayette Regional Health System, et al.** | **Tort Claim - Settled and Dismissed 7/17/18** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7.   **Evans v. Fayette Regional Health System, et al.** | **Tort Claim - Settled and Dismissed 11/10/16** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8.   **Shearer v. Fayette Regional Health System, et al.** | **Tort Claim - Settled & Dismissed 2/28/17** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9.   **Collins v. Fayette Regional Health System, et al. (previously pending before Department of Insurance)** | **Tort Claim - closed.** | **Indiana Department of Insurance Indianapolis, IN 46204** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10 .   **Wadle v. Fayette Regional Health System, et al. (previously pending before Department of Insurance)** | **Tort Claim - closed.** | **Indiana Department of Insurance Indianapolis, IN 46204** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.11 .   **Cotten v. Fayette Regional Health System 1:16-cv-0978-WTL-MPB** | **Tort Claim - Settled & Dismissed 6/2/17** | **U.S. District Court, S.D. of Indiana 46 E. Ohio Street Indianapolis, IN 46204** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12 .   **Noble v. Fayette Regional Health System, et al. (previously pending before Department of Insurance)** | **Tort Claim - dismissed.** | **Indiana Department of Insurance Indianapolis, IN 46204** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Fayette Memorial Hospital Association, Inc.**                    Case number *(if known)*   **18-07762**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.13.  **Siskin Physicians, LLC as assignee of Cardinal Physicians, LLC, and OPYS Holdings, Inc. v. Fayette Regional Health System, Inc., and Randy White**<br>**21C01-1810-PL-000757** | **Civil complaint alleging Breach of Contract, Fraud, Defamation, Unjust Enrichment, Tortious Interference, Promissory Estoppel, and seeking a Permanent Injunction.**<br>**Filed 10/9/18** | **Fayette County Circuit Court**<br>**401 N. Central Ave.**<br>**Connersville, IN 47331** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14.  **In re:  The Estate of Orville Bever, Jr.**<br>**24C01-1611-EU-000620** | **Probate Claim in an estate.**<br>**Estate closed as insolvent May 2018** | **Franklin County Circuit Court 1**<br>**Brookville, IN 47012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  **Fayette County Senior Center**<br>**477 N. Grand Ave.**<br>**Connersville, IN 47331** | **Donation of food and labor between October 2016 through September 2017** | **Oct 2016 through Sept 2017** | **$1,478.97** |
| **Recipients relationship to debtor**<br>**None** | | | |
| 9.2.  **Fayette County Senior Center**<br>**477 N. Grand Ave.**<br>**Connersville, IN 47331** | **Donations of Food and Labor between October 2017 and September 2018** | **October 2017 through September 2018** | **$1,424.57** |
| **Recipients relationship to debtor**<br>**None** | | | |
| 9.3.  **Connersville High School**<br>**1100 Spartan Drive**<br>**Connersville, IN 47331** | **Donation for Fayette County 5K Sponsorship** | **1/11/17** | **$1,800.00** |
| **Recipients relationship to debtor**<br>**None** | | | |

Debtor    **Fayette Memorial Hospital Association, Inc.**    Case number *(if known)*    **18-07762**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.4. | **Connersville High School**<br>**1100 Spartan Drive**<br>**Connersville, IN 47331** | **Fayette County 5K Sponsorship** | **4/20/18** | **$2,981.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.5. | **City of Connersville**<br>**500 North Central Avenue**<br>**Connersville, IN 47331** | **Sponsorhip - WeatherBug 2017** | **12/31/2016** | **$2,500.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.6. | **City of Connersville**<br>**500 North Central Ave.**<br>**Connersville, IN 47331** | **Sponsorship - WeatherBug 2018** | **4/20/2018** | **$2,500.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.7. | **House of Ruth**<br>**322 Summit Ave.**<br>**Connersville, IN 47331** | **Sponsorship - 2017 Royal Ball** | **10/23/17** | **$1,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.8. | **Connersville Babe Ruth**<br>**620 Water Street**<br>**Connersville, IN 47331** | **2017 Field Sponsorship** | **5/31/18** | **$1,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.9. | **Connersville Babe Ruth**<br>**620 Water Street**<br>**Connersville, IN 47331** | **2018 Field Sponsorship** | **3/9/18** | **$1,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.10. | **Dribble over Drugs**<br>**wws.dribbleoverdrugs.com** | **T-Shirt Sponsor for Dribble Over Drugs 3**<br>**v 3 Tournament** | **6/12/18** | **$1,600.00** |
| | Recipients relationship to debtor<br>**None** | | | |

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Fayette Memorial Hospital Association, Inc.**                                   Case number *(if known)*    **18-07762**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Fultz Maddox Dickens, PLC**<br>**333 N. Alabama Street**<br>**Suite 350**<br>**Indianapolis, IN 46204** | **Attorney Fees - Initial Retainer for Pre-Bankruptcy Evaluation and Planning** |  | **$5,000.00** |
| Email or website address<br>**wbrewer@fmdlegal.com** |  |  |  |
| Who made the payment, if not debtor?<br>**N/A** |  |  |  |
| 11.2. **Fultz Maddox Dickens, PLC**<br>**333 N. Alabama Street**<br>**Suite 350**<br>**Indianapolis, IN 46204** | **Attorney Fees - Additional Bankruptcy Retainer + Filing Fee** |  | **$26,717.00** |
| Email or website address<br>**wbrewer@fmdlegal.com** |  |  |  |
| Who made the payment, if not debtor?<br>**N/A** |  |  |  |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

Debtor    **Fayette Memorial Hospital Association, Inc.**                    Case number (if known)  **18-07762**

---

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---------|-------------------------------|
|         |                               |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☐ No. Go to Part 9.
    ■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Fayette Memorial Hospital Assoc., Inc.**<br>**1941 Virginia Ave.**<br>**Connersville, IN 47331** | **Community Hospital providing inpatient and outpatient services at the hospital campus, Pain Management Clinic, Inpatient Detoxification Unit** | |

| Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|
| **1941 Virginia Avenue, Connersville, IN 47331**<br>**3135 Virginia Avenue, Connersville, IN 47331**<br>**Electronic Records through EHR provider AthenaHealth** | Check all that apply:<br><br>■ Electronically<br>■ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | |
|---|---|---|---|
| 15.2. | **Fayette Regional Health System (d/b/a)**<br>**1941 Virginia Avenue**<br>**Connersville, IN 47331** | **Outpatient services provided at various locations off the hospital campus throughout Connersville, Indiana.** | |

| Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|
| **450 Erie Avenue, Connersville, IN 47331**<br>**3542 N. Western Ave., Connersville, IN 47331**<br>**2025 Virginia Ave., Connersville, IN 47331**<br>**1908 N. Park Road, Connersville, IN 47331**<br>**2004 Indiana Ave., Connersville, IN 47331**<br>**1550 E. St. Rd. 44, Connersville, IN 47331**<br>**Electronic records mataited by EHR provider AthenaHealth** | Check all that apply:<br><br>■ Electronically<br>■ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

---

Debtor    **Fayette Memorial Hospital Association, Inc.**    Case number *(if known)*    **18-07762**

**HIPAA protected health information.**

Does the debtor have a privacy policy about that information?

☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐    No. Go to Part 10.

■    Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Fayette Regional Health Systems 457(b) Plan** | EIN: |

Has the plan been terminated?

■ No
☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **ERB Lumber Building (owned by Debtor)**<br>**3135 Virginia Avenue**<br>**Connersville, IN 47331** | **List to be provided.** | **Equipment and Medical Records.** | ☐ No<br>■ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Debtor    **Fayette Memorial Hospital Association, Inc.**                    Case number *(if known)*  **18-07762**

not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
□ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

□ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1. **Fayette Regional Health System Pain Mgmt 1941 Virginia Ave Connersville, IN 47331** | **Pain Management Clinic.  An Indiana limited liability company jointly owned by Debtor (51%) and Connersville Pain Management, LLC, an Ohio entity (49%).** | EIN: From-To  **Organized 4/24/2015.  Still Operating.** |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
□ None

Debtor   __Fayette Memorial Hospital Association, Inc.__   Case number (if known) __18-07762__

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Samantha Bell Jent, CFO**<br>**1941 Virginia Ave.**<br>**Connersville, IN 47331** | |
| 26a.2. | **Gary Ward, Interim CFO**<br>**Robert Half Agency** | |
| 26a.3. | **Blue & Co., LLC**<br>**2712 SOlution Center**<br>**Chicago, IL 60677** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. | **Blue & Co., LLC**<br>**2712 SOlution Center**<br>**Chicago, IL 60677** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. | **Samantha Bell Jent, CFO**<br>**1941 Virginia Ave**<br>**Connersville, IN 47331** | |
| 26c.2. | **Gary Ward, Interim CFO**<br>**Robert Half Agency** | |
| 26c.3. | **Blue & Co., LLC**<br>**2712 SOlution Center**<br>**Chicago, IL 60677** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Comerica Bank (as Bondholder)**<br>**Attn. Sarah R. Miller**<br>**411 W. Lafayette Street, MC 3205**<br>**Detroit, MI 48226** |
| 26d.2. | **Bank of New York Mellon Trust Co.**<br>**300 N. Meridian Street, Ste. 910**<br>**Indianapolis, IN 46204** |
| 26d.3. | **Cain Brothers**<br>**1 California Street, Ste. 2400**<br>**San Francisco, CA 94111** |
| 26d.4. | **Community East Health System**<br>**1500 North Ritter Ave.**<br>**Indianapolis, IN 46219** |

Debtor   **Fayette Memorial Hospital Association, Inc.**                    Case number *(if known)*   **18-07762**

| Name and address | |
|---|---|
| 26d.5. | **TriHealth**<br>**625 Eden Park Drive**<br>**Cincinnati, OH 45202** |
| 26d.6. | **Fifth Third Bank**<br>**145 North East Street**<br>**Indianapolis, IN 46202** |
| 26d.7. | **FCN Bank NA**<br>**501 Main Street**<br>**PO Box 37**<br>**Brookville, IN 47012** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Randall White | 1941 Virginia Avenue<br>Connersville, IN 47331 | Chief Executive Officer | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Samantha Bell Jent | 1941 Virginia Avenue<br>Connersville, IN 47331 | Prior CFO, returned as full-time CFO post-petition | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gary Ward | 1941 Virginia Avenue<br>Connersville, IN 47331 | Interim CFO under contract | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Allison Gates | 1941 Virginia Avenue<br>Connersville, IN 47331 | COO (last day 10/19/18) | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Thomas | 1941 Virginia Ave<br>Connersville, IN 47331 | President (NFP Board) | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dan Parker | 1941 Virginia Ave.<br>Connersville, IN 47331 | Vice President (NFP Board) | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joel Long | 1941 Virginia Ave.<br>Connersville, IN 47331 | Secretary (NFP Board) | N/A |

Debtor    **Fayette Memorial Hospital Association, Inc.**                                    Case number *(if known)*    **18-07762**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Sandy Cates | 1941 Virginia Ave. Connersville, IN 47331 | Treasurer (NFP Board) | N/A |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Schedule to be attached for paid officer** | | | |
| | **Relationship to debtor** | | | |
| 30.2. | **James Thomas** 1941 Virginia Ave Connersville, IN 47331 | 2018 - $4,500  ($9,000//year) | | **Stipend for board service usually paid approximately quarterly.** |
| | **Relationship to debtor** **Board President** | | | |
| 30.3. | **Dan Parker** 1941 Virginia Ave. Connersville, IN 47331 | 2018 - $2,820 ($5,640/year) | | **Stipend for board service usually paid approximately quarterly.** |
| | **Relationship to debtor** **Board Vice President** | | | |
| 30.4. | **Joel Long** 1941 Virginia Ave. Connersville, IN 47331 | 2018 - $2,820 ($5,640/year) | | **Stipend for board service usually paid approximately quarterly.** |
| | **Relationship to debtor** **Board Secretary** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Fayette Memorial Hospital Association, Inc.**          Case number *(if known)*   **18-07762**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **Sandy Cates**<br>**1941 Virginia Ave.**<br>**Connersville, IN 47331** | **2018 - $2,820 ($5,640/year)** | | **Stipend for board service usually paid approximately quarterly.** |
| | Relationship to debtor<br>**Board Treasurer** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  1, 2018**

**/s/ Samantha Bell-Jent**                    **Samantha Bell-Jent**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**Fayette Regional Health System**
**90-Day Payments**
**07/01/18-10/10/18**

| Payee | Date | Document No | Amount |
|---|---|---|---|
| **11824--FULTZ MADDOX DICKENS** | | | |
| | 10/10/18 | 144382 | 30,000.00 |
| | 10/9/18 | | 1,717.00 |
| | | | **31,717.00** |
| **11331--TERREX CONSTRUCTION LLC** | | | |
| | 7/3/18 | 143661 | 1,140,634.35 |
| | 8/13/18 | 144030 | 879,428.73 |
| | 10/10/18 | 144381 | 600,000.00 |
| | | | **2,620,063.08** |
| **11774--RICHARD BALDWIN, MD** | | | |
| | 9/14/18 | 144207 | 4,320.00 |
| | 9/18/18 | 144217 | 4,320.00 |
| | 9/21/18 | 144264 | 4,320.00 |
| | 9/26/18 | 144300 | 4,320.00 |
| | 9/28/18 | 144316 | 4,320.00 |
| | 10/5/18 | 144371 | 4,320.00 |
| | 10/9/18 | 144380 | 4,320.00 |
| | | | **30,240.00** |
| **11769--ML MANAGEMENT** | | | |
| | 9/13/18 | 144202 | **45,400.00** |
| **11773--RAMESH SHARMA, MD** | | | |
| | 9/14/18 | 144205 | 4,320.00 |
| | 9/21/18 | 144263 | 4,320.00 |
| | 9/26/18 | 144295 | 4,320.00 |
| | 9/26/18 | 144298 | 4,320.00 |
| | 9/26/18 | 144299 | 4,320.00 |
| | 10/5/18 | 144328 | 4,320.00 |
| | 10/5/18 | 144370 | 4,320.00 |
| | 10/8/18 | 144379 | 4,320.00 |
| | | | **34,560.00** |
| **8475--OSMAN CLINIC & ASSOC** | | | |
| | 7/16/18 | 143751 | 55,263.99 |
| | 8/7/18 | 143992 | 50,000.00 |
| | 8/22/18 | 144099 | 5,433.99 |
| | 10/5/18 | 144376 | 55,263.99 |
| | | | **165,961.97** |
| **10961--ALLIED WORLD SURPLUS LINES INSURANCE COMPANY** | | | |
| | 8/24/18 | 144134 | 14,852.74 |
| | 8/24/18 | 144135 | 9,022.16 |
| | 10/5/18 | 144368 | 570.50 |
| | | | **24,445.40** |
| **303--CONNERSVILLE UTILITIES** | | | |
| | 7/13/18 | 143734 | 9,515.86 |
| | 8/15/18 | 144041 | 8,207.03 |
| | 8/15/18 | 144042 | 1,209.93 |
| | 10/5/18 | 144350 | 8,181.78 |
| | 10/5/18 | 144351 | 1,987.14 |
| | | | **29,101.74** |
| **946--OHIO VALLEY GAS CO** | | | |
| | 7/13/18 | 143742 | 4,929.38 |
| | 7/13/18 | 143743 | 164.16 |
| | 7/13/18 | 143744 | 137.60 |
| | 7/20/18 | 143787 | 1,347.13 |
| | 8/2/18 | 143955 | 30.83 |
| | 8/16/18 | 144066 | 268.43 |
| | 8/24/18 | 144144 | 6,480.53 |
| | 10/5/18 | 144363 | 286.22 |
| | 10/5/18 | 144364 | 6,575.55 |
| | | | **20,219.83** |
| **8240--METRONET** | | | |
| | 7/13/18 | 143741 | 1,200.46 |
| | 8/2/18 | 143952 | 14,031.11 |
| | 9/18/18 | 144250 | 30,974.10 |
| | 10/5/18 | 144362 | 1,225.59 |
| | | | **47,431.26** |
| **8082--WINDSTREAM COMMUNICATIONS** | | | |
| | 7/13/18 | 143747 | 14,973.98 |
| | 10/5/18 | 144367 | 10,085.36 |
| | | | **25,059.34** |
| **5303--VERIZON BUSINESS** | | | |

| | | | |
|---|---|---|---|
| | 7/13/18 | 143745 | 4,539.21 |
| | 8/2/18 | 143976 | 1,710.94 |
| | 9/18/18 | 144248 | 2,241.67 |
| | 10/5/18 | 144365 | 2,767.04 |
| | | | **11,258.86** |
| **8063--FRONTIER** | | | |
| | 7/13/18 | 143737 | 1,785.29 |
| | 7/13/18 | 143738 | 7,774.24 |
| | 7/13/18 | 143739 | 8,523.52 |
| | 10/5/18 | 144357 | 974.60 |
| | 10/5/18 | 144358 | 8,288.44 |
| | 10/5/18 | 144359 | 8,311.67 |
| | 10/5/18 | 144360 | 1,034.67 |
| | | | **36,692.43** |
| **248--DUKE ENERGY** | | | |
| | 7/13/18 | 143735 | 10,271.27 |
| | 7/13/18 | 143736 | 949.01 |
| | 7/20/18 | 143792 | 56,508.15 |
| | 7/25/18 | 143845 | 2,463.93 |
| | 8/20/18 | 144073 | 49,488.38 |
| | 8/20/18 | 144074 | 9,445.97 |
| | 10/5/18 | 144352 | 855.63 |
| | 10/5/18 | 144353 | 62,798.65 |
| | 10/5/18 | 144354 | 11,411.45 |
| | 10/5/18 | 144355 | 2,300.10 |
| | 10/5/18 | 144356 | 9,781.10 |
| | | | **216,273.64** |
| **51--US FOODSERVICE** | | | |
| | 7/23/18 | 143818 | 12,522.43 |
| | 7/23/18 | 143819 | 10,565.08 |
| | 7/23/18 | 143820 | 17,860.76 |
| | 7/23/18 | 143821 | 19,720.93 |
| | 8/2/18 | 143985 | 17,401.51 |
| | 8/22/18 | 144093 | 22,351.58 |
| | 10/5/18 | 144344 | 20,787.09 |
| | 10/5/18 | 144345 | 18,884.42 |
| | 10/5/18 | 144346 | 20,801.75 |
| | | | **160,895.55** |
| **5059--3M HEALTH INFORMATION SYSTEMS** | | | |
| | 10/5/18 | 144334 | **38,818.97** |
| **1163--STERICYCLE INC** | | | |
| | 10/5/18 | 144342 | **11,294.20** |
| **876--MID AMERICA ELEVATOR** | | | |
| | 10/5/18 | 144339 | **11,694.71** |
| **7341--WOODEN & MCLAUGHLIN, LLP** | | | |
| | 8/22/18 | 144096 | 20,000.00 |
| | 8/29/18 | 144155 | 15,142.05 |
| | 9/28/18 | 144315 | 10,000.00 |
| | 10/5/18 | 144347 | 11,627.25 |
| | | | **56,769.30** |
| **159--BLUE & CO., LLC** | | | |
| | 8/10/18 | 144012 | 100,000.00 |
| | 8/23/18 | 144116 | 50,000.00 |
| | 10/5/18 | 144335 | 60,000.00 |
| | | | **210,000.00** |
| **11344--MEDICAL HOSPITALISTS, LLC** | | | |
| | 7/23/18 | 143795 | 45,606.07 |
| | 8/22/18 | 144098 | 45,606.07 |
| | 9/13/18 | 144188 | 45,606.07 |
| | 10/5/18 | 144338 | 45,606.07 |
| | | | **182,424.28** |
| **4465--NORTHWEST RADIOLOGY NTWK** | | | |
| | 8/7/18 | 143990 | 626.82 |
| | 10/5/18 | 144340 | 41,666.66 |
| | | | **42,293.48** |
| **10682--RENOVO SOLUTIONS LLC** | | | |
| | 7/23/18 | 143811 | 60,099.46 |
| | 8/23/18 | 144126 | 41,502.24 |
| | 9/25/18 | 144277 | 20,181.60 |
| | 10/5/18 | 144341 | 22,866.41 |
| | | | **144,649.71** |
| **4882--JOE WEBSTER, MS, DABR** | | | |
| | 8/14/18 | 144032 | 9,321.54 |

|  | 9/26/18 | 144294 | 10,322.49 |
|  | 10/5/18 | 144337 | 18,265.34 |
|  |  |  | **37,909.37** |

**11823--ROBERT HALF**
**Check was returned**

|  | 10/5/18 | 144333 | **7,000.00** |

**3749--WEAS ENGINEERING INC**

|  | 7/12/18 | 143717 | 3,887.84 |
|  | 10/4/18 | 144327 | 9,389.64 |
|  |  |  | **13,277.48** |

**11622--CARESTAFF PARTNERS LLC**

|  | 10/3/18 | 144324 | **11,844.00** |

**11813--MATTHEW MORENO**

|  | 10/3/18 | 144323 | **53,342.88** |

**10895--TRUESCRIPTS**
**Prescription payment for employee prescriptions**

|  | 7/3/18 | 143668 | 4,436.06 |
|  | 7/16/18 | 143753 | 7,481.05 |
|  | 7/23/18 | 143799 | 12,713.81 |
|  | 8/9/18 | 144002 | 18,502.48 |
|  | 8/15/18 | 144050 | 17,119.84 |
|  | 8/22/18 | 144095 | 24,938.15 |
|  | 8/29/18 | 144156 | 5,046.97 |
|  | 9/10/18 | 144179 | 26,510.38 |
|  | 9/17/18 | 144213 | 11,481.50 |
|  | 9/24/18 | 144276 | 4,845.92 |
|  | 10/3/18 | 144322 | 7,824.73 |
|  |  |  | **140,900.89** |

**8252--GENSET SERVICE, LLC**

|  | 10/2/18 | 144321 | **8,525.78** |

**8342--FIRST FINANCIAL CORP LEASING**

|  | 7/23/18 | 143802 | 6,542.00 |
|  | 8/16/18 | 144060 | 4,382.00 |
|  | 9/30/18 | 144326 | 4,382.00 |
|  |  |  | **15,306.00** |

**67--AMERISOURCE-BERGEN**

|  | 7/2/18 | 143658 | 21,441.71 |
|  | 7/10/18 | 143699 | 34,693.88 |
|  | 7/16/18 | 143750 | 34,046.76 |
|  | 7/23/18 | 143797 | 50,534.65 |
|  | 7/30/18 | 143867 | 44,946.65 |
|  | 8/6/18 | 143988 | 32,841.27 |
|  | 8/13/18 | 144025 | 74,889.71 |
|  | 8/20/18 | 144071 | 41,341.92 |
|  | 8/27/18 | 144146 | 28,286.52 |
|  | 9/5/18 | 144171 | 21,629.22 |
|  | 9/10/18 | 144180 | 42,684.59 |
|  | 9/17/18 | 144212 | 38,968.81 |
|  | 9/24/18 | 144269 | 22,128.50 |
|  | 9/30/18 | 144318 | 89,219.12 |
|  | 10/10/18 | 144384 | 23,143.41 |
|  |  |  | **600,796.72** |

**11771--DOMINIC MAGA, DO**

|  | 9/14/18 | 144204 | 4,320.00 |
|  | 9/14/18 | 144208 | 4,320.00 |
|  | 9/17/18 | 144211 | 2,880.00 |
|  | 9/19/18 | 144254 | 4,320.00 |
|  | 9/21/18 | 144262 | 4,320.00 |
|  |  |  | **20,160.00** |

**848--MEDLINE INDUSTRIES INC**

|  | 7/3/18 | 143669 | 1,702.95 |
|  | 7/3/18 | 143671 | 7,388.96 |
|  | 7/3/18 | 143672 | 5,660.76 |
|  | 7/3/18 | 143673 | 5,886.35 |
|  | 7/3/18 | 143674 | 1,270.39 |
|  | 7/3/18 | 143675 | 7,725.82 |
|  | 7/3/18 | 143676 | 6,160.00 |
|  | 7/3/18 | 143677 | 4,204.85 |
|  | 7/23/18 | 143822 | 6,160.70 |
|  | 7/23/18 | 143823 | 2,974.62 |
|  | 7/23/18 | 143824 | 4,613.34 |
|  | 7/23/18 | 143825 | 7,007.88 |
|  | 7/23/18 | 143826 | 14,654.91 |
|  | 7/23/18 | 143827 | 9,203.09 |
|  | 7/23/18 | 143828 | 5,296.33 |
|  | 7/23/18 | 143829 | 6,874.02 |

| | | |
|---|---|---|
| 7/23/18 | 143830 | 7,504.74 |
| 7/23/18 | 143831 | 3,648.09 |
| 7/23/18 | 143832 | 9,545.15 |
| 7/23/18 | 143833 | 4,422.13 |
| 7/23/18 | 143834 | 4,966.47 |
| 9/27/18 | 144304 | 8,323.94 |
| 9/27/18 | 144305 | 4,461.77 |
| 9/27/18 | 144306 | 9,492.93 |
| 9/27/18 | 144307 | 12,532.43 |
| 9/27/18 | 144308 | 6,091.04 |
| 9/27/18 | 144309 | 3,334.14 |
| 9/27/18 | 144310 | 367.27 |
| 9/27/18 | 144311 | 5,437.49 |
| | | **176,912.56** |

**11583--ALLCARE MEDICAL SERVICES**

| | | |
|---|---|---|
| 9/27/18 | 144303 | **13,515.69** |

**3284--HFAP**

| | | |
|---|---|---|
| 9/26/18 | 144301 | **28,401.00** |

**11121--PREMIUM ASSIGNMENT CORPORATION**

| | | |
|---|---|---|
| 7/26/18 | 143847 | 52,976.77 |
| 8/20/18 | 144069 | 52,976.77 |
| 9/26/18 | 144293 | 52,976.77 |
| | | **158,930.31** |

**8319--TRIAD ISOTOPES INC**

| | | |
|---|---|---|
| 7/30/18 | 143872 | 4,553.20 |
| 8/2/18 | 143972 | 426.61 |
| 9/24/18 | 144273 | 5,224.37 |
| | | **10,204.18** |

**3726--AIRGAS MID AMERICA**

| | | |
|---|---|---|
| 9/24/18 | 144271 | 4,236.25 |
| 9/24/18 | 144272 | 4,221.08 |
| | | **8,457.33** |

**11378--TRIFECTA NETWORKS**

| | | |
|---|---|---|
| 7/31/18 | 143882 | 61,078.51 |
| 8/23/18 | 144129 | 22,898.58 |
| 9/24/18 | 144270 | 38,068.69 |
| | | **122,045.78** |

**10118--SIHO INSURANCE SERVICES**

| | | |
|---|---|---|
| 7/17/18 | 143752 | 35,695.06 |
| 9/19/18 | 144251 | 29,357.20 |
| 9/21/18 | 144267 | 36,998.70 |
| | | **102,050.96** |

**7237--WEATHERBY LOCUMS, INC**

| | | |
|---|---|---|
| 7/30/18 | 143870 | 50,000.00 |
| 8/23/18 | 144130 | 50,000.00 |
| 9/21/18 | 144265 | 15,042.25 |
| | | **115,042.25** |

**11421--CANON FINANCIAL SERVICES**

| | | |
|---|---|---|
| 7/12/18 | 143714 | 10,511.66 |
| 8/21/18 | 144083 | 10,511.66 |
| 9/17/18 | 144216 | 11,562.83 |
| 9/19/18 | 144252 | 2,074.54 |
| | | **34,660.69** |

**11436--TERENCE GROGAN, DO**

| | | |
|---|---|---|
| 7/3/18 | 143667 | 18,838.58 |
| 9/18/18 | 144245 | 731.00 |
| | | **19,569.58** |

**11134--KING LAWN SERVICE**

| | | |
|---|---|---|
| 7/10/18 | 143702 | 2,195.00 |
| 8/2/18 | 143941 | 1,080.00 |
| 8/10/18 | 144021 | 1,075.00 |
| 8/10/18 | 144023 | 2,100.00 |
| 9/18/18 | 144239 | 2,040.00 |
| | | **8,490.00** |

**11417--ADP LLC**

| | | |
|---|---|---|
| 8/7/18 | 143995 | 8,499.00 |
| 9/17/18 | 144215 | 9,963.80 |
| | | **18,462.80** |

**10796--FRIENDSOFFICE**

| | | |
|---|---|---|
| 9/13/18 | 144195 | **7,244.28** |

**11092--WATCHCHILD**

| | | | |
|---|---|---|---|
| | 9/13/18 | 144201 | **7,892.00** |
| **11379--DELTA DENTAL** | | | |
| | 7/23/18 | 143816 | 4,445.31 |
| | 9/12/18 | 144187 | 19,556.36 |
| | | | **24,001.67** |
| **11766--UNIVERSAL LINEN SERVICES LLC** | | | |
| | 9/11/18 | 144185 | 9,089.63 |
| | 9/11/18 | 144186 | 737.26 |
| | | | **9,826.89** |
| **2791--HOLOGIC INC** | | | |
| | 8/27/18 | 144149 | 5,100.72 |
| | 9/7/18 | 144178 | 3,167.96 |
| | | | **8,268.68** |
| **10589--CIMA ENERGY** | | | |
| | 7/13/18 | 143732 | 8,633.64 |
| | 9/5/18 | 144172 | 16,376.70 |
| | | | **25,010.34** |
| **2576--SUN NUCLEAR CORPORATION** | | | |
| | 8/1/18 | 143888 | 40,429.70 |
| | 8/30/18 | 144170 | 40,429.69 |
| | | | **80,859.39** |
| **535--HASSLER TEXTILE SERVICES** | | | |
| | 7/9/18 | 143698 | 8,911.89 |
| | 8/30/18 | 144163 | 7,198.86 |
| | | | **16,110.75** |
| **220--CDW LLC** | | | |
| | 8/10/18 | 144017 | 56,964.12 |
| | 8/24/18 | 144133 | 25,000.00 |
| | 8/29/18 | 144158 | 17,518.55 |
| | | | **99,482.67** |
| **49--CARDINAL HEALTH MEDICAL** | | | |
| | 8/24/18 | 144136 | 2,233.24 |
| | 8/24/18 | 144137 | 3,552.77 |
| | 8/24/18 | 144138 | 3,246.67 |
| | 8/24/18 | 144139 | 2,853.91 |
| | 8/24/18 | 144140 | 2,401.09 |
| | 8/24/18 | 144141 | 2,146.76 |
| | | | **16,434.44** |
| **11602--RN NETWORK** | | | |
| | 8/24/18 | 144145 | **7,780.00** |
| **11533--MINDRAY NORTH AMERICA** | | | |
| | 8/24/18 | 144143 | **13,209.53** |
| **461--FISHER SCIENTIFIC** | | | |
| | 8/23/18 | 144117 | 3,367.21 |
| | 8/23/18 | 144118 | 11,437.81 |
| | 8/23/18 | 144119 | 25,256.30 |
| | | | **40,061.32** |
| **2461--JOHNSON CONTROLS INC** | | | |
| | 7/20/18 | 143793 | 50,000.00 |
| | 8/23/18 | 144121 | 28,283.43 |
| | | | **78,283.43** |
| **11061--MEDICUS LOCUM SERVICES, LLC** | | | |
| | 7/26/18 | 143846 | 16,338.14 |
| | 8/23/18 | 144122 | 20,000.00 |
| | | | **36,338.14** |
| **124--BAXTER HEALTHCARE CORP** | | | |
| | 8/15/18 | 144036 | 3,046.23 |
| | 8/15/18 | 144037 | 3,714.82 |
| | 8/15/18 | 144038 | 3,062.17 |
| | 8/15/18 | 144039 | 2,669.06 |
| | 8/15/18 | 144040 | 2,936.30 |
| | 8/23/18 | 144115 | 1,502.69 |
| | | | **16,931.27** |
| **7995--PHILIPS HEALTHCARE** | | | |
| | 8/23/18 | 144124 | 36,371.00 |
| | 8/23/18 | 144125 | 63,558.00 |
| | | | **99,929.00** |
| **1590--WLPK 106.9FM WIFE 94.3FM** | | | |
| | 7/20/18 | 143791 | 2,979.50 |

|  | | |
|---|---|---|
| 8/23/18 | 144131 | 3,519.50 |
| | | **6,499.00** |

**7683--NORIX GROUP INC**

| 8/23/18 | 144123 | **25,187.50** |

**11372--HAEMONETICS CORPORATION**

| 7/10/18 | 143700 | 23,568.00 |
| 8/23/18 | 144120 | 14,988.00 |
| | | **38,556.00** |

**619--INDIANA BLOOD CENTER**

| 8/23/18 | 144100 | **21,830.30** |

**132--BECKMAN COULTER INC**

| 8/22/18 | 144090 | **7,349.10** |

**745--LAB CORP OF AMERICA**

| 8/21/18 | 144086 | **63,853.30** |

**11541--ALPHA IMAGING LLC**

| 8/21/18 | 144084 | **18,909.00** |

**221--CEI**

| 8/21/18 | 144077 | 6,907.32 |
| 8/21/18 | 144078 | 13,482.93 |
| | | **20,390.25** |

**9785--JULES & ASSOCIATES**

| 8/21/18 | 144075 | **18,739.80** |

**11105--MCKESSON MEDICAL-SURGICAL**

| 7/23/18 | 143805 | 13,243.75 |
| 7/23/18 | 143806 | 10,162.14 |
| 7/23/18 | 143807 | 20,691.63 |
| 7/23/18 | 143808 | 22,315.25 |
| 8/15/18 | 144049 | 13,805.38 |
| | | **80,218.15** |

**1439--CLAIMAID**

| 7/2/18 | 143659 | 8,391.40 |
| 7/24/18 | 143844 | 8,666.40 |
| 8/13/18 | 144029 | 8,666.40 |
| | | **25,724.20** |

**606--IARCA INSTITUTE**

| 8/13/18 | 144028 | **7,373.00** |

**3713--DR JAG PATEL**

| 7/3/18 | 143662 | 7,500.00 |
| 8/13/18 | 144026 | 5,000.00 |
| | | **12,500.00** |

**10263--AVESIS**

| 8/10/18 | 144018 | 13,393.38 |
| 8/10/18 | 144024 | 2,101.55 |
| | | **15,494.93** |

**11416--AMERICAN UNITED LIFE INSURANCE**

| 7/23/18 | 143814 | 16,202.12 |
| 8/10/18 | 144019 | 32,734.10 |
| | | **48,936.22** |

**11408--MARY PATRICK MD**

| 7/20/18 | 143786 | 5,123.75 |
| 8/2/18 | 143947 | 250.00 |
| 8/10/18 | 144014 | 1,795.45 |
| | | **7,169.20** |

**11359--QUIDEL CORPORATION**

| 8/9/18 | 144009 | 10,680.00 |
| 8/9/18 | 144010 | 3,200.00 |
| | | **13,880.00** |

**10844--MACRO HELIX**

| 8/9/18 | 144008 | **36,796.90** |

**4459--WELLS FARGO WHOLESALE LOCKBOX**

| 7/10/18 | 143704 | 16,183.00 |
| 8/9/18 | 144005 | 15,712.52 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 31,895.52 |
| 549--CARD MEMBER SERVICES | 8/9/18 | 144001 | 18,424.69 |
| 10428--EASTERN ALLIANCE INSURANCE GROUP | 8/9/18 | 143998 | 16,792.00 |
| 11376--ADVANCED DATA SYSTEMS CORP | 8/1/18 | 143890 | 3,980.00 |
|  | 8/3/18 | 143986 | 11,940.00 |
|  |  |  | 15,920.00 |
| 1442--MCKESSON SPECIALTY | 8/2/18 | 143903 | 16,417.13 |
| 380--FORBES MEDICAL TRANSCRIPTION | 7/5/18 | 143691 | 8,247.68 |
|  | 8/2/18 | 143895 | 3,266.92 |
|  |  |  | 11,514.60 |
| 9024--PHILIPS MEDICAL CAPITAL | 7/30/18 | 143871 | 50,397.18 |
| 9810--RESOURCE ANESTHESIOLOGY ASSOCIATE OF IN | 7/2/18 | 143660 | 69,689.00 |
|  | 7/30/18 | 143869 | 69,689.00 |
|  |  |  | 139,378.00 |
| 11523--MANTA RESOURCES INC | 7/26/18 | 143854 | 30,000.00 |
| 5652--DEX MEDIA | 7/26/18 | 143853 | 7,832.41 |
| 1089--ROSA'S | 7/23/18 | 143835 | 1,471.90 |
|  | 7/23/18 | 143836 | 1,306.90 |
|  | 7/23/18 | 143837 | 25,195.75 |
|  | 7/23/18 | 143838 | 889.78 |
|  | 7/23/18 | 143839 | 607.66 |
|  | 7/23/18 | 143840 | 582.72 |
|  |  |  | 30,054.71 |
| 7813--4MYBENEFITS, INC. | 7/23/18 | 143813 | 8,427.59 |
| 11089--COLONIAL LIFE | 7/23/18 | 143815 | 15,359.74 |
| 11511--THE CHANGE COMPANIES | 7/23/18 | 143817 | 8,835.00 |
| 7162--DELTA PHYSICIAN PLACEMENT, LLC | 7/23/18 | 143801 | 7,475.28 |
| 10984--SISKIN PHYSICIANS LLC | 7/23/18 | 143796 | 204,307.36 |
| 1002--PORTER ADVERTISING LLC | 7/20/18 | 143788 | 8,540.50 |
| 5400--CS KERN | 7/20/18 | 143783 | 7,270.00 |
| 9154--NEXTGEN HEALTHCARE | 7/3/18 | 143663 | 40,000.00 |
|  | 7/12/18 | 143713 | 36,076.98 |
|  |  |  | 76,076.98 |
| 4883--REID HEALTH PHARMACY | 7/12/18 | 143709 | 7,534.34 |
| 10250--EASTERN ALLIANCE INSURANCE COMPANY |  |  |  |

|  | 7/9/18 | 143697 | **18,979.93** |

**10922--ORTHO-CLINICAL DIAGNOSTICS**

|  | 7/9/18 | 143696 | **28,299.18** |

**11276--HEALTH CAROUSEL LLC**

|  | 7/3/18 | 143679 | **14,635.78** |

**7826--ADVANCED MEDICAL PERSONNEL SERVICES**

|  | 7/3/18 | 143665 | **6,920.00** |

**CARDINAL HEALTH 340B**

| 8/27/18 | 32,098.28 |
| 9/24/18 | 14,648.67 |
| 9/27/18 | 15,556.56 |
|  | **62,303.51** |

**VAR - WELLS FARGO**

| 7/2/18 | 7,642.10 |
| 8/1/18 | 7,642.10 |
|  | **15,284.20** |

**PHARMACY SYSTEMS**

| 7/2/18 | 7,643.00 |
| 7/11/18 | 9,598.41 |
| 7/25/18 | 8,018.09 |
| 8/1/18 | 7,643.00 |
| 8/13/18 | 9,111.05 |
| 8/22/18 | 9,610.29 |
| 9/5/18 | 8,315.19 |
| 9/11/18 | 7,643.00 |
| 9/19/18 | 9,812.18 |
| 10/1/18 | 7,643.00 |
| 10/4/18 | 8,338.70 |
|  | **93,375.91** |

**ORCHARD SOFTWARE**

| 7/3/18 | 6,979.91 |
| 8/1/18 | 6,979.91 |
| 9/7/18 | 6,979.91 |
| 10/5/18 | 6,979.91 |
|  | **27,919.64** |

**ZAWNA HEALTH**

| 8/20/18 | 26,000.00 |
| 8/29/18 | 54,947.00 |
|  | **80,947.00** |

**CATALYST**

| 7/5/18 | 9,309.70 |
| 8/2/18 | 10,600.00 |
| 9/7/18 | 10,600.00 |
|  | **30,509.70** |

**340B MCKESSON**

| 7/10/18 | 4,386.22 |
| 7/25/18 | 2,662.30 |
| 8/10/18 | 5,002.97 |
| 9/10/18 | 8,260.60 |
| 9/25/18 | 2,083.43 |
|  | **22,395.52** |

**BARRINGTON**

| 7/16/18 | 25,111.00 |
| 7/17/18 | 14,020.00 |
| 8/16/18 | 25,111.00 |
| 8/17/18 | 14,020.00 |
| 9/17/18 | 39,131.00 |
|  | **117,393.00** |

**ATHENA HEALTH**

| 7/17/18 | 14,945.40 |
| 7/23/18 | 71,320.11 |
| 7/27/18 | 4,230.69 |
| 8/15/18 | 1,587.98 |
| 8/24/18 | 78,744.86 |
| 9/17/18 | 544.19 |
| 9/24/18 | 91,534.50 |
|  | **262,907.73** |

**COMERCIAL LOAN DETROIT**

| | | |
|---|---|---:|
| | 7/2/18 | 76,863.52 |
| | 8/1/18 | 74,664.05 |
| | 9/6/18 | 84,493.40 |
| | 10/1/18 | 68,127.33 |
| | | **304,148.30** |

**COMERICA GCM**

| | | |
|---|---|---:|
| | 7/2/18 | 10,107.55 |
| | 8/1/18 | 9,899.95 |
| | 9/7/18 | 9,918.37 |
| | 10/1/18 | 9,860.20 |
| | | **39,786.07** |

**NAVIENT**

| | | |
|---|---|---:|
| | 8/30/18 | **10,000.00** |

**RESOURCE ANESTHESIOLOGY**

| | | |
|---|---|---:|
| | 10/4/18 | 15,000.00 |
| | 10/5/18 | 15,000.00 |
| | 10/8/18 | 15,000.00 |
| | | **45,000.00** |

**Fayette Memorial Hospital Association**
**Insider Payments in 1 year prior to Petition Date**

|  |  | Salary | Bonus | ETO Cash Out | Student Loan Assistance |
|---|---|---|---|---|---|
| Randall White | CEO | 287,034.80 | $57,400.00 |  |  |
| Alison Gates | COO | 130,000.00 | $19,500.00 |  |  |
| Donald Day | CNO | 165,000.00 |  |  |  |
| Samantha Bell-Jent | CFO | 165,000.00 | $19,500.00 | $2,500.00 | $10,000.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Fayette Memorial Hospital Association, Inc.**                    Case No.  **18-07762**
_____
                                                    Debtor(s)          Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 36,717.00 |
| Prior to the filing of this statement I have received | $ | 36,717.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Counsel has received a pre-petition retainer for payment of pre-petition fees and as a deposit against fees and costs incurred post-petition.  A total retainer of $36,717 ws received, of which $24,095 paid pre-petition fees and pre-paid the Ch. 11 filing fee prior to filing.  $12,621.50 remains in Trust as a retainer against Post-Petition Fees and Costs.  The Debtor has agreed to pay the hourly fees and expenses of counsel on a post-petition basis.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **November  1, 2018** | **/s/ Wendy D. Brewer** |
| _Date_ | **Wendy D. Brewer 22669-49** |
| | _Signature of Attorney_ |
| | **Fultz Maddox Dickens, PLC** |
| | **333 N. Alabama Street** |
| | **Suite 350** |
| | **Indianapolis, IN 46204** |
| | **317-215-6220  Fax: 317-252-0275** |
| | **wbrewer@fmdlegal.com** |
| | _Name of law firm_ |

---

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Fayette Memorial Hospital Association, Inc.**        Case No.   **18-07762**

                        Debtor(s)                  Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November  1, 2018**                 Signature   **/s/ Samantha Bell-Jent**

                                                    **Samantha Bell-Jent**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.