| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fayette Memorial Hospital Association, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | **18-07762** |

☑ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended *Schedule*  **D**
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November  1, 2018**     X **/s/ Samantha Bell-Jent**
Signature of individual signing on behalf of debtor

**Samantha Bell-Jent**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Fayette Memorial Hospital Association, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF INDIANA**

Case number (if known): **18-07762**

☒ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of New York Mellon Trust Company NA**  300 N. Meridian Street, Ste 910  Indianapolis, IN 46204 | | Hospital Campus  1941 Virginia Ave, Connersville, IN 47331  Parcel No. 21-05-24-529-501.000-003 | | $14,381,000.00 | $10,501,300.00 | $3,879,700.00 |
| **Terrex Construction, LLC**  3200 Madison Rd. Suite 2B  Cincinnati, OH 45209 | | Construction Services - new detox facility. | | | | $1,254,237.05 |
| **SIHO Insurance Services**  417 Washington Street  Columbus, IN 47201 | | Employee Health Insurance (Self-Insured Claims Obligations) | | | | $774,798.01 |
| **Family & Social Services Administration**  PO Box 621007  Indianapolis, IN 46262 | | FSSA Claim Repayment | | | | $713,366.81 |
| **Resource Anesthesiology Associates of IN**  450 Mamaroneck Ave  Suite 201  Harrison, NY 10528 | | Services Provided | | | | $439,953.00 |
| **Cardinal Health - 340B**  PO Box 70539  Chicago, IL 60673 | | Medical Supplies - 340B | | | | $285,597.32 |

Debtor **Fayette Memorial Hospital Association, Inc.**                    Case number (if known) **18-07762**
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Varian Medical Systems, Inc.**<br>3100 Hansen Way<br>Palo Alto, CA 94304 | | Subscription | | | | $283,600.00 |
| **Weatherby Locums, Inc.**<br>15300 Weston Pkwy, Ste 105<br>Cary, NC 27513 | | Third Party Staffing Services | | | | $283,467.27 |
| **Osman Clinic & Assoc.**<br>3307 W. 96th Street<br>Indianapolis, IN 46268 | | Third Party Staffing Services | | | | $232,798.63 |
| **Trifecta Networks**<br>4027 Tampa Rd., #3900<br>Oldsmar, FL 34677 | 866-771-9785 | Medical Supplies | | | | $211,222.44 |
| **CPSI**<br>6600 Wall Street<br>Mobile, AL 36695 | 251-639-8100 | IT Support | | | | $204,298.50 |
| **ORS, Inc.**<br>13578 E. 131st Street, Ste 220<br>Fishers, IN 46037 | 317-770-0055 | Services Provided | Unliquidated Disputed | | | $198,322.48 |
| **American Health Network**<br>Attn Linda Sundin<br>10689 N. Pennsylvania St. Ste 200<br>Indianapolis, IN 46280 | Linda Sundin | Third Party Staffing Services | | | | $168,000.00 |
| **Medline Industries, Inc.**<br>Dept Ch. 14400<br>Palatine, IL 60055 | Shane Reed<br><br>sreed@medline.com | Medical Supplies | | | | $154,078.43 |
| **Nextgen Healthcare Quality Systems, Inc.**<br>PO Box 809390<br>Chicago, IL 60680 | | IT Support | | | | $153,742.98 |
| **Nevro Corporation**<br>4040 Campbell Ave #210<br>Menlo Park, CA 94025 | | Medical Supplies | | | | $138,354.00 |
| **Horizon Health**<br>1965 Lakepointe Dr., Ste 100<br>Lewisville, TX 75057 | 800-727-2407 | Third Party Staffing Services | | | | $125,667.61 |

Official form 204              Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims              page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

Debtor **Fayette Memorial Hospital Association, Inc.**　　　　　　　　　　Case number *(if known)* **18-07762**
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Foods**<br>**9399 West Higgins Rd.**<br>**Rosemont, IL 60018** | | **Food Service Supplies** | | | | $122,336.37 |
| **Cynet Healthstaff, Inc.**<br>**43480 Yukon Drive Suite 202**<br>**Ashburn, VA 20147** | | **Third Party Staffing Services** | | | | $118,642.60 |
| **Manta Resources, Inc.**<br>**15229 Herriman Blvd.**<br>**Noblesville, IN 46060** | | **Recruitment services.** | | | | $117,250.00 |

**Fill in this information to identify the case:**

Debtor name: **Fayette Memorial Hospital Association, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known): 18-07762

■ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Amerisourcebergen Drug Corp.**<br>Creditor's Name<br><br>**1300 Morris Drive**<br>**Chesterbrook, PA 19087**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2014**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Pharmaceutical and medical supplies sold to the Debtor by Amerisource Bergen prior to the Petition Date.**<br><br>**Describe the lien**<br>**Non-Purchase Money Security**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$14,834.29** |
| **2.2** **Associated Bank, N.A.**<br>Creditor's Name<br><br>**525 W. Monrow Street, Ste. 2400**<br>**Chicago, IL 60661**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2017**<br>Last 4 digits of account number<br>**9000** | **Describe debtor's property that is subject to a lien**<br>**UCC-1 - 201700003079948**<br>**Originally with Leasing Assoc of Barrington**<br>**VitalBeam Package described in Lease No. 12679000 dated 4/6/17**<br><br>**Describe the lien**<br>**Lease**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$1,073,188.18** | **Unknown** |

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number (if know) | **18-07762** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **Bank of New York Mellon Trust Company**
Creditor's Name
**300 N. Meridian Street, Ste. 910**
**Indianapolis, IN 46204**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2013**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Total Accounts Receivable - $18,734,410**
**Portion that is 90 Days or Less - $12,116,155**
**Estimated 44% recovery on Face Amount**

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$0.00       $8,243,140.40

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Bank of New York Mellon Trust Company**
Creditor's Name
**300 N. Meridian Street, Ste. 910**
**Indianapolis, IN 46204**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Pharmacy, medical, office, food service, and other inventory used in hospital operations.**

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$0.00       $0.00

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** **Bank of New York Mellon Trust Company NA**
Creditor's Name
**300 N. Meridian Street, Ste 910**
**Indianapolis, IN 46204**

**Describe debtor's property that is subject to a lien**
**Hospital Campus**
**1941 Virginia Ave, Connersville, IN 47331**
**Parcel No. 21-05-24-529-501.000-003**

$14,381,000.00       $10,501,300.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 12

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number (if know) | **18-07762** |
|---|---|---|---|
| | Name | | |

**Creditor's mailing address**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2013**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Canon Financial Services, Inc.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | UCC-1 - 201800001668931 | | |

All of debtor's right, title and interest in the ssigned leases and equipment purchaed by creditor from time to time pursuant to a master agreement.

**158 Gaither Drive**
**Mount Laurel, NJ 08054**
Creditor's mailing address

**Describe the lien**
**Lease (Protective Filing)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **CIT Finance LLC** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | UCC-1 - 201100002601891 | | |

Assigned from First Financial Corp Leasing - 60mo lease, with 2 yr financing extn.
All Baxter IV Pump System equipment referenced in equpiment Schedule No. 02 to Master Lease Agreement No. 031711-GN dated 3/17/11

**1 CIT Drive**
**Livingston, NJ 07039**
Creditor's mailing address

**Describe the lien**
**Lease/PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/7/11**
**Last 4 digits of account number**

---

Debtor **Fayette Memorial Hospital Association, Inc.**  Case number (if know) **18-07762**
       Name

**5858**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Comerica Bank** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$198,000.00** |

Creditor's Name
**Attn. Sarah R. Miller
411 W. Lafayette Street, MC 3205
Detroit, MI 48226**
Creditor's mailing address

**Comerica Custodial Securities Account - Custodial Securities Account - Acct# 0696**

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2013**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Conestoga Equipment Finance Corp.** | **Describe debtor's property that is subject to a lien** | **$48,598.73** | **$51,867.60** |

Creditor's Name

**1033 S. Hanover St.
Pottstown, PA 19465**
Creditor's mailing address

**UCC-1 - 201600004761239
Pentax EPK-i HD Video Processor; Pentax EG-2990i HD Video Gastroscope; Pentax EC-3890Li HD Video Colonoscope; Pentax EC-3490Li HD Video Colonoscope; Sony UP-51MD Color Video Printer; Olympus OEV-261H 26" Monitor**

**Describe the lien**
**PMSI (orig with Beneficial Equip Fin)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**8847**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 4 of 12

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number (if know) | **18-07762** |
|---|---|---|---|
| | Name | | |

| 2.10 | **Dell Financial Services L.L.C.** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
| | | UCC-1 - 201400005417650 | | |
| | | Computer equipment peripherals, and other equipment described in Master Lease Agreement (Designated as Lessor/Lessee filing) | | |
| | **Mail Stop-PS2DF-23 One Dell Way Round Rock, TX 78682** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Lease or PMSI** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | **2014** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.11 | **First Financial Eqiupment Finance LLC** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
| | | UCC-1 - 201300006104835 | | |
| | | All equipment, goods, software and other intangibles leased pursuant to Equip Schedule 001 to Master Lease Agreement No. 0000206 dated 6/1/2013 | | |
| | **255 E. 5th Street Cincinnati, OH 45202** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Lease or PMSI** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | **6/1/2013** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.12 | **First Midwest Bank** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
| | | UCC-1 - 201700002655513 | | |
| | | UCC-3 (Amendment) 201700007122355 | | |
| | | Assigned from Leasing Assoc of Barrington | | |
| | | Mammography and radiology equipment described in Lease No. 12669000 dated 3/24/17 and Addendum effective 9/17/17 (Konica eq) | | |
| | **One Pierce Place, Suite 1500 Itasca, IL 60143** | | | |

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 5 of 12 |
|---|---|---|

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number (if know) | **18-07762** |
|---|---|---|---|
| | Name | | |

Creditor's mailing address

**Describe the lien**
**Lease (Protective Filing)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**9000**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.13 | **Philips Medical Capital** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **UCC-1 - 200900003730337** | | |
| | | **Eqiupment leased or financed under Contract PH010694** | | |
| | **1111 Old Eagle School Rd.** | | | |
| | **Wayne, PA 19087** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Lease or PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2009**
**Last 4 digits of account number**
**0694**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.14 | **Philips Medical Capital** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **UCC-1 - 200900003735665** | | |
| | | **All eqiupment leased or financed under Contract PH011005** | | |
| | **1111 Old Eagle School Rd.** | | | |
| | **Wayne, PA 19087** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Lease or PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2009**
**Last 4 digits of account number**
**1005**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number (if know) | **18-07762** |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

### 2.15

**Philips Medical Capital**
Creditor's Name

**1111 Old Eagle School Rd.**
**Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2011**
**Last 4 digits of account number**
**7009**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
UCC-1 - 201100000385878
One (1) Philips Diamond Select Brilliance 16 Ct System, per Quote No. 1-RCFH58

**Describe the lien**
Lease or PMSI

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

---

### 2.16

**Philips Medical Capital**
Creditor's Name

**1111 Old Eagle School Rd.**
**Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2012**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
UCC-1 - 201200006472246
One (1) Philips IU22 XMatrix Ultrasound, and One (1) Philips IE33 Vision 2012 Ultrasound

**Describe the lien**
Lease or PMSI

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

---

### 2.17

**Philips Medical Capital**
Creditor's Name

**1111 Old Eagle School Rd.**
**Wayne, PA 19087**

**Describe debtor's property that is subject to a lien**
UCC-1 - 201200006472357
UCC-3 (Amendmenrt) 201200006586030
UCC-3 (Amendment) 201200010111716
One (1) Philips Ingenia 1.35T Omega MRI System and patient monitoring equipment

Unknown    Unknown

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 7 of 12

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number (if know) | **18-07762** |
|---|---|---|---|
| | Name | | |

Creditor's mailing address

**Describe the lien**
**Lease or PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2012**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.18**  **Philips Medical Capital**
Creditor's Name

**1111 Old Eagle School Rd.**
**Wayne, PA 19087**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC-1 - 201300010680344**
**One (1) used Philps Brilliance 64 Channel CT System**

**Describe the lien**
**Lease or PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2013**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

---

**2.19**  **Susquehanna Commercial Finance, Inc.**
Creditor's Name

**2 Country View Road**
**Suite 300**
**Malvern, PA 19355**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC-1 - 201200002355111**
**Equipment described in Master Equipment Lease Agreement No. 20070870, Schedule No. 2 (Vendor NEC Corporation of America)**

**Describe the lien**
**Lease or PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2012**
**Last 4 digits of account number**
**8898**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

**Unknown**   **Unknown**

---

Debtor **Fayette Memorial Hospital Association, Inc.**  Case number (if know) **18-07762**
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.20**

**TCF Equipment Finance, Inc.**
Creditor's Name

**11100 Wayzata Blvd., Suite 801**
**Hopkins, MN 55305**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2011**
**Last 4 digits of account number**
**7882**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC-1 - 00009387021**
**Equipment described in Master Equipment Lease Agreement No. 20070870, Schedule No. 1 (Vendor Siemens Medical Solutions USA, Inc.)**

**Describe the lien**
**Lease or PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

---

**2.21**

**TCF Equipment Finance, Inc.**
Creditor's Name

**11100 Wayzata Blvd., Suite 801**
**Hopkins, MN 55305**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**4840**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC-1 - 201600008873570**
**Equipment described in Master Equipment Lease Agreement No. 20070870 Schedule No 1 (Vendor Siemens Medical Solutions USA, Inc.)**

**Describe the lien**
**Lease or PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

---

**2.22**   **TFG-Indiana, L.P.**   **Describe debtor's property that is subject to a lien**   Unknown    Unknown

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 9 of 12

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number (if know) | **18-07762** |
|---|---|---|---|
| | Name | | |

Creditor's Name
**6995 Union Park Center, Ste. 400**
**Cottonwood Heights, UT 84047**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

UCC-1 - 201700007680596
**Equipment, machinery, goods, and other property leased pursuant to Lease Schedule FMHA-001 to Master Lease Agreement No. 2049982 (filed as Lessor)**

**Describe the lien**
**Lease or PMSI**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.23 | **U.S. Bancorp Equipment Finance, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name
**PO Box 230789**
**Portland, OR 97201**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2008**
**Last 4 digits of account number**
**0003**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

UCC-1 - 200800009375993
**One (1) XSO Laser System with Navigation & proceeds of same.**

**Describe the lien**
**Lease or PMSI**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.24 | **US Foods, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **$6,420.00** |
|---|---|---|---|---|

Creditor's Name
**9399 West Higgins Rd.**
**Rosemont, IL 60018**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Food service inventory and supplies sold by U.S. Food Service to the Debtor estimated at $6,240 on hand as of the Petition Date**

**Describe the lien**
**PMSI**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 10 of 12

Debtor **Fayette Memorial Hospital Association, Inc.**     Case number (if know) **18-07762**
Name

**2013**
**Last 4 digits of account number**
**9481**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.25 | **Van Ausdall & Farrar, Inc.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**1111 Old Eagle School**
**Wayne, PA 19087**
Creditor's mailing address

**UCC-1 - 201400000593397**
**Equipment leased or financed under Contract No. 25268163**

**Describe the lien**
**Lease or PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2014**
**Last 4 digits of account number**
**8163**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.26 | **Wells Fargo Wholesale** | **Describe debtor's property that is subject to a lien** | **$327,510.04** | **Unknown** |

Creditor's Name

**301 S. College Street**
**MAC-D1053-070**
**Charlotte, NC 28202**
Creditor's mailing address

**Swap Agreement Obligations**
**Lien rights through BNY as Bond Trustee**

**Describe the lien**
**Indirect through Bank of New York as Trustee**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/1/17**
**Last 4 digits of account number**
**6813**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$15,830,296.95**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 11 of 12

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number (if know) | **18-07762** |
|---|---|---|---|
| | Name | | |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bank of New York Mellon Trust Company**<br>**300 N. Meridian Street**<br>**Suite 910**<br>**Indianapolis, IN 46204** | Line **2.5** | |