## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-07762-JJG-11 |
| FAYETTE MEMORIAL HOSPITAL ) | |
| ASSOCIATION, INC. d/b/a FAYETTE ) | |
| REGIONAL HEALTH SYSTEMS, ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF DIAL IN FOR NOVEMBER 7, 2018 HEARING

PLEASE TAKE NOTICE, that the dial-in number for those wishing to participate telephonically in the hearing scheduled on November 7, 2018, at 1:30P.M. EST is: **1-267-930-4000**, access code: **147-100-866.** If you wish to participate telephonically, you must identify yourself for the record when prompted by the Court staff. Please mute your line during the hearing except when speaking. Please also note that you will not be permitted to introduce evidence by telephone.

Date: November 6, 2018

/s/ *Wendy D. Brewer*
Wendy D. Brewer
FULTZ MADDOX DICKENS PLC
333 N. Alabama Street, Ste. 350
Indianapolis, IN 46204
Telephone: 317.215.6220
E-mail: wbrewer@fmdlegal.com
*Proposed Counsel for the Debtor*