**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| FAYETTE MEMORIAL HOSPITAL ASSOCIATION, INC., | ) Case No. 18-07762-JJG-11 |
| | ) Chapter 11 |
| | ) Judge Jeffrey J. Graham |
| Debtor. | ) |
| | ) |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

COME NOW, John W. Borkowski and Ryan A. Burgett of the law firm of Husch Blackwell LLP, and hereby enters their appearance as Counsel on behalf of Horizon Mental Health Management, LLC ("Horizon") in the above-captioned case, and further requests that all notices given or required to be given pursuant to Bankruptcy Rules 2002 and 9007 or otherwise, including, but not limited to notices, applications, motions, petitions, orders, pleadings, complaints for demands, be given to and served upon the undersigned as well as to Horizon.

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Horizon's right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) Horizon's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Horizon's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Horizon is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Horizon expressly reserves.

Listed below is the additional information required by Bankruptcy Rule 9010(1)(a):

John W. Borkowski, #25985-49
Husch Blackwell LLP
1251 North Eddy Street, Suite 200
South Bend, Indiana 46617
Phone 574-239-7010; Fax: 574-287-3116
john.borkowski@huschblackwell.com

DocID: 4822-3792-8314.1

      and

      Ryan A. Burgett, TN BPR 33641
Husch Blackwell LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Phone:  423-755-2673
Fax:  423-266-5499
ryan.burgett@huschblackwell.com

Dated this 13th day of November, 2018.

      Respectfully submitted,

      */s/John W. Borkowski*
John W. Borkowski, #25985-49
Husch Blackwell LLP
1251 North Eddy Street, Suite 200
South Bend, Indiana 46617
Phone 574-239-7010
Fax: 574-287-3116
john.borkowski@huschblackwell.com

      *Attorneys for Horizon Mental Health Management, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of November, 2018, he caused a copy of the foregoing to be filed electronically via the Court ECF system.  Notice of this filing will be sent to all parties registered to receive filings in this case by operation of the Court's ECF system.  Parties may access this filing through the Court's ECF system.  Additionally, any parties that have appeared and will not be served electronically via the Court's ECF system have been served a copy of the foregoing via U.S. Mail, postage prepaid.

      */s/John W. Borkowski*
John W. Borkowski

DocID: 4822-3792-8314.1