UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>FAYETTE MEMORIAL HOSPITAL )<br>ASSOCIATION, INC. d/b/a FAYETTE )<br>REGIONAL HEALTH SYSTEMS, )<br>    Debtor. )<br>) | Case No. 18-07762-JJG-11 |

**NOTICE AND OPPORTUNITY TO OBJECT**
*(DN 96 – Application to Retain H2C as Financial Advisor and Investment Banker)*

      PLEASE TAKE NOTICE, that on November 9 2018, Fayette Memorial Hospital Association, Inc. d/b/a Fayette Regional Health Systems ("**Fayette Regional**" or the "**Debtor**"), the Debtor and Debtor-In-Possession, filed its *Application to Employ H2C Analytics, LLC as Financial Advisor and Investment Banker to the Debtor Nunc Pro Tunc to November 6, 2018* [DN 96] (the "**H2C Application**").

      The H2C Application seeks entry of an Order authorizing the Debtor to employ H2C Analytics, LLC ("**H2C**") as its Financial Advisor and Investment Banker in this case. The fees and hourly rates to be charged by H2C for its financial advisory and bankruptcy case administration services include the following:

With regard to financial advisory and bankruptcy administration services:

    (a)    Hourly fees and reimbursement for travel expenses for financial advisory and bankruptcy administration services at the following billing rates:

| | |
|---|---|
| Managing Directors & Principals | $550 to $625 per hour |
| Vice President and Directors | $400 to $550 per hour |
| Analysts and Associates | $275 to $450 per hour |
| Other | $100 to $250 per hour |

    (b)    To assist with Debtor's cash flow projections, an agreement to cap monthly invoices at $50,000, with excess incurred amounts available to roll over into future invoice periods;

With regard to investment banking services:

    (c)    A retainer of $25,000 to be paid upon entry of the retention order (the "**Retainer**"), which Retainer will be applied against the Completion Fee (defined below);

    (d)    a DIP Placement Fee of $100,000 upon entry of an order authorizing debtor-in-possession financing from any acceptable source other than Comerica Bank, and a Dip Placement Fee of $50,000 upon entry of an order authorizing debtor-in-possession financing from Comerica Bank; and

A Completion Fee for completion of a Restructuring Transaction (as defined in the Engagement Agreement) of 2% of the total consideration (as defined in the Engagement Agreement), with a minimum completion fee of $400,000.

If you have not received a copy of the H2C Application, you may obtain a copy by contacting the Debtor's attorneys, on PACER, or from the Clerk of this Court.

YOU ARE HEREBY NOTIFIED that any objections to the relief requested in the H2C Application must be filed within **twenty-one (21) days from the date of this Notice**, electronically at www.insb.uscourts.gov, or delivered, in writing, to the Clerk of the Bankruptcy Court, 46 E. Ohio Street, Room 116, Indianapolis, IN 46204 with a copy to Debtor's counsel: Wendy D. Brewer, Fultz Maddox Dickens PLC, 333 N. Alabama Street, Ste. 350, Indianapolis, IN 46204, wbrewer@fmdlegal.com or Laura M. Brymer, Fultz Maddox Dickens PLC, 101 S. Fifth Street, Ste. 2700, Louisville, KY 40202, lbrymer@fmdlegal.com. If no objections are filed, the Court may grant the relief requested in the Application and/or the Motion without hearing.

Your rights may be affected by the H2C Application and you should read these papers carefully and consult with your attorney. If you do not have an attorney, you may wish to consult one.

Date: November 13, 2018            */s/ Wendy D. Brewer*
                                    Wendy D. Brewer *(information set forth above)*

Certificate of Service to be filed separately.

2