**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-07762-JJG-11 |
| FAYETTE MEMORIAL HOSPITAL ) | |
| ASSOCIATION, INC. d/b/a FAYETTE ) | |
| REGIONAL HEALTH SYSTEMS, ) | |
|     Debtor. ) | |
| ) | |

**NOTICE AND OPPORTUNITY TO OBJECT**
(DN#140 - Motion to Reject Agreement with Medical Hospitalists, LLC)

PLEASE TAKE NOTICE, that on December 6, 2018, Fayette Memorial Hospital Association, Inc. d/b/a Fayette Regional Health Systems ("**Fayette Regional**" or the "**Debtor**"), the Debtor and Debtor-In-Possession, filed its **Motion for Order Authorizing Rejection of Agreement with Medical Hospitalists, LLC** [DN 140] (the "**Motion**") seeking entry of an order authorizing the Debtor to reject the *Agreement for Physician Services Hospitalist* dated June 29, 2017 (the "**Agreement**") with an effective rejection date of February 27, 2019, at 11:59PM and providing that any claim for damages arising out of the rejection of the Agreement shall be filed on or before the later of: (a) the general unsecured claims bar date set in this case; or (b) thirty (30) days after entry of the order authorizing rejection of the Agreement.

If you have not received a copy of the Motion, you may obtain a copy by contacting the Debtor's attorneys, on PACER, or from the Clerk of this Court.

YOU ARE HEREBY NOTIFIED that any objections to the relief requested in the Motion must be filed within **fourteen (14) days from the date of this Notice**, electronically at www.insb.uscourts.gov, or delivered, in writing, to the Clerk of the Bankruptcy Court, 46 E. Ohio Street, Room 116, Indianapolis, IN 46204 with a copy to Debtor's counsel: Wendy D. Brewer, Fultz Maddox Dickens PLC, 333 N. Alabama Street, Ste. 350, Indianapolis, IN 46204, wbrewer@fmdlegal.com or Laura M. Brymer, Fultz Maddox Dickens PLC, 101 S. Fifth Street, Ste. 2700, Louisville, KY 40202, lbrymer@fmdlegal.com. If no objections are filed, the Court may grant the relief requested in the Motion without hearing.

Your rights may be affected by the Motion and you should read these papers carefully and consult with your attorney. If you do not have an attorney, you may wish to consult one.

Date: December 6, 2018           */s/ Wendy D. Brewer*
                                            Wendy D. Brewer *(information set forth above)*

Certificate of Service to be filed separately.