IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| FAYETTE MEMORIAL HOSPITAL ASSOCIATION, INC. d/b/a FAYETTE REGIONAL HEALTH SYSTEMS | ) Case No. 18-07762-JJG-11 ) ) ) |
| Debtor. | ) ) ) |

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103(a) AND BANKRUPTCY RULE 2014(a) FOR AUTHORITY TO EMPLOY AND RETAIN FOX ROTHSCHILD LLP AS COUNSEL**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned case files this application (the "Application") pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule B-2014-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana (the "Local Rules"), for authority to employ and retain Fox Rothschild LLP ("Fox") as counsel for the Committee, effective as of December 7, 2018. In support of the Application, the Committee represents as follows:

**BACKGROUND**

1.      On October 10, 2018, the above-captioned debtor (the "Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court in the Southern District of Indiana (the "Court"). No trustee has been appointed, and the Debtor continues to operate its business and manage its property as a debtor in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

250160\00001\82036471.v3

2. On December 5, 2018, the Office of the United States Trustee for the Southern District of Indiana appointed the following two members to the Committee: (i) NextGen Healthcare, Inc.; and (ii) Horizon Mental Health Management, LLC. [Dkt. No. 136.]

3. On December 7, 2018, the Committee selected Fox as its counsel in this chapter 11 case, subject to Court approval.

## JURISDICTION

4. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

5. By the Application, the Committee seeks to employ and retain Fox pursuant to Bankruptcy Code sections 328(a) and 1103(a) as counsel in connection with its duties and obligations in the above-captioned chapter 11 case, effective as of December 7, 2018.

## BASIS FOR RELIEF

6. Bankruptcy Code section 328(a) provides that the Committee is authorized to employ attorneys under section 1103(a) with the Court's approval, provided such terms and conditions are reasonable. *See* 11 U.S.C. §§ 328(a) and 1103(a). Under Bankruptcy Code section 1103(a), an attorney employed by a statutory committee may not, while employed by such committee, represent any other entity having an adverse interest in connection with the bankruptcy case. To the best of the Committee's knowledge, except as disclosed herein and in the attached declaration of Gordon E. Gouveia (the "Gouveia Declaration"), none of Fox's partners, counsel, or associates holds or represents any other entity in connection with the Debtor's case having an adverse interest.

2

7. The Committee seeks to retain Fox as counsel because of the firm's attorneys' extensive general experience and knowledge in the field of debtors' and creditors' rights and business reorganizations under chapter 11 of the Bankruptcy Code, and its expertise, experience and knowledge in representing official committees. The Committee believes that Fox is well-qualified to represent it in this case in a most efficient and timely manner.

8. The services of Fox are necessary to enable the Committee to execute faithfully its duties under the Bankruptcy Code. Subject to Court approval, the professional services that Fox will be required to render shall include (but not be limited to):

   a. providing legal advice with respect to the Committee's powers and duties as appointed under Bankruptcy Code section 1102;

   b. assisting in the investigation of the acts, conduct, assets, liabilities and financial condition of the Debtor, the operation of the Debtor's business, and any other matter relevant to this case or to the formulation of a plan of reorganization or liquidation;

   c. preparing on behalf of the Committee necessary motions, applications, answers, orders, reports and other legal papers;

   d. reviewing, analyzing and responding to pleadings filed in this case and appearing before the Court to present necessary motions, applications and pleadings and to otherwise protect the Committee's interests;

   e. representing the Committee in hearings and other judicial proceedings;

   f. advising the Committee of its fiduciary duties and responsibilities;

   g. advising the Committee and its other professionals on practice and procedure in the Bankruptcy Court for the Southern District of Indiana; and

   h. performing any and all other legal services in connection with this chapter 11 case as may reasonably be required.

3

9. It is necessary that the Committee employ attorneys to render the foregoing professional services. Fox has stated its desire and willingness to act in this case and render the necessary professional services as the Committee's attorneys.

10. Bankruptcy Code section 328(a) authorizes the employment of a professional person on any reasonable terms and conditions of employment, including on an hourly basis. 11 U.S.C. § 328(a). Subject to this Court's approval and in accordance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, and the Local Rules, the Committee requests that Fox be compensated on an hourly basis, plus reimbursement of the actual and necessary expenses that Fox incurs, in accordance with the ordinary and customary rates which are in effect on the date the services are rendered.

11. Fox has advised the Committee that Fox's current hourly rates range from $280 to $900 per hour for partners, from $205 to $595 per hour for associates and from $120 to $410 per hour for paraprofessionals. The Committee submits that Fox's customary hourly rates in effect from time to time are reasonable under the circumstances of this chapter 11 case.

12. The Firm's current hourly rates for attorneys who are going to lead Fox's work in this case are as follows:

| Robert M. Fishman – Partner | $750 |
| Allen J. Guon – Partner | $490 |
| Gordon E. Gouveia – Partner | $450 |
| Christina M. Sanfelippo – Associate | $290 |

13. The hourly rates set forth above are subject to adjustments, usually on June 1st of each year. Other Fox attorneys and paralegals may from time to time serve the Committee in connection with the matters herein described when appropriate.

4

250160\00001\82036471.v3

14. The hourly rates set forth above are the Firm's normal hourly rates for work of this type. These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. In addition, it is the Firm's policy to charge its clients in all areas of practice for certain other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, charges for messenger services, overnight delivery services, photocopying, court fees, travel expenses, working meals, postage, materials for large mailings, computerized legal research facilities, computerized document inventory and control, investigative searches, and other charges customarily invoiced by law firms in addition to fees for legal services.

15. Fox has not received any retainer from the Debtor, the Committee, or any other entity in this case, but Fox reserves the right to request a retainer from the Debtor's estate.

16. The Committee understands that Fox intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with the *Agreed Entry Establishing Procedures for Interim Compensation and Reimbursment of Professionals* [Dkt. No. 122] (the "Compensation Order"), as well as applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and Orders of the Court.

## NOTICE

17. Notice of this Application has been provided to: (i) the Debtor's counsel; (ii) the Office of the United States Trustee for the Southern District of Indiana, (iii) the twenty (20) largest unsecured creditors; and (iv) all parties requesting notices pursuant to Bankruptcy Rule 2002. The Committee submits that, in light of the nature of the relief requested, no other or further notice need be provided.

**WHEREFORE**, the Committee requests that the Court enter an order substantially in the proposed form attached hereto: (a) granting this Application, (b) authorizing the Committee to retain and employ Fox as its counsel in this chapter 11 case, effective as of December 7, 2018, and (c) granting such other and further relief as this Court deems just and proper.

Dated: December 27, 2018

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR FAYETTE MEMORIAL HOSPITAL ASSOCIATION, INC.

By: *[signature: Shannon Russell]*
Name: Shannon Russell, Accounting Manager at Horizon Mental Health Management, LLC and Chairperson of the Committee

## CERTIFICATE OF SERVICE

      I, Gordon E. Gouveia, certify that on the December 27, 2018, I caused a true and correct copy of the **Application Of The Official Committee Of Unsecured Creditors Pursuant To 11 U.S.C. §§ 328(A) And 1103(a) And Bankruptcy Rule 2014(a) For Authority To Employ And Retain Fox Rothschild LLP As Counsel** to be served on each of the parties listed below via CM/ECF and via First Class U.S. Mail, postage prepaid.

**Mailing Information for Case 18-07762-JJG-11**
**Electronic Mail Notice List**
The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

    Kay Dee Baird    kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com
    Matthew Thomas Barr    mbarr@rubin-levin.net, mralph@rubin-levin.net;lking@rubin-levin.net;atty_barr@bluestylus.com
    Chris Baxter    chris.baxter@btlaw.com
    John W Borkowski    john.borkowski@huschblackwell.com
    Wendy D Brewer    wbrewer@fmdlegal.com, cbellner@fmdlegal.com
    Laura MinSun Brymer    lbrymer@fmdlegal.com, trhodes@fmdlegal.com
    John Cannizzaro    john.cannizzaro@icemiller.com, Deborah.Martin@icemiller.com
    Erica Dausch    edausch@babstcalland.com
    Aaron E. Davis    Aaron.Davis@bclplaw.com, kathryn.farris@bclplaw.com;chdocketing@bclplaw.com
    Dustin R. DeNeal    dustin.deneal@faegrebd.com, noticeFRindy@faegrebd.com
    Robert J. Diehl    rdiehl@bodmanlaw.com
    Robert Fishman    rfishman@foxrothschild.com
    Gordon Elliot Gouveia    ggouveia@foxrothschild.com
    Jeffrey M Hendricks    jhendricks@graydon.com
    Jeffrey A Hokanson    jeff.hokanson@icemiller.com, Kathy.peed@icemiller.com
    Alexandra S. Horwitz    allie.horwitz@dinsmore.com
    Jackson Taylor Kirklin    taylor.kirklin@usdoj.gov, denise.woody@usdoj.gov
    Kim Martin Lewis    kim.lewis@dinsmore.com, lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
    Elizabeth Marie Little    elizabeth.little@faegrebd.com
    Phillip Alan Martin    pmartin@fmdlegal.com, cbellner@fmhd.com
    Alan K. Mills    alan.mills@btlaw.com, bankruptcyindy@btlaw.com
    Ronald J. Moore    Ronald.Moore@usdoj.gov
    C Daniel Motsinger    cmotsinger@kdlegal.com, cmotsinger@kdlegal.com;crbpgpleadings@kdlegal.com;shammersley@kdlegal.com
    Amanda Koziura Quick    amanda.quick@atg.in.gov, Darlene.Greenley@atg.in.gov
    Jeffrey E. Ramsey    jramsey@bbrlawpc.com, lbrooks@bbrlawpc.com
    James E Rossow    jim@rubin-levin.net, ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
    Christina Sanfelippo    csanfelippo@foxrothschild.com
    Robert Streit    rstreit@skslegalgroup.com

    U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
    Jaimee L. Witten    jwitten@bodmanlaw.com
    Anthony M Zelli    anthony.zelli@dinsmore.com, sheree.anderson@dinsmore.com

**VIA U.S. MAIL**

CYNET HEALTH INC
21000 ATLANTIC BLVD
SUITE 740
STERLING, VA 20166

FAYETTE MEMORIAL HOSPITAL ASSOCIATION, INC.
1941 VIRGINIA AVE.
CONNERSVILLE, IN 47331

AMERICAN HEALTH NETWORK
ATTN LINDA SUNDIN
10689 N PENNSYLVANIA ST. STE 200
 INDIANAPOLIS, IN, 46280

CARDINAL HEALTH - 340B
PO BOX 70539
CHICAGO, IL, 60673

CPSI
6600 WALL STREET
MOBILE AL, 36695

CYNET HEALTHSTAFF, INC.
43480 YUKON DRIVE, SUITE 202
ASHBURN, VA, 20147

FAMILY & SOCIAL SVCS ADMINISTRATION
PO BOX 621007
INDIANAPOLIS, IN, 46262

HORIZON HEALTH
1965 LAKEPOINTE DR , STE 100
 LEWISVILLE, TX, 75057

MANTA RESOURCES, INC.
15229 HERRIMAN BLVD
NOBLESVILLE, IN, 46060

MEDLINE INDUSTRIES, INC.
SHANE REED, DEPT CH. 14400
PALATINE, IL, 60055

250160\00001\82036471.v3

NEVRO CORPORATION
4040 CAMPBELL AVE, #210
MENLO PARK, CA, 94025

NEXTGEN HEALTHCARE QUALITY SYSTEMS, INC.
PO BOX 809390
CHICAGO, IL, 60680

ORS, INC.
13578 E 131ST STREET, STE 220
FISHERS, IN, 46037

OSMAN CLINIC & ASSOC
3307 W 96TH STREET
INDIANAPOLIS, IN, 46268

RESOURCE ANESTHESIOLOGY ASSOC OF IN
450 MAMARONECK AVE, SUITE 201
HARRISON, NY, 10528

SIHO INSURANCE SERVICES
417 WASHINGTON STREET
COLUMBUS, IN, 47201

TERREX CONSTRUCTION, LLC
3200 MADISON RD, SUITE 2B
CINCINNATI, OH, 45209

TRIFECTA NETWORKS
4027 TAMPA RD, #3900
OLDSMAR, FL, 34677

US FOODS
9399 WEST HIGGINS RD
ROSEMONT, IL, 60018

VARIAN MEDICAL SYSTEMS, INC.
3100 HANSEN WAY
PALO ALTO, CA, 94304

WEATHERBY LOCUMS, INC.
15300 WESTON PKWY, STE 105
CARY, NC, 27513