# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-07762-JJG-11 |
| FAYETTE MEMORIAL HOSPITAL ) | |
| ASSOCIATION, INC. d/b/a FAYETTE ) | |
| REGIONAL HEALTH SYSTEMS, ) | |
|     Debtor. ) | |
| ) | |

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER IN DEBTOR'S RESPONSE TO MOTION OF SISKIN PHYSICIANS, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM AND RESERVATION OF RIGHTS

The Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 case, by its undersigned proposed counsel, hereby joins in the Debtor's Response to the Motion of Siskin Physicians, LLC for Allowance and Payment of Administrative Expense Claim (the "Motion") [Doc. 155], incorporating by reference the Debtor's objections to the Motion, and reserves the right to be heard at any subsequent hearing on the Motion.

Dated:  January 11, 2019

Respectfully submitted,

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR
FAYETTE MEMORIAL HOSPITAL
ASSOCIATION, INC.

By:   /s/ Gordon E. Gouveia
       One of its proposed attorneys

Robert M. Fishman
Gordon E. Gouveia
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151
rfishman@foxrothschild.com
ggouveia@foxrothschild.com
*Proposed Counsel to the*
*Official Committee of Unsecured Creditors*

84051679.v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading was filed electronically this 11th day of January, 2019. Notice of this filing will be sent to all parties registered to receive such notice by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

                                             */s/ Gordon E. Gouveia*