*In re: Fayette Memorial Hospital Association, Inc.*

**Exhibit A to Second Omnibus Motion for Order Authorizing Assumption and Assignment of Executory Contracts and Leases**

| Name | Description | Cure Obligation |
|---|---|---|
| Hospital Care Consultants | Residential Lease for space located at 1920 Virginia Avenue, Connersville, Indiana 47331 dated February 28, 2019 **(Debtor is the landlord)** | $0 |
| Marian University | Lease Agreement for space located at 2016 Virginia Ave., 2016 ½ Virginia Ave., and 1920 Virginia Ave., dated November 1, 2019 **(Debtor is the landlord)** | $0 |
| University Dermatology Center | Lease Agreement for space located at 1941 Virginia Avenue, Connersville, Indiana 47331 dated April 5, 2017 **(Debtor is the landlord)** | $0 |
| Chegar Facial Plastic Surgery, PC | Dr. Burke Chegar Cutera Lease Agreement dated December 1, 2008, for certain property: (1) XEO Laser system with Navigation, serial # XP14150; (2) Limelight Handpiece w/Kit, serial # LL2344; (3) PW770 Handpiece w/Kit, serial #PW4720; (4) Pearl Laser Handpiece, serial # P1679; (5) Pearl Fractional Hand Piece, serial #PF1072; and (6) Smoke Evacuator 115v (surgimed), serial #806108 **(Debtor is the lessor)** | $0 |