**Fill in this information to identify the case:**

Debtor name: **Fayette Memorial Hospital Association, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known): **18-07762**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒  Other document that requires a declaration   **Amended Schedule A/B and Amendment to Schedule E/F**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 16, 2019**    X **/s/ Samantha Bell-Jent**
                                     Signature of individual signing on behalf of debtor

                                     **Samantha Bell-Jent**
                                     Printed name

                                     **Chief Financial Officer**
                                     Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Fayette Memorial Hospital Association, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | 18-07762 |

■ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | Comerica Operating Account | Checking | 0570 | $50,000.00 |
| 3.2. | Comerica Disbursement Account (Payables Account) | Checking | 0539 | $0.00 |
| 3.3. | Comerica Sinking Fund Account | Deposit Account | 1466 | $204,500.00 |
| 3.4. | Comerica Custodial Securities Account | Custodial Securities Account | 0696 | $198,000.00 |
| 3.5. | Comerica Insurance Claims Account (Inactive) | Insurance Claims Account | 0513 | $0.00 |
| 3.6. | Comerica FSA Account (Inactive) | FSA Account | 0521 | $0.00 |

Debtor **Fayette Memorial Hospital Association, Inc.**     Case number *(If known)* **18-07762**
    Name

| | | | | |
|---|---|---|---|---|
| 3.7. | First FInancial Bank | Lockbox Account (old) | 7873 | $0.00 |
| 3.8. | First FInancial Bank - Checking (Grant Funds) | Checking | 6146 | $0.00 |
| 3.9. | Health Care Professionals Federal Credit Union | Credit Union Savings | 7410 | $0.00 |
| 3.10. | U.S. Bank | Lockbox Account | 5957 | $0.00 |
| 3.11. | U.S. Bank - Operating | Checking - Operating Account | 6599 | $80,000.00 |
| 3.12. | U.S. Bank - Accounts Payable | Checking - Accounts Payable | 6581 | $0.00 |
| 3.13. | First FInancial Bank - Checking Account in the Name of Fayette Regional Health System Pain Management, LLC (not owned by the Debtor), but Debtor is a signatory | Checking | 3027 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                            **$532,500.00**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Debtor pays annual insurance premiums, but finances those premiums. For most policies, insurance premiums are paid through 3/2/2019. | $0.00 |
| 8.2. | **Prepaid Dues (as of 9/30/18)** | $31,670.73 |
| 8.3. | **Prepaid maintenance and service agreements (as of 9/30/18)** | $239,467.38 |

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fayette Memorial Hospital Association, Inc.** Case number *(If known)* **18-07762**
      Name

| | | | |
|---|---|---|---|
| 8.4. | **Prepaid Other (as of 9/30/18)** | | $145,265.86 |

| 9. | **Total of Part 2.** | $416,403.97 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:  Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11. **Accounts receivable**

| 11b. Over 90 days old: | 18,734,410.00 | - | 10,491,269.60 | =.... | $8,243,140.40 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $8,243,140.40 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

**Part 4:  Investments**

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.
   ■ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                                          % of ownership

| 15.1. | Membership interests in Fayette Regional Health System Pain Management, LLC | 51% | % | N/A | Unknown |
|---|---|---|---|---|---|

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

| 17. | **Total of Part 4.** | $0.00 |
|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | |

**Part 5:  Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor **Fayette Memorial Hospital Association, Inc.**                              Case number *(If known)* **18-07762**
          Name

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**
    **Food service inventory and supplies sold by U.S. Food Service to the Debtor estimated at $6,240 on hand as of the Petition Date**                                    $0.00    Recent cost         $6,420.00

    **Pharmaceutical and medical supplies sold to the Debtor by Amerisource Bergen prior to the Petition Date.**                                                            Unknown                       $14,834.29

    **General - $36,699.07 (plus US Foods $6,240) Reagents - $82,116.64 Surgery - $335,459.55 Pharmacy - $291,187.45 (plus ABDC $14,834.29)**                              Unknown   N/A                $702,523.64

23. **Total of Part 5.**                                                                                                                                                                                $723,777.93

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ■ Yes. Book value            0.00        Valuation method    Recent Purchase     Current Value     210,241.37

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

Debtor **Fayette Memorial Hospital Association, Inc.**　　Case number *(If known)* **18-07762**
　　　　Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Included in #50 Below | $0.00 | | $0.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Included in #50 below. | $0.00 | | $0.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:　　Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2009 Chrysler Town & Country Tour Ed (40,000mi)**<br>VIN: 2A8H4541X9R536412 | Unknown | N/A | $6,000.00 |
| 47.2. | **2004 Chevy Silverado K2500HD (84,000miles)**<br>VIN 1GCHK24UX4E248559 | $0.00 | N/A | $14,000.00 |
| 47.3. | **2010 Chevy HHR LS (192,370miles)**<br>VIN:  3GNBAADB5AS563568 | Unknown | N/A | $4,000.00 |
| 47.4. | **2007 Chevy Malibu Maxx LT (130,000 miles)**<br>VIN:  1G1ZT67N77F217709 | Unknown | N/A | $4,000.00 |

Debtor **Fayette Memorial Hospital Association, Inc.**     Case number *(If known)* **18-07762**
      Name

| | | | | |
|---|---|---|---|---|
| 47.5. | **2003 Ford Focus SE/SE SPT/ZTW (57,889 miles) VIN: 1FAFP36373W331657** | Unknown | N/A | $1,500.00 |
| 47.6. | **2001 Ford E350 (84,900 miles) VIN: 1FBNE31L21HB11870** | Unknown | N/A | $3,500.00 |
| 47.7. | **2001 Ford Econoline E350 Super Duty (100,500 miles) VIN: 1FTSS34L11HA82901** | Unknown | N/A | $8,900.00 |
| 47.8. | **2001 Ford E350 (100,733miles) VIN: 1FBNE31L71HA96220** | Unknown | N/A | $3,500.00 |
| 47.9. | **2000 Ford F250 Super Duty (80,000miles) VIN: 1FTNF21L7YEC44087** | Unknown | N/A | $5,500.00 |
| 47.10. | **1994 Trailer VIN: 12UT1000023000** | Unknown | N/A | $500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **Debtor's Equipment (per Balance Sheet on 8/31/18)**     $18,569,441.00     N/A     $18,569,441.00

51. **Total of Part 8.**     **$18,620,841.00**
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**
    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other | Nature and extent of debtor's interest | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor **Fayette Memorial Hospital Association, Inc.**     Case number (If known) **18-07762**
       Name

| | description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | in property | | | |
|---|---|---|---|---|---|
| 55.1. | **Hospital Campus** <br> **1941 Virginia Ave, Connersville, IN 47331** <br> **Parcel No. 21-05-24-529-501.000-003** | Fee simple | Unknown | Tax records | $10,501,300.00 |
| 55.2. | **Parking Lot** <br> **3542 N. Western Ave., Connersville, IN 47331** <br> **Parcel No. 21-05-12-514-504.000-008** | Fee simple | Unknown | Tax records | $95,100.00 |
| 55.3. | **Medical Office Building** <br> **3542 - 3548 N. Western Ave., Connersville, IN 47331** <br> **Parcel No. 21-05-12-514-505.000-008** | Fee simple | Unknown | Tax records | $411,200.00 |
| 55.4. | **Shed and Storage Building** <br> **614 W. 35th Street, Connersville, IN 47331** <br> **Parcel No. 21-05-12-514-522.000-008** | Fee Simple | Unknown | Tax records | $51,600.00 |
| 55.5. | **Medical Office Building** <br> **2004 Indiana Avenue, Connersville, IN 47331** <br> **Parcel No. 21-05-13-505-514.000-008** | Fee Simple | Unknown | Tax records | $106,300.00 |
| 55.6. | **Parking Lot - Fenced** <br> **2005 Virginia Ave., Connersville, IN 47331** <br> **Parcel No. 21-05-13-505-515.000-008** | Fee Simple | Unknown | Tax records | $149,700.00 |

| Debtor | **Fayette Memorial Hospital Association, Inc.** | | Case number (If known) | **18-07762** |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.7. | **Parking Lot and Detached Garage** 212 W. 20th Street, Connersville, IN 47331 Parcel No. 21-05-13-506-509.000-008 | Fee Simple | Unknown | Tax records | $37,400.00 |
| 55.8. | **Parking Lot** 2008 Virginia Ave., Connersville, IN 47331 Parcel No. 21-05-13-506-510.000-008 | Fee Simple | Unknown | Tax records | $24,200.00 |
| 55.9. | **Single Family Home** 212 W. 20th Street, Connersville, IN 47331 Parcel No. 21-05-13-506-512.000-008 | Fee Simple | Unknown | Tax records | $43,100.00 |
| 55.10. | **Medical Office Building** 2140 Indiana Avenue, Connersville, IN 47331 Parcel No. 21-05-13-510-505.000-008 | Fee Simple | Unknown | Tax records | $98,600.00 |
| 55.11. | **Fenced Parking Lot** 2147 Virginia Ave., Connersville, IN 47331 Parcel No. 21-05-13-510-522.000-008 | Fee Simple | Unknown | Tax records | $22,800.00 |
| 55.12. | **Commercial Office Building** 1936 Virginia Avenue, Connersville, IN 47331 Parcel No. 21-05-24-530-502.000-003 | Fee Simple | Unknown | Tax records | $62,200.00 |

Debtor **Fayette Memorial Hospital Association, Inc.**  Case number *(If known)* **18-07762**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.13. | **Commercial Office Building**<br>**1926 Virginia Ave., Connersville, IN 47331**<br>**Parcel No. 21-05-24-530-503.000-003** | Fee Simple | Unknown | Tax records | $67,300.00 |
| 55.14. | **Single Family Home**<br>**1920 Virginia Ave., Connersville, IN 47331**<br>**Parcel No. 21-05-24-530-504.000-003** | Fee Simple | Unknown | Tax records | $33,200.00 |
| 55.15. | **Medical Office Building, Parking Lot, and 10 acres undeveloped**<br>**450 Erie Avenue, Connersville, IN 47331**<br>**Parcel No. 21-06-07-100-003.000-008** | Fee Simple | Unknown | Tax records | $1,969,300.00 |
| 55.16. | **Single Family Home**<br>**1829 Virginia Ave, Connersville, IN 47331**<br>**Parcel No. 21-05-24-526-519.000-003** | Fee Simple | Unknown | Tax records | $79,400.00 |
| 55.17. | **Medical Office Building**<br>**420 W. 24th Street, Connersville, IN 47331**<br>**Parcel No. 21-05-13-533-520.000-008** | Fee Simple | Unknown | Tax records | $105,400.00 |
| 55.18. | **Medical Office Building**<br>**2025 Virginia Avenue, Connersville, IN 47331**<br>**Parcel No. 21-05-13-505-549.000-008** | Fee Simple | Unknown | Tax records | $369,300.00 |

Debtor **Fayette Memorial Hospital Association, Inc.** Case number (If known) **18-07762**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.19. | **Single Family Home**<br>**2016 Virginia Avenue,**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-13-506-508.000-**<br>**008** | Fee Simple | Unknown | Tax records | $62,800.00 |
| 55.20. | **Fenced Parking Lot**<br>**1938 Virginia Ave.,**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-24-530-501.000-**<br>**003** | Fee Simple | Unknown | Tax records | $113,400.00 |
| 55.21. | **Storage Building and**<br>**Lot**<br>**3135 Virginia Ave.,**<br>**Connersville, IN**<br>**47331**<br>**Parcel No.**<br>**21-05-12-503-540.000-**<br>**008** | Fee Simple | Unknown | Tax records | $284,800.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | $14,688,400.00 |
| 57. | **Is a depreciation schedule available for any of the property listed in Part 9?**<br>■ No<br>☐ Yes | |
| 58. | **Has any of the property listed in Part 9 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Trademark - Fayette Regional Health Systems -**<br>**IN File No. 2007-0189** | Unknown | | Unknown |
| 61. | **Internet domain names and websites**<br>**www.fayetteregional.org** | Unknown | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |

Debtor **Fayette Memorial Hospital Association, Inc.**  Case number *(If known)* **18-07762**
Name

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**
    **Unknown value - not recently valued.**     $0.00     Unknown

66. **Total of Part 10.**     $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☐ No
    ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Sign on Bonus for Dr. Barry Davis (balance as of 9/30/18). Repaid through work for the Debtor at the rate of $694.44/month.** | 42,500.00 Total face amount  -  0.00 doubtful or uncollectible amount  =  $42,500.00 |
|  | **Sign on Bonus for Dr. Mary Saleh (balance as of 9/30/18). Repaid through work for the Debtor at the rate of $694.44/month.** | 20,138.92 Total face amount  -  0.00 doubtful or uncollectible amount  =  $20,138.92 |
|  | **Sign on Bonus for Dr. Wooten (balance as of 9/30/18). No longer an employee so repayment through working for the Debtor is not possible.** | 23,611.12 Total face amount  -  0.00 doubtful or uncollectible amount  =  $23,611.12 |
|  | **Sign on Bonus for Dr. Apama Jha (balance as of 9/30/18). Repaid through work for the Debtor at the rate of $694.44/month.** | 11,111.20 Total face amount  -  0.00 doubtful or uncollectible amount  =  $11,111.20 |

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number *(If known)* **18-07762** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **Promissory Note from Mary H. E. Patrick, M.D. in the original principal amount of $250,000.  Debtor paid $250,000 in student loan repayments on behalf of Dr. Patrick pursuant to the terms of an employment agreement, and Dr. Patrick executed this note in favor of the Debtor to be repaid through bi-weekly payments of $2,190.15 each, with payments forgiven during the term of employment.  Notice of termination was given prior to the Petition Date with the termination effectie 90 days thereafter.  Value below is amount estimated to be due at the end of the 90day period.** | 227,519.83<br>Total face amount | − 0.00<br>doubtful or uncollectible amount | = <br><br>$227,519.83 |
| **Jump Start Loan to Employee - Jammie J. Adams in the amount of $1,125 - repaid at the rate of $50/pay period through payroll withholdings.  Balance on loan as of 10/13/18.** | 75.00<br>Total face amount | − 0.00<br>doubtful or uncollectible amount | =<br><br>$75.00 |
| **Jump Start Loan to Employee - Stephanie L. Drew in the amount of $4,000 - repaid at the rate of $50/pay period through payroll withholdings.  Balance on loan as of 10/13/18.** | 3,200.00<br>Total face amount | − 0.00<br>doubtful or uncollectible amount | =<br><br>$3,200.00 |
| **Jump Start Loan to Employee - Charles E. Long in the amount of $610 - repaid at the rate of $50/pay period through payroll withholdings.  Balance on loan as of 10/13/18.** | 210.00<br>Total face amount | − 0.00<br>doubtful or uncollectible amount | =<br><br>$210.00 |
| **Jump Start Loan to Employee - Beth A. Snyder in the amount of $1000 - repaid at the rate of $50/pay period through payroll withholdings.  Balance on loan as of 10/13/18.** | 750.00<br>Total face amount | − 0.00<br>doubtful or uncollectible amount | =<br><br>$750.00 |
| **Jump Start Loan to Employee - Jammie J. Adams in the amount of $900 - repaid at the rate of $50/pay period through payroll withholdings.  Balance on loan as of 10/13/18.** | 350.00<br>Total face amount | − 0.00<br>doubtful or uncollectible amount | =<br><br>$350.00 |
| **Scholarship Assistance to Employee - Haylee Cavins - in the amount of $23,480.41.  Repaid at the rate of $978.35/month over 2 year period beginning August 2017.  Balance as of 9/30/18.** | 9,783.51<br>Total face amount | − 0.00<br>doubtful or uncollectible amount | =<br><br>$9,783.51 |

72. **Tax refunds and unused net operating losses (NOLs)**

Debtor **Fayette Memorial Hospital Association, Inc.** Case number *(If known)* **18-07762**
Name

Description (for example, federal, state, local)

| | | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property**<br>**The Debtor adopted a 457(b) Deferred Compensation Plan which includes a "Rabbi Trust" component. Pursuant to the terms of the Plan, the funds in the Rabbi Trust remain the property of the Debtor subject to the claims of its creditors.** | **$750,000.00** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$1,089,249.58** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

---

Debtor **Fayette Memorial Hospital Association, Inc.** Case number *(If known)* **18-07762**
      Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $532,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $416,403.97 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,243,140.40 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $723,777.93 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $18,620,841.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $14,688,400.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,089,249.58 | |
| 91. **Total.** Add lines 80 through 90 for each column | $29,625,912.88 | + 91b. $14,688,400.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $44,314,312.88 |

**Fill in this information to identify the case:**

Debtor name: **Fayette Memorial Hospital Association, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF INDIANA**

Case number (if known): **18-07762**

☒ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Aparna Jha<br>904 Ridgewood Ct.<br>Connersville, IN 47331<br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number **Plan** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Claims for deferred income related to the Debtor's Section 457(b) Deferred Compensation Plan**<br>Is the claim subject to offset? ☒ No ☐ Yes | **$0.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Brendan Wrynn<br>1511 Virginia Ave.<br>Connersville, IN 47331<br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number **Plan** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Claims for deferred income related to the Debtor's Section 457(b) Deferred Compensation Plan**<br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Dennis Knoepfler<br>415 W. 19th Street<br>Connersville, IN 47331-2892<br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number **Plan** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | **$0.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Joan Baum<br>312 Regency Place<br>Connersville, IN 47331<br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number **Plan** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Claims for deferred income related to the Debtor's Section 457(b) Deferred Compensation Plan**<br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |

| Debtor | **Fayette Memorial Hospital Association, Inc.** | Case number (if known) | **18-07762** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **John Jeffries**<br>**9596 Fieldcrest Place**<br>**Breese, IL 62230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various**<br>Last 4 digits of account number **Plan** | Basis for the claim: **Claims for deferred income related to the Debtor's Section 457(b) Deferred Compensation Plan** | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **John Landry**<br>**486 Water Cliff Drive**<br>**Somerset, KY 42503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various**<br>Last 4 digits of account number **Plan** | Basis for the claim: **Claims for deferred income related to the Debtor's Section 457(b) Deferred Compensation Plan** | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Jonathan Larsen**<br>**415 W. 7th Street**<br>**Connersville, IN 47331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various**<br>Last 4 digits of account number **Plan** | Basis for the claim: **Claims for deferred income related to the Debtor's Section 457(b) Deferred Compensation Plan** | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Miriam Emile**<br>**PO Box 1041**<br>**Troy, OH 45373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various**<br>Last 4 digits of account number **Plan** | Basis for the claim: **Claims for deferred income related to the Debtor's Section 457(b) Deferred Compensation Plan** | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Randall C. White**<br>**6373 Timberbluff Cir.**<br>**Avon, IN 46123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various**<br>Last 4 digits of account number **Plan** | Basis for the claim: **Claims for deferred income related to the Debtor's Section 457(b) Deferred Compensation Plan** | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Shahab Zaidi**<br>**13357 W. Sherbern Drive**<br>**Carmel, IN 46032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various**<br>Last 4 digits of account number **Plan** | Basis for the claim: **Claims for deferred income related to the Debtor's Section 457(b) Deferred Compensation Plan** | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor **Fayette Memorial Hospital Association, Inc.**     Case number (if known) **18-07762**
        Name

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Shiv Kapoor**<br>**6536 Sunny Drive**<br>**Mason, OH 45040**<br><br>Date(s) debt was incurred **Various**<br>Last 4 digits of account number **Plan** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Claims for deferred income related to the Debtor's Section 457(b) Deferred Compensation Plan**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**William Nesbitt**<br>**166 S. Villa Drive**<br>**Connersville, IN 47331**<br><br>Date(s) debt was incurred **Varoius**<br>Last 4 digits of account number **Plan** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Claims for deferred income related to the Debtor's Section 457(b) Deferred Compensation Plan**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$0.00** |

**Part 3: List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 0.00 |