**Fayette Memorial Hospital Association**
**Contracts and Leases that may be Assumed & Assigned to Reid Hospital**

| Reid # | Description | Contract Counter-Party | Cure Obligaton |
|---|---|---|---|
| 34 | Nurse Practioner Agreement with Amanda Keipper, NP effective December 8, 2014, as amended by First Amendment dated effective 1/1/19 | Amanda L. Keipper, NP | $0.00 |
| 3 | Professional Services Agreement-Adolescent Detox dated August 7, 2018 | American Telepsychiatry Associates, LLC | $77,777.26 |
| 4 | Professional Services Agreement-North Star Recovery dated August 10, 2018 | American Telepsychiatry Associates, LLC | $78,759.51 |
| 33 | Physician Employment Agreement and First Amendment thereto with Aparna Jha, M.D. effective February 13, 2017 | Aparna Jha, M.D. | $0.00 |
| 41 | Nurse Practitioner Agreement with Azubiki Nwokedi, NP effective February 11, 2019 | Azubiki Nwokedi, NP | $0.00 |
| 29 | Physician Employment Agreement with Barry Davis, M.D. effective July 30, 2018 | Barry Davis, M.D. | $0.00 |
| 27 | Physician Employment Agreement with Dr. Burke Chegar dated August 1, 2011 | Burke Chegar, MD | $0.00 |
| 9 | Equipment Rental and Subscription Agreement with Care Fusion dated February 28, 2018 | Carefusion Solutions, LLC | $130,059.00 |
| 26 | Amended and Restated Medical Director Services Agreement by and between Caroleton Manor and Debtor dated January 1, 2014 | Caroleton Manor | $0.00 |
| 28 | Nurse Practitioner Agreement with Cecilia Dapilah effective June 4, 2018 | Cecilia Dapilah | $0.00 |
| 48 | Nurse Practitioner Employment Agreement by and between Cheryl Wicker, NP and Fayette Memorial Hospital Association, Inc. d/b/a Fayette Regional Health, effective June 4, 2018, as amended | Cheryl Carr/Wicker N.P. | $0.00 |
| 47 | Nurse Practioner Agreement with Denise Smith, NP, effective December 18, 2017 | Denise Smith, NP | $0.00 |
| 49 | Physician Professional Services Agreement with Dennis K. Zawadksi, MD effective March 1, 2015, as amended by that First Amendment to Physician Professional Services Agreement effective September 16, 2016 | Dennis K. Zawadski, M.D. | $0.00 |
| 50 | Respiratory Services Medical Director Agreement with Dennis K. Zawadski, MD effective February 22, 2015 | Dennis K. Zawadski, M.D. | $0.00 |
| 8 | Lease Agreement with Leasing Associates of Barrington, Inc., dated March 24, 2016, as amended by that Addendum dated August 30, 2017. (Mammography Equip and Konica Radiology Detectors) - Lease Assigned to First Midwest Bank (See UCC-3) together with Addendum to correct dates to 2017. | First Midwest Bank & Leasing Associates of Barrington | $0.00 |
| 25 | Medical Director Agreement by and between Heritage House Rehab and Ryan J. Minnich, D.O., and Debtor dated March 1, 2016 | Heritage House Rehabilitation & Healthcare Center | $0.00 |
| 46 | Nurse Practitioner Employment Agreement with India Samuels dated February 11, 2019 | India Samuels, N.P. | $0.00 |
| 10 | IARCCA Membership Software License Agreement by and between Indiana Association of Residential Child Care Agencies and Whitewater Valley Care Pavilion, dated January 26, 2009 and related Business Associate Agreement with IARCCA dated 8/4/03 | Indiana Association of Residential Child Care Agencies | $0.00 |
| 43 | Nurse Practitioner Employment Agreement with JoAnna Reisert effective July 1, 2012, as modified by that First Addendum dated October 17, 2013 (First Addendum presumably superseded by Second Addendum), as further modified by that Second Addendum dated December 18, 2015, as further modified by that Third Addendum dated May 25, 2017 (third Addendum terminated December 8, 2017), as further modified by that Fourth Addendum dated December 19, 2018, as amended by that First Amendment dated June 13, 2013, as further amended by that Second Amendment dated August 13, 2013, as further amended by that Third Amendment dated July 18, 2016, as further amended by that Fourth Amendment dated December 8, 2017 | JoAnna Reisert, NP | $0.00 |
| 11 | Master Lease Agreement with Jules and Associates, Inc. dated October 28, 2011 | Jules & Associates, Inc. | $65,589.30 |
| 23 | Business Associate Agreement Privacy and Security of Protected Health Information with Lincoln Center HealthCare, LLC d/b/a Lincoln Centers for Rehabilitation and Healthcare dated November 14, 2013 | Lincoln Center Healthcare, LLC d/b/a Lincoln Centers for Rehabilitation and Healthcare | $0.00 |
| 22 | Interim Medical Director Service Agreement with Lincoln Center Healthcare, LLC dated November 4, 2013 | Lincoln Center Healthcare, LLC d/b/a Lincoln Centers for Rehabilitation and Healthcare | $0.00 |
| 44 | Nurse Practitioner Employment Agreement with Mary E. Rummel dated April 15, 2013, as amended by 1st, 2nd and 3rd Amendments. | Mary E. Rummel, N.P. | $866.00 |

| Reid # | Description | Contract Counter-Party | Cure Obligaton |
|---|---|---|---|
| 51 | Nurse Practitioner Employment Agreement with Nancy Hinds dated February 5, 2018, as amended by 1st and 2nd Amendments. | Nancy Hinds, N.P. | $0.00 |
| 42 | Nurse Practitioner Agreement with Nancy Redd, NP effective January 22, 2019 | Nancy Redd, NP | $0.00 |
| 2 | Orchard Software Corporation Laboratory Information System Purchase Agreement dated October 27, 2017 | Orchard Software Corporation | $16,579.91 |
| 6 | Modification of Services Agreement dated July 17, 2012, modifying a Services Agreement dated January 2, 2012 | Osman & Associates, Inc. | $271,178.37 |
| 7 | Physician Services Agreement dated effective November 1, 2012 | Osman Clinic & Associates, PC | |
| 5 | Psychological Testing Services Agreement dated June 1, 2013 | Osman Clinic & Associates, PC | |
| 12 | Philips RightCare Primary Service Agreement with Philips Healthcare dated November 18, 2018 (renewal of Agreement dated 11/26/13 - CT) | Phillips Healthcare | $32,096.00 |
| 15 | Philips RightFit Service Agreement Value Limited with Philips Healthcare dated November 5, 2017 (IU 33 Transducer) | Phillips Healthcare | |
| 14 | Philips RightFit Service Agreement Value Limited with Philips Healthcare dated November 5, 2017 (IU 33). | Phillips Healthcare | $9,940.00 |
| 17 | Philips RightFit Service Agreement Value with Philips Healthcare dated July 14, 2017 (IU 22 HP) | Phillips Healthcare | $9,940.00 |
| 16 | Philips RightFit Service Agreement Value with Philips Healthcare dated November 5, 2017 (IU 22) | Phillips Healthcare | $9,940.00 |
| 13 | Philips RightFit Service Agreement Value with Philips Healthcare dated September 24, 2017 (Ingenia 1.5T - MRI Service) | Phillips Healthcare | $33,464.00 |
| 19 | Renewal of Lease of Ultrasound by with Philips Healthcare dated September 5, 2017 (IU22) | Phillips Medical Capital, LLC | $0.00 |
| 18 | Renewal of Lease of Ultrasound with Philips Medical Capital dated September 5, 2017 (1,934.11/mo - IE33) | Phillips Medical Capital, LLC | $0.00 |
| 40 | Physician Employment Agreement with Ryan J. Minnich, D.O. dated January 28, 2013, as modified by that First Addendum dated November 2013 (First Addendum terminated March 4, 2015), as further modified by that Second Addendum dated January 27, 2014 (Second Addendum not properly executed), as further modified by that Third Addendum dated November 25, 2014, as further modified by that Fourth Addendum dated December 14, 2015, as amended by that First Amendment dated May 20, 2013, as further amended by that Second Amendment dated March 6, 2017, as further amended by that Third Amendment dated November 17, 2017 | Ryan J. Minnich, D.O. | $0.00 |
| 38 | Hospice Medical Director Agreement with Shiv Kapoor dated January 24, 2013 | Shiv Kapoor, MD | $26,793.33 |
| 36 | Physician Employment Agreement with Shiv Kapoor dated December 1, 2012 | Shiv Kapoor, MD | |
| 39 | Physician Employment Agreement with Shiv Kapoor dated December 1, 2018 | Shiv Kapoor, MD | |
| 37 | Physician Services and Medical Director Agreement with Shiv Kapoor dated June 1, 2012 | Shiv Kapoor, MD | |
| 1 | Siemens Symbia Nuclear Agreement dated January 20, 2018` | Siemens Medical Solutions USA, Inc. | $35,712.66 |
| 30 | Physician Employment Agreement with Terence Grogan, D.O. effective June 25, 2018 | Terence Grogran, D.O. | $0.00 |
| 21 | Use of Equipment Agreement by and between US Foods, Inc. and Fayette Memorial Hospital Association, Inc., d/b/a Fayette Regional Health System, dated June 12, 2012 | U.S. Foods, Inc. | $107,055.28 |
| 20 | Lease Agreement by and between University Dermatology Center and Debtor dated April 5, 2017 | University Dermatology Center | $0.00 |
| 32 | Nurse Practitioner Agreement with Vanessa Howard, NP effective October 30, 2017 | Vanessa Howard, NP | $0.00 |
| 35 | Nurse Practioner Agreement with Victoria Meyer effective March 21, 2017, as amended by First Amendment dated effective 3/21/17 | Victoria Meyer, NP | $0.00 |
| 45 | Pulmonary Professional Services Agreement with Walid Samaan, M.D. effective March 1, 2019 | Walid Samaan, M.D. | $0.00 |