IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>FAYETTE MEMORIAL HOSPITAL ASSOCIATION, INC. d/b/a FAYETTE REGIONAL HEALTH SYSTEMS,<br><br>          Debtor. | )<br>)  Chapter 11<br>)<br>)<br>)<br>)  Case No. 18-07762-JJG-11<br>)<br>) |

DECLARATION OF SERVICE RE:

| | |
|---|---|
| Docket No. 14 | OFFICIAL FORM 309F (FOR CORPORATIONS OR PARTNERSHIPS)—NOTICE OF CHAPTER 11 BANKRUPTCY CASE [excluding Attachment 1] (supplemental service) |
| Docket No. 367 | NOTICE OF DEADLINE FOR FILING PRE-PETITION PROOFS OF CLAIM – Claims Arising Prior to the Debtor's Petition Date of October 10, 2018 (supplemental service) |
| Docket No. 368 | NOTICE OF DEADLINE FOR FILING ADMINISTRATIVE CLAIMS ARISING DURING THE PERIOD BETWEEN OCTOBER 10, 2018 AND APRIL 30, 2019 (supplemental service) |
| Docket No. 369 | NOTICE OF DEADLINE FOR FILING 503(b)(9) CLAIMS (supplemental service) |
| Docket No. 379 | OFFICIAL FORM 202—DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS<br><br>OFFICIAL FORM 206A/B—SCHEDULE A/B: ASSETS - REAL AND PERSONAL PROPERTY<br><br>OFFICIAL FORM 206E/F—SCHEDULE E/F: CREDITORS WHO HAVE UNSECURED CLAIMS |

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 3732 West 120th Street, Hawthorne, California 90250.

2. The above-referenced documents were electronically filed by counsel and notice of this filing was served by operation of the Court's electronic filing system to all parties registered to receive such notice on the following dates: Docket No 14 on 10-11-18, Docket Nos. 367, 368 and 369 on 5-8-19, and Docket No. 379 on 5-17-19. Additionally, on May 17, 2019, at the direction of Fultz Maddox Dickens PLC, attorneys for the Debtor, the above-referenced documents were served by U.S. Mail to the following parties.

| | |
|---|---|
| Exhibit A | The Newly Scheduled Parties Address List regarding Docket Nos. 14, 367, 368, 369 and 379 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 28 day of May 2019 at Hawthorne, California.

*[signature]*

James H. Myers

**EXHIBIT A**

# Fayette Memorial Hospital Association, Inc.

**Total number of parties: 13**

### Exhibit A - Fayette Memorial Hospital Association, Inc

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69788 | APARNA JHA, 904 RIDGEWOOD CT., CONNERSVILLE, IN, 47331 | US Mail (1st Class) |
| 69788 | BRENDAN WRYNN, 1511 VIRGINIA AVE., CONNERSVILLE, IN, 47331 | US Mail (1st Class) |
| 69788 | DENNIS KNOEPFLER, 415 W. 19TH STREET, CONNERSVILLE, IN, 47331-2892 | US Mail (1st Class) |
| 69788 | JOAN BAUM, 312 REGENCY PLACE, CONNERSVILLE, IN, 47331 | US Mail (1st Class) |
| 69788 | JOHN JEFFRIES, 9596 FIELDCREST PLACE, BREESE, IL, 62230 | US Mail (1st Class) |
| 69788 | JOHN LANDRY, 486 WATER CLIFF DRIVE, SOMERSET, KY, 42503 | US Mail (1st Class) |
| 69788 | JONATHAN LARSEN, 415 W. 7TH STREET, CONNERSVILLE, IN, 47331 | US Mail (1st Class) |
| 69788 | MIRIAM EMILE, PO BOX 1041, TROY, OH, 45373 | US Mail (1st Class) |
| 69788 | RANDALL C. WHITE, 6373 TIMBERBLUFF CIR., AVON, IN, 46123 | US Mail (1st Class) |
| 69788 | SHAHAB ZAIDI, 13357 W. SHERBERN DRIVE, CARMEL, IN, 46032 | US Mail (1st Class) |
| 69788 | SHIV SUMAN KAPOOR, 6536 SUNNY DRIVE, MASON, OH, 45040 | US Mail (1st Class) |
| 69788 | SHIV SUMAN KAPOOR MD, 6536 SUNNY DRIVE, MASON, OH, 45040 | US Mail (1st Class) |
| 69788 | WILLIAM NESBITT, 166 S VILLA DRIVE, CONNERSVILLE, IN, 47331-8414 | US Mail (1st Class) |

**Subtotal for this group: 13**