**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **FAYETTE MEMORIAL HOSPITAL** | ) | |
| **ASSOCIATION, INC. d/b/a** | ) | |
| **FAYETTE REGIONAL HEALTH** | ) | |
| **SYSTEMS,** | ) | **Case No. 18-07762-JJG-11** |
| | ) | |
| Debtor. | ) | |

### DECLARATION OF SUPPLEMENTAL SERVICE RE:

| | |
|---|---|
| **Docket No. 14** | **OFFICIAL FORM 309F (FOR CORPORATIONS OR PARTNERSHIPS)—NOTICE OF CHAPTER 11 BANKRUPTCY CASE [excluding Attachment 1]** |
| **Docket No. 367** | **NOTICE OF DEADLINE FOR FILING PRE-PETITION PROOFS OF CLAIM – Claims Arising Prior to the Debtor's Petition Date of October 10, 2018** |
| **Docket No. 368** | **NOTICE OF DEADLINE FOR FILING ADMINISTRATIVE CLAIMS ARISING DURING THE PERIOD BETWEEN OCTOBER 10, 2018 AND APRIL 30, 2019** |
| **Docket No. 369** | **NOTICE OF DEADLINE FOR FILING 503(b)(9) CLAIMS** |
| **Docket No. 379** | **OFFICIAL FORM 202—DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS** |
| | **OFFICIAL FORM 206A/B—SCHEDULE A/B: ASSETS - REAL AND PERSONAL PROPERTY** |
| | **OFFICIAL FORM 206E/F—SCHEDULE E/F: CREDITORS WHO HAVE UNSECURED CLAIMS** |

I, James H. Myers, state as follows:

1.      I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge.  My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 3732 West 120th Street, Hawthorne, California 90250.

2.    The above-referenced documents were electronically filed by counsel and notices of these filings were served by operation of the Court's electronic filing system to all parties registered to receive such notice on the following dates: Docket No 14 on 10-11-18, Docket Nos. 367, 368 and 369 on 5-8-19, and Docket No. 379 on 5-17-19. Additionally, on May 22, 2019, at the direction of Fultz Maddox Dickens PLC, attorneys for the Debtor, the above-referenced documents were served by U.S. Mail to the following parties.

Exhibit A    Address List regarding Docket Nos. 14, 367, 368, 369 and 379

Exhibit B    Address List regarding Docket Nos. 14, 367, 368 and 369

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 23 day of May 2019 at Hawthorne, California.

James H. Myers

# EXHIBIT A

# Fayette Memorial Hospital Association, Inc.

**Total number of parties:  7**

**Exhibit A - Fayette Memorial Hospital Association, Inc**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 69859 | DR. JOHN LANDRY, PO BOX 851, JAMESTOWN, KY, 42629 | US Mail (1st Class) |

**Subtotal for this group:  1**

Fayette Memorial Hospital Association, Inc.

# EXHIBIT B

**Exhibit B - Fayette Memorial Hospital Association, Inc**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69862 | 4MYBENEFITS, INC., C/O JEFFREY M. HENDRICKS, GRAYDON HEAD & RITCHEY LLP, 312 WALNUT STREET SUITE 1800, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 69862 | HORIZON MENTAL HEALTH MANAGEMENT, LLC, C/O JOHN W. BORKOWSKI, HUSCH BLACKWELL LLP, 1251 NORTH EDDY STREET, STE. 200, SOUTH BEND, IN, 46617 | US Mail (1st Class) |
| 69862 | NEXTGEN HEALTHCARE, INC., 795 HORSHAM ROAD, HORSHAM, PA, 19044 | US Mail (1st Class) |
| 69862 | NORTHWEST RADIOLOGY NETWORK, C/O JACOB BRADLEY, QUARLES & BRADY LLP, 135 NORTH PENNSYVLANIA STREET, STE. 2400, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 69862 | THE BANK OF NEW YORK MELLON TRUST COMPANY, C/O BOB DIEHL BODMAN PLC, 1901 ST. ANTOINE STREET,, 6TH FLOOR AT FORD FIELD, DETROIT, MI, 48226 | US Mail (1st Class) |
| 69862 | US FOODS, INC., C/O AARON DAVIS, BRYAN CAVE LLP, 161 N. CLARK ST., STE. 4300, CHICAGO, IL, 60601 | US Mail (1st Class) |

**Subtotal for this group:  6**