## Fayette Memorial Hospital Association, Inc.
Contracts to be Rejected Effective end of day on 7/15/19

| Contract Description | Counter-Party | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Ultane (Sevoflurane) Vaporizer Equipment Use Agreement dated 3/31/17 | AbbVie US LLC | 1 North Waukegan Rd, D303 | North Chicago | IL | 60064 |
| Transfer Agreement dated October 2018 | Adams County Memorial Hospital d/b/a Caroleton Healthcare Center | 2500 Iowa Ave. | Connersville | IN | 47331 |
| ADS Comprehensive Inpatient Mental Health ASP Solution | Advanced Data Systems Corporation | 15 Prospect Street | Paramus | NJ | 07652 |
| Orthopedic Softgoods Stock and Bill Program Services Agreement dated 10/1/17 | Advanced Technology of Kentucky | 7570 US Hwy 42 | Florence | KY | 41042 |
| Product Sale Agreement Contract # PP-SS-023 - to purchase cylinder gasses dated 1/14/11 | Airgas Mid America, Inc. | 5701 Fortune Circle South | Indianapolis | IN | 47331 |
| Oncology Services Agreement | American Health Network of Indiana, Inc. | 10689 N. Pennsylvania St., Ste 2 | Indianapolis | IN | 46280 |
| Professional Services Agreement-Adolescent Detox dated August 7, 2018 | American Telepsychiatry Associates, LLC | 3307 West 96th Street | Indianapolis | IN | 46268-0000 |
| Professional Services Agreement-North Star Recovery dated August 10, 2018 | American Telepsychiatry Associates, LLC | 3307 West 96th Street | Indianapolis | IN | 46268-0000 |
| Purchase Agreement for Environmental Monitoring (Undated) | Artec Environmental Monitoring | 8047 Castleton Rd. | Indianapolis | IN | 46250 |
| Service Agreement for automatic transfer switches for emergency power dated 5/14/15 | Asco Services, Inc. | 50 Hanover Rd. | Florham Park | NJ | 7932 |
| Agreement Between Ball State University School of Nursing Baccalaureate, RN to BS, Mater's, and Post-Mater's Programs and Fayette Regional Health System dated March 2013 - for internship placement | Ball State University School of Nursing | School of Nursing | Muncie | IN | 47306-0265 |
| Letter of Participation through Premier Purchasing Partners, LP, dated September 4, 2013 | Baxter Healthcare Corporation | William Graham Bld 1-2N 25212 West Illinois Rte 120 | Round Lake | IL | 60073 |
| BD Acquisition Agreement - FRHSFXRR053018SL - for lease of certain Blood Culture equipment, computer system and software and purchase of BACTEC supplies dated 5/30/18 | Becton Dickinson and Company | 7 Loveton Circle | Sparks | MD | 21152 |
| Clinical Affiliation Agreement By and Between Brightwood College and Fayette Regional Health System dated 5/12/17 for clinical internships | Brightwood College | 2800 East River Rd. | Dayton | OH | 45439 |
| Affiliation Agreement dated 4/19/10 for clinical internships | Brown Mackie College | 1200 N. Meridian St., Ste 100 | Indianapolis | IN | 46204 |
| Butler University College of Pharmacy and Health Sciences Affiliation Agreement dated 6/1/09 for clinical internships | Butler University | 4600 Sunset Ave, Rm 107 | Indianapolis | IN | 46208 |
| Waste Hauling Service Contract dated 5/12/17 | Caldwell Gravel Sales, Inc. | P.O. Box 212 | Morristown | IN | 46161 |
| Copier and Printer Lease Agreement dated March 14, 2018 | Canon Financial Services, Inc. | PO Box 6008 | Mt. Laurel | NJ | 08054 |
| Letter of Commitment Cardinal Health 200, LLC Distribution Agreement dated 2/28/11 | Cardinal Health 200, Inc. | 1450 Waukegan Rd. | McGaw Park | IL | 60085 |
| Amended and Restated Medical Director Services Agreement by and between Caroleton Manor and Debtor dated January 1, 2014 | Caroleton Manor | 2500 Iowa Ave. | Connersville | IN | 47331 |
| Blood Services Agreement | Central Indiana Blood Center (CIBC) n/k/a Versiti, Inc. | 3450 N. Meridian Street | Indianapolis | IN | 46208 |
| Clinical Affilation Agreement dated 9/27/16 for clinical internships | Chamberlain College of Nursing | 3005 Highland Parkway | Downers Gr | IL | 60515 |
| Dr. Burke Chegar Cutera Lease Agreement dated 12/1/08 (Debtor as lessor) - and Amendment thereto dated 4/16/09 | Chegar Facial Plastic Surgery, P.C. | 12065 Old Meridian Street, Ste. | Carmel | IN | 46032 |
| Nurse Practitioner Employment Agreement dated 5/1/18 | Cheryl Wicker, NP | 5641 East 850 North | Shelbyville | IN | 46176-9530 |
| Natural Gas Sales Agreement dated 7/30/14 | CIMA Energy, LTd | 100 Waugh, Ste 500 | Houston | TX | 77007 |
| Eligibility Services Agreement dated 9/1/08 (as amended) | ClaimAid Consulting Corporation | 5780 West 71st Street | Indianapolis | IN | 46278 |

| Contract Description | Counter-Party | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Standard Alarm Sales/Monitoring/Service Contract (3 contracts) (Undated) | Communications Electronics, Inc. | 2200 N. Grand Ave. | Connersville | IN | 47331 |
| Laboratory Services Agreement dated 11/12/18 | CSI Laboratories | 2580 Westside Parkway | Alpharetta | GA | 30004 |
| Master Lease Agreement dated 6/24/14 | Dell Financial Services, L.L.C. | One Dell Way | Round Rock | TX | 78682 |
| Nurse Practioner Agreement with Denise Smith, NP, effective December 18, 2017 | Denise Smith, NP | 2593 W. Substation Rd. | Connersville | IN | 47331 |
| Service Agreement - to serve as a colleciton site for DOT regulatred urine drug testing (sets rates for 12 months) | DISA Global Solutions | 10900 Corporate Centre Dr. , S | Houston | TX | 77041 |
| Service and Support Plans - Maetre'D Software and Infrastructure (POS system - cafeteria cash register) dated 11/1/17 | Dumac Business Systems, Inc. | 8444 Castlewood Dr. Ste 600 | Indianapolis | IN | 46250 |
| Pest Control Services for facilities dated January 2018 | Earlywine Pest Control, Inc. | 2234 Boston Pike | Richmond | IN | 47374 |
| Coverage Services Agreement dated October 8, 2018 | Emergency Staffing Solutions, Inc. | 17304 Preston Rd., Ste 1400 | Dallas | TX | 75252 |
| Agreement for the Administration of a Needle Exchange Program for Fayette County, Indiana dated 8/21/18 | Fayette County | 401 North Central Avenue | Connersville | IN | 47331 |
| Lease Agreement (Debtor as Landlord) for 212 W. 20th Street, Connersville, IN 47331 (Terminated) | Fayette County EMS/City of Connersville | 500 N. Central Ave. | Connersville | IN | 47331 |
| Athletic Training Services Agreement (pays stipend of $3,000yr, but also requires FRHS to purchase $3,000/yr of athletic supplies and equipment) dated 8/31/18 | Fayette County School Corporation | 1401 Spartan Dr. | Connersville | IN | 47331 |
| Pain Management Services Agreement dated May 28, 2015 | Fayette Regional Health System Pain Management, LLC | 123 E. Crawford St. | Findlay | OH | 45840 |
| Management and Support Services Agreement dated May 28, 2015 | Fayette Regional Health System Pain Management, LLC | 123 E. Crawford St. | Findlay | OH | 45840 |
| Space and Equipment Lease Agreement (Debtor as landlord/lessor) dated September 1, 2015, and Amendment dated 1/1/17 | Fayette Regional Health System Pain Management, LLC | 123 E. Crawford St. | Findlay | OH | 45840 |
| Support Staff Lease Agreement dated Spetember 22, 2015 | Fayette Regional Health System Pain Management, LLC | 123 E. Crawford St. | Findlay | OH | 45840 |
| Master Lease Agreement dated March 17, 2011, as amended and assigned | First Financial Corporate Leasing, LLC | Dept #2067, PO Box 87618 | Chicago | IL | 60680 |
| Software - 1 year renewal for TMS Onsite Database dated 4/1/18 | Four Rivers Software System, Inc. | Dept 3636, PO Box 12363 | Dallas | TX | 75312 |
| Chief Medical Officer Service Agreement dated 12/1/16 | Gabor L. Tolnay, M.D., P.C. | 319 Pinetree Lane | Richmond | IN | 47374 |
| Pathology Contract dated 10/1/90, as Amended by Amended Agreement-Billing Agent dated 2/1/99 | Gabor L. Tolnay, M.D., P.C. | 319 Pinetree Lane | Richmond | IN | 47374 |
| Pathology and Laboratory Director Service Agreement dated 1/27/16 | Gabor L. Tolnay, M.D., P.C. | 319 Pinetree Lane | Richmond | IN | 47374 |
| Chief of Medical Staff Stipend Agreement dated 7/9/15 | Gabor Tolnay, MD | 319 Pinetree Lane | Richmond | IN | 47374 |
| Affiliation Agreement dated 7/27/16 | Hanover College | P.O. Box 108 | Hanover | IN | 47243 |
| Harrison College Medical Laboratory Technology Program Clinical Externaship Affiliation Agreement dated 9/13/16 (College closed 2018) | Harrison College | 550 E. Washington St. | Indianapolis | IN | 46204 |
| Harrison College Surgical Technology Practicum Affiliation Agreement Dated 3/12/12 (College closed 2018) | Harrison College | 550 E. Washington St. | Indianapolis | IN | 46204 |
| Medical Director Agreement by and between Heritage House Rehab and Ryan J. Minnich, D.O., and Debtor dated March 1, 2016 | Heritage House Rehabilitation & Healthcare Center | 281 S. Co. Rd. 200 E. | Connersville | IN | 47331 |
| Transfer Agreement dated 1/9/06 | Hickory Creek at Connersville | 2600 Grand Ave. | Connersville | IN | 47331 |
| Service Agreement - for Horizon W Equipment & Software | Hologic | 250 Campus Drive | Marlborough | MA | 01752 |

| Contract Description | Counter-Party | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Community Education Agreement dated October 1, 2013 | Horizon Mental Health Management, LLC d/b/a Horizon Health Behavioral Halth Services | 2941 Lake Vista Dr., Ste 100 | Lewisville | TX | 75067 |
| Services Agreement dated June 6, 2013, as amended by First Amendment dated Octdober 1, 2015 | Horizon Mental Health Management, LLC d/b/a Horizon Health Behavioral Halth Services | 2941 Lake Vista Dr., Ste 100 | Lewisville | TX | 75067 |
| Residential Lease (Debtor as Landlord) for 1920 Virginia Avenue, Connersville, IN 47331 - Dated February 28, 2019 | Hospital Care Consultants | 17304 Preston Rd., Ste 1400 | Dallas | TX | 75252 |
| Coverage Services Agreement dated November 30, 2018 | Hospital Care Consultants | 17304 Preston Rd., Ste 1400 | Dallas | TX | 75252 |
| Hospital Agreement for Eye/Cornea-Tissue Recovery dated 9/16/10 | Indiana Lions Eye & Tissue Transplant Bank | 727 E. 86th Street | Indianapolis | IN | 46278 |
| Hospital Organ and Tissue Donation/Recovery Agreement dated 1/1/18 | Indiana Organ Procurement Organization, Inc. | 3760 Guion Rd. | Indianapolis | IN | 46222 |
| AAMC Uniform Clinical Training Affiliation Agreement Implementation Letter dated 6/4/15 | Indiana University | 340 West 10th Street, Ste 6200 | Indianapolis | IN | 46202 |
| Clinical Affiliation Agreement between the Trustees of Indiana University and Fayette Regional Health System dated September 1, 2017 (School of Nursing) | Indiana University | 600 Barnhill Dr. | Indianapolis | IN | 46202 |
| Clinical Affiliation Agreement between the Trustees of Indiana University and Fayette Regional Health System dated January 16, 2019 (School of Social Work) | Indiana University | 600 Barnhill Dr. | Indianapolis | IN | 46202 |
| AAMC Uniform Clinical Training Affiliation Agreement Implementation Letter dated 12/29/16 | Indiana University | 340 West 10th Street, Ste 6200 | Indianapolis | IN | 46202 |
| Memorandum of Agreement Between Indiana Weslyan University and Fayette Regional Health System dated 7/20/18 | Indiana Weslyan University | 4201 South Washington St. | Marion | IN | 46953 |
| Ivy Tech Community College of Indiana Agreement of Affiliation School of Health Sciences and School of Nursing and Fayette Regional Health Systeml dated 8/4/17 | Ivy Tech Community College of Indiana | 50 W. Fall Creek Pkwy N. Dr. | Indianapolis | IN | 46208 |
| Ivy Tech Community College of Indiana - Region 6 Agreement of Affiliation School of Health Sciences Surgical Technology Program and Fayette Regional Hospital dated 1/13/15 | Ivy Tech Community College of Indiana - Region 6 | 50 W. Fall Creek Pkwy N. Dr. | Indianapolis | IN | 46208 |
| Ivy Tech Community College of Indiana Richmond Agreement of Affiliation Dvisions of Business and Public Services and Fayette Regional Hospital dated 1/12/15 | Ivy Tech Community College of Indiana Richmond | 2357 Chester Blvd. | Richmond | IN | 47374 |
| Nurse Practitioner Employment Agreement with JoAnna Reisert effective July 1, 2012, together with Addenda and Modifications thereto | JoAnna Reisert, NP | 6732 N. Manlove Park Rd. | Milton | IN | 47357 |
| Anesthesiology Professional Services Agreement dated 11/30/18, and Addendum thereto dated 11/30/18 to add Medical Director Services | John Peliccia, M.D., P.C. | PO Box 73 | Seymour | IN | 47274 |
| Planned Service Agreement for Chiller equipment dated 4/1/17 | Johnson Controls | 1255 N. Senate Ave | Indianapolis | IN | 46202 |
| Physicist Services Agreement | Joseph Webster, M.S. | 10832 Silver Charm Lane | Union | KY | 41091 |
| Inspecton Services for Sprinklers, Hood, Fire Alarm and Fire Extinghishers | Koorsen Fire & Security | 1450 Northwest 11th Street | Richmond | IN | 47374 |
| Interim Medical Director Service Agreement with Lincoln Center Healthcare, LLC dated November 4, 2013 | Lincoln Center Healthcare, LLC d/b/a Lincoln Centers for Rehabilitation and Healthcare | 1029 E. 5th Street | Connersville | IN | 47331 |
| Transfer Agreement dated 6/10/18 | Majestic Care of Connersville | 1029 E. 5th Street | Connersville | IN | 47331 |
| Clinical Affiliation Agreement between Marian University College of Osetopathic Medicine and Fayette Regional Health System dated 12/15/14 | Marian University College of Osteopathic Medicine | 3200 ColdSpring Rd. | Indianapolis | IN | 46222 |
| Memornadum of Understanding for Clinical Affiliation dated 7/13/15 | Maryville University | 650 Maryville University Dr. | St. Louis | MO | 63141 |

| Contract Description | Counter-Party | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Master License Agreement and 1st Amendment to Master License Agreement (amends Master License Agreement dated 9/29/17) | MCG Health, LLC | 901 Fifth Avenue, Ste 2000 | Seattle | WA | 98164 |
| License Agreement dated 2/22/08 | McKesson Health Solutions, LLC | One Post Street, 34th Floor | San Francisco | CA | 94104 |
| Service Contract - Nuclear Medicine dted 1/1/17 | Medical Physics Consultants, Inc. | 50 E. 91st Street, Ste 211 | Indianapolis | IN | 46240 |
| Corporate Program Agreement dated 2/19/18 | Medline Industries, Inc. | Dept Ch. 14400 | Palatine | IL | 60055 |
| Education Affiliation Agreement dated 1/28/14 | Miami University Speech Pathology | 2 Bachelor Hall | Oxford | OH | 45056 |
| Elevator Full Maintenance Agreement (for 7 Hydraulic Elevators & 1 Traction Elevator) - License Nos 47400, 47397, 47398, 47399, 47396, 34394, 34393, and 27579 dated 6/18/13 | Mid-America Elevator Co., Inc. | 1116 East Market St. | Indianapolis | IN | 46202-3829 |
| UPS Systems Group Maintenance Contract - No XU970 - Preventative Maintenance Bronze Plan dated 5/15/18 | Mitsubishi Electric Power Products, Inc. | 530 Keystone Drive | Warrendale | PA | 15086-7538 |
| Nurse Practitioner Agreement with Nancy Redd, NP effective January 22, 2019 | Nancy Redd, NP | 5198 W. Booth Rd. | Liberty | IN | 47353 |
| Affiliation Agreement dated 9/18/09 | National College of Kentucky, Inc. | 6060 Castleway West Dr. | Indianapolis | IN | 46250 |
| Physician Credentialing and Privileging Agreement dated January 7, 2013 | Northwest Radiology Network, PC | 5901 Technology Center Dr. | Indianapolis | IN | 46278 |
| Agreement for Physician Services dated April 1, 2017 | Northwest Radiology Network, PC | 5901 Technology Center Dr. | Indianapolis | IN | 46278 |
| Pharmacy Services Agreement (for Care Pavilion) dated 1/26/16 | NRS Pharmacy of Indiana (signed by Medicenter Alternate Care Pharmacy) | 100 N. Foote Street | Cambridge C | IN | 47327 |
| Orchard Software Corporation Laboratory Information System Purchase Agreement dated October 27, 2017 | Orchard Software Corporation | 701 Congressional Blvd., Ste 3 | Carmel | IN | 46032-0000 |
| Modification of Services Agreement dated July 17, 2012, modifying a Services Agreement dated January 2, 2012 | Osman & Associates, Inc. | 4040 W. 86th Street | Indianapolis | IN | 46268 |
| Physician Services Agreement dated effective November 1, 2012 | Osman Clinic & Associates, PC | 4040 W. 86th Street | Indianapolis | IN | 46268 |
| Psychological Testing Services Agreement dated June 1, 2013 | Osman Clinic & Associates, PC | 4040 W. 86th Street | Indianapolis | IN | 46268 |
| Global Financial Services Lease Agreement & Services Agreement | Pitney Bowes | PO Box 371887 | Pittsburgh | PA | 15250 |
| Hospice Respite Care Agreement - by which Fayette provides short term respite care - dated 4/20/17 | Premier Hospice and Palliative Care | 11550 N. Meridian St., Ste 375 | Carmel | IN | 46032 |
| Fayette Memorial Hospital Association, Inc. Transfer Agreement dated 1/1/02 | Premier Investments I, Inc. d/b/a Heritage House Rehabilitation and Health Care Center | 281 S. Co. Rd. 200 E | Connersville | IN | 47331 |
| Master Service Agreement and PRC Statement of Work  dated 1/1/12)  Telephone loyalty surveys | Professional Research Consultants, Inc. | 11326 P. Street | Omaha | NE | 68137 |
| Kaplan University School of Nursing Clinical/Practicum Affiliation Agreement dated 12/20/14 (assigned to Purdue University and Purdue NewU, Inc. | Purdue University and Purdue NewU, Inc. | 550 W. Van Buren, 6th Floor | Chicago | IL | 60607 |
| Lease of ABL80-Co-Ox Analyzer with service agreement and agreement to purchase consumables (FMV buyout) dated 6/5/17 | Radiometer America, Inc. | 250 S. Kraemer Blvd., MS B1 SW 11 | Brea | CA | 92821 |
| Asset Management Agreement (Asset Management Agreement - Addendum #1 (11/1/18) - repairs and maintenance for certain equipment. | Renovo Solutions, LLC | 1801 E. Parkcourt Place, Bldg D, Ste 206 | Santa Ana | CA | 92701 |
| Reference Lab Services Agreement dated 12/7/18 | Riverview Health | 395 Westfield Blvd. | Noblesville | IN | 46060 |
| Blue Moon Select AERO DR Lifecyle Agreement - Service Agreement for Konica Minolta Medical Imaging equipmnt dated 8/29/17 | RPS Imaging | 1815 Washington St. | Michigan City | IN | 46360 |
| Positron Emission Tomography/Computed Tomography Service Agreement - for PET/CT Scan services using a Mobile Unit dated 5/30/13 | Shared Medical Services, Inc. | 209 Limestone Pass | Cottage Grov | WI | 53527 |

| Contract Description | Counter-Party | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Hospice Medical Director Agreement with Shiv Kapoor dated January 24, 2013, First Addendum dated 1/24/14 (Previously termininated - 7-19-16) | Shiv Kapoor, M.D. | 6536 Sunny Drive | Mason | OH | 45030 |
| Physician Employment Agreement dated 12/1/18, First Addendum, and Second Addendum | Shiv Kapoor, M.D. | 6536 Sunny Drive | Mason | OH | 45030 |
| Lease Agreement dated 12/1/12 and Amendments thereto (Previously terminated) | Shiv Kapoor, M.D. | 6536 Sunny Drive | Mason | OH | 45030 |
| Physician Services and Medical Director Agreement with Shiv Kapoor dated June 1, 2012 | Shiv Kapoor, M.D. | 6536 Sunny Drive | Mason | OH | 45030 |
| Customer Service Agreement - Regular Service, dated May 9, 2016 | Shred-It USA, LLC | 50 S. Koweba Lane | Indianapolis | IN | 46201 |
| Siemens Symbia Nuclear Agreement dated January 20, 2018` | Siemens Medical Solutions USA, Inc. | PO Box 120001, Dept 0733 | Dallas | TX | 75312-0000 |
| Affiliation Agreement dated 6/10/15 | Sinclair Community College | 444 West Third St. | Dayton | OH | 45402 |
| South Bend Medical Foundation Blood Product Service Contract dated 4/4/11 | South Bend Medical Foundation, Inc. | 530 N. Lafayette Blvd. | South Bend | IN | 46601-1098 |
| Radiology Services Agreement dated October 22, 2012 | St. Vincent Health, Inc. | 8425 Harcourt Rd. | Indianapolis | IN | 46260 |
| Agreement for Medical Director Services dated 7/14/11 | St. Vincent Health, Inc. | 8425 Harcourt Rd. | Indianapolis | IN | 46260 |
| Exclusive Agreement for Cardiology Services dated 7/14/11, and Amendment thereto dated 10/18/12 | St. Vincent Health, Inc. | 8425 Harcourt Rd. | Indianapolis | IN | 46260 |
| Space Lease Agreement dated 9/5/11 | St. Vincent Health, Inc. | 8425 Harcourt Rd. | Indianapolis | IN | 46260 |
| Support Staff Lease Agreement dated 9/5/11 | St. Vincent Health, Inc. | 8425 Harcourt Rd. | Indianapolis | IN | 46260 |
| Support Staff Lease Agreement dated 5/30/15 | St. Vincent Health, Inc. | 8425 Harcourt Rd. | Indianapolis | IN | 46260 |
| Telemedicine Services Agreement dated 6/12/15 | St. Vincent Health, Inc. | 8425 Harcourt Rd. | Indianapolis | IN | 46260 |
| Timeshare Lease Agreement dated 5/30/15 | St. Vincent Health, Inc. | 8425 Harcourt Rd. | Indianapolis | IN | 46260 |
| Master Service Agreement - PP-FA-551 - Medical waste service agreement dated 7/1/18 | Stericycle, Inc. | 28161 N. Keith Drive | Lake Forest | IL | 60045 |
| Alex Gold v 7 Support and Enhancements Agreement dated November 15, 2013 | TGX Medical Systems, LLC | 12220 North Meridian St., Ste 1 | Indianapolis | IN | 46032 |
| Service & Support Agreement for pneumatic tube system dated 5/4/17 | Translogic Corporation d/b/a Swisslog | 10825 East 47th Avenue | Denver | CO | 80239 |
| BioDose System License Agreement and Participating Member Designation Form under a Premier Helathcare Alliance, LP Group Purchasing Agreement - to purchase radiopharmaceutical products dated 2/17/12 and 1/1/17 | Triad Isotopes, Inc. | 4205 Vineland Road, Ste L1 | Orlando | FL | 32811 |
| Carrier Agreement dated March 14, 2006 | United Parcel Service, Inc. | 1901 W. 26th Street | Muncie | IN | 47302 |
| Medical COG Service Agreement dated 1/28/19 | Universal Linen Service, LLC | 1807 Commerce Rd. | Louisville | KY | 40208 |
| Nurse Practitioner Agreement with Vanessa Howard, NP effective October 30, 2017 | Vanessa Howard, NP | 2360 Vermont Avenue | Connersville | IN | 47331 |
| Infusion Therapy Service Agreement dated 2/25/16 | Vascular Access & Consulting (VAC) | 5144 Madison Avenue, Ste 3 | Indianapolis | IN | 46227 |
| Walden University Graduate Student Field Experience Field Site Affiliation Agreement dated 11/10/14 | Walden University, LLC | 100 Washington Ave. South, Ste | Minneapolis | MN | 55401 |