UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) <br> ) <br> ) |
| FAYETTE MEMORIAL HOSPITAL ASSOCIATION, INC. d.b.a FAYETTE REGIONAL HEALTH SYATEMS, | ) Case No.: 18-07762-JJG-11 <br> ) <br> ) <br> ) |
| Debtor. | ) <br> ) |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to B-9010-1, attorney Jeffrey A. Hokanson of the law firm Ice Miller LLP hereby enters an appearance in this case on behalf of REID HOSPITAL & HEALTH CARE SERVICES, INC., a creditor herein.

Respectfully submitted,

/s/ Jeffrey A. Hokanson
**ICE MILLER LLP**
Jeffrey A. Hokanson (No. 14579-49)
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2236
jeff.hokanson@icemiller.com

*Counsel to Reid Hospital & Health Care Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.

/s/ Jeffrey A. Hokanson
Jeffrey A. Hokanson

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100