UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-07762-JJG-11 |
| FAYETTE MEMORIAL HOSPITAL ) | |
| ASSOCIATION, INC. d/b/a FAYETTE ) | |
| REGIONAL HEALTH SYSTEMS, ) | |
|     Debtor. ) | |
| ) | |

**DEBTOR'S LIMITED OBJECTION TO EMERGENCY STAFFING SOLUTIONS, INC.'S APPLICATION FOR ADMINISTRATIVE PRIORITY CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)**

Fayette Memorial Hospital Association, Inc., d/b/a Fayette Regional Health Systems ("**Fayette**" or the "**Debtor**") by the undersigned counsel, hereby files its limited objection to *Emergency Staffing Solutions, Inc.'s [Amended] Application for Administrative Priority Claim Pursuant to 11 U.S.C. § 503(b)(1)* [DN 523] (the "**ESS Claim**") filed by Emergency Staffing Solutions, Inc., ("**ESS**") and states as follows:

1.  On October 10, 2018 (the "**Petition Date**"), the Debtor filed a voluntary petition in this Court for reorganization relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

2.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3.  On September 3, 2019, ESS filed the ESS Claim seeking allowance and payment of an administrative expense claim in the amount of $75,449.99 due and owing pursuant to the terms of a Coverage Services Agreement.

4.  Upon review of the invoices supporting the ESS Claim, the Debtor has determined that the ESS Claim should be reduced to $67,199.99, and that Invoice No. 38063 has a zero balance.

5.  Furthermore, the Debtor has no current authorization to use cash collateral, and the Debtor is in the process of reconciling all administrative expense claims in this case to determine the sufficiency of remaining assets to satisfy such claims.

6.  The Debtor therefore requests that to the extent the ESS Claim is allowed, payment of the allowed ESS Claim should be made only upon further order of the Court at a time when other similarly situated administrative expense claims are paid.

WHEREFORE, the Debtor respectfully requests the Court enter an Order reducing the ESS Claim to $67,199.99, and providing that such claim shall be paid only upon further order of the Court and at a time when other similarly situated administrative expense claims are paid.

Respectfully submitted this 24th day of September, 2019,

           */s/ Wendy D. Brewer*
Wendy D. Brewer (#22669-49)
FULTZ MADDOX DICKENS PLC
333 N. Alabama Street, Ste. 350
Indianapolis, IN 46204
Telephone: (317) 215-6220
wbrewer@fmdlegal.com

and

Laura M. Brymer
FULTZ MADDOX DICKENS, PLC
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202
(502) 588-2000 – Telephone
(502) 588-2020 – Facsimile
lbrymer@fmdlegal.com
*Attorneys for the Debtor*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Limited Objection* was filed electronically this 24th day of September, 2019. Notice of this filing will be sent to all parties registered to receive such notice by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

                                            */s/ Wendy D. Brewer*
                                            Wendy D. Brewer (#22669-49)